| | |
|---|---|
| Jorge Gonzalez SBN 100799<br>A PROFESSIONAL CORPORATION<br>2485 Huntington Dr., Ste. 238<br>San Marino, CA 91108-2622<br>t. 626-328-3081<br>e. jgonzalezlawoffice@gmail.com | Carolyn Y. Park SBN 229754<br>LAW OFFICE OF CAROLYN PARK<br>595 Lincoln Ave., SUITE 200<br>Pasadena, CA 91103<br>t. 213-290-0055<br>e. carolynyoungpark@gmail.com |
| Paul Hoffman SBN 71244<br>Michael D. Seplow SBN 150183<br>Aidan C. McGlaze SBN 277270<br>Kristina A. Harootun SBN 308718<br>John Washington SBN 315991<br>SCHONBRUN SEPLOW HARRIS,<br>HOFFMAN & ZELDES LLP<br>11543 W. Olympic Blvd.<br>Los Angeles, California 90064<br>t. 310-396-0731; f. 310 399-7040<br>e. hoffpaul@aol.com<br>e. mseplow@sshhzlaw.com<br>e. amcglaze@sshhzlaw.com<br>e. kharootun@sshhzlaw.com<br>e. jwashington@sshhlaw.com | Arnoldo Casillas SBN 158519<br>Denisse O. Gastélum SBN 282771<br>CASILLAS & ASSOCIATES<br>3777 Long Beach Blvd., 3RD FLO,<br>Long Beach, CA 90807<br>t. 323-725-0350<br>e. acasillas@casillaslegal.com<br>e. dgastelum@casillaslegal.com<br><br>Morgan E. Ricketts SBN 268892<br>RICKETTS LAW<br>540 El Dorado Street, Ste. 202<br>Pasadena, CA 91101<br>t. 213-995-3935<br>e. morgan@morganricketts.com |

*Attorneys for Plaintiffs.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>           PLAINTIFFS,<br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and DOES 1-10 inclusive,<br><br>           DEFENDANTS. | Case No.: 2:20-cv-07870-DMG-PD<br>*Assigned to: Honorable Dolly M. Gee*<br><br>**NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** as soon as the matter may be heard on a date to be set by and before the Honorable Dolly M. Gee, First Street Courthouse 350 W. 1st Street, Courtroom # 8C, 8th Floor, Los Angeles, California 90012, Plaintiffs, will and do, under Federal Rule of Civil Procedure 65 and Local Rules 7-19 and 65-1, respectfully apply ex parte for a Temporary Restraining Order.

Accordingly, as further described in the Memorandum of Points and Authorities and set forth in the Proposed Order submitted with this Application, Plaintiffs hereby seek an emergency Order enjoining Defendants from:

1. The indiscriminate use of "less-lethal" projectiles, including rubber bullets and pepper balls, and other projectiles to disperse or otherwise control crowds of protestors. Such less-lethal projectiles should only be deployed if there is a specific immediate threat to the safety of law enforcement personnel or others. Further, before deploying such projectiles into a crowd, the Los Angeles County Sheriff's Department ("LASD") should declare an unlawful assembly and provide clear and reasonable notice to the crowd and a reasonable time for the crowd to disburse.

2. The indiscriminate use of tear gas, flash grenades, and other chemical agents or irritants to disperse or otherwise control crowds of protesters without adequate warnings and time for compliance. Such chemical agents should only be deployed after other efforts of containment have failed and after reasonable and audible warnings have been given that the protest has been declared an unlawful assembly. Further, after issuing such warnings, the LASD should give protesters a reasonable time in which to comply with any disbursement orders. Such chemical agents should not be used on protesters who are in the process of complying with the disbursement orders or not resisting arrest.

This Application is made pursuant to Federal Rule of Civil Procedure 65 on the grounds that: (1) Plaintiffs are likely to prevail on their claims under the Fourth and Fourteenth Amendments and California common law analogues, and Cal. Civil Code § 52.1; (2) Plaintiffs are at risk of irreparable harm absent the entry of a temporary order; (3) the balance of equities favors the entry of a temporary restraining order; and (4) a temporary restraining order is in the public interest. This Application is based on the supporting Memorandum of Points and Authorities; the supporting declarations filed concurrently herewith; the Complaint for Injunctive Relief and accompanying declarations; and all other documents and pleadings filed in this action. Plaintiffs respectfully request a hearing, or a decision without a hearing, as soon as practicable.

## COMPLIANCE WITH LOCAL RULE 7-19.1

Compliance with the requirements of Local Rule 7-19.1 are set forth in the Declaration of Jorge Gonzalez submitted with this application. As set forth therein Defendants counsel Paul Beach was notified on September 17, 2020 that Plaintiffs would be filing this this ex parte application for a Temporary Restraining Order. In response, Defense counsel has stated that Defendants oppose Plaintiffs' ex parte application.

Plaintiffs request that the Court order an expedited briefing schedule in light of the urgency of the matter and hold an evidentiary hearing at the Court's earliest convenience. Pursuant to Local Rule 7-19 the contact information for Defendants' counsel is:

    Paul Beach, Esq.

    Lawrence, Beach, Allen & Choi, PC.

    100 W. Broadway, Suite 1200 Glendale, CA 91210

    Tel: 818.545.1925 Fax: 818.545.1937

    Email: pbeach@lbaclaw.com

Dated: September 21, 2020

Respectfully submitted,

By: /s/ Jorge Gonzalez
Jorge Gonzalez
A PROFESSIONAL CORPORATION

Paul Hoffman
Michael D. Seplow
Aidan C. McGlaze
Kristina A. Harootun
John Washington
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP

Carolyn Y. Park
LAW OFFICE OF CAROLYN PARK

Arnoldo Casillas
Denisse O. Gastélum
CASILLAS & ASSOCIATES

Morgan E. Ricketts
RICKETTS LAW

*Attorneys for Plaintiffs and Proposed Class.*