**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>PLAINTIFFS,<br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and DOES 1-10 inclusive,<br>DEFENDANTS. | Case No.: 2:20-cv-07870-DMG-PD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

Good cause appearing therefor, Plaintiffs' application for a Temporary Restraining Order against Defendants County of Los Angeles and Sheriff Alex Villanueva is hereby granted.

The Court HEREBY ORDERS as follows:

1. The Los Angeles County Sheriff's Department ("LASD") shall be enjoined from indiscriminately using "less-lethal" projectiles, including rubber bullets and pepper balls, and other projectiles to disperse or otherwise control crowds of protestors. Such less-lethal projectiles should only be deployed if there is a specific immediate threat to the safety of law enforcement personnel or others. Further, before deploying such projectiles into a crowd, the LASD should declare an unlawful assembly and provide clear and reasonable notice to the crowd and a reasonable time for the crowd to disburse.

2. The LASD shall be also enjoined from indiscriminately using tear gas, flash grenades, and other chemical agents or irritants to disperse or otherwise control crowds of protesters without adequate warnings and time for compliance. Such chemical agents should only be deployed after other efforts of containment have failed and after reasonable and audible warnings have been given that the protest has been declared an unlawful assembly. Further, after issuing such warnings, the LASD should give protesters a reasonable time in which to comply with any disbursement orders. Such chemical agents should not be used on protesters who are in the process of complying with the disbursement orders or not resisting arrest.

Dated:_____                    _____
                                       *Honorable Dolly M. Gee*
                                       UNITED STATES DISTRICT JUDGE