Jorge Gonzalez SBN 100799
A PROFESSIONAL CORPORATION
2485 Huntington Dr., Ste. 238
San Marino, CA 91108-2622
t. 626-328-3081
e. jgonzalezlawoffice@gmail.com

Paul Hoffman SBN 71244
Michael D. Seplow SBN 150183
Aidan C. McGlaze SBN 277270
Kristina A. Harootun SBN 308718
John Washington SBN 315991
SCHONBRUN SEPLOW HARRIS,
HOFFMAN & ZELDES LLP
11543 W. Olympic Blvd.
Los Angeles, California 90064
t. 310-396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. amcglaze@sshhzlaw.com
e. kharootun@sshhzlaw.com
e. jwashington@sshhlaw.com

Carolyn Y. Park SBN 229754
LAW OFFICE OF CAROLYN PARK
595 Lincoln Ave., SUITE 200
Pasadena, CA 91103
t. 213-290-0055
e. carolynyoungpark@gmail.com

Arnoldo Casillas SBN 158519
Denisse O. Gastélum SBN 282771
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., 3RD FLO,
Long Beach, CA 90807
t. 323-725-0350
e. acasillas@casillaslegal.com
e. dgastelum@casillaslegal.com

Morgan E. Ricketts SBN 268892
RICKETTS LAW
540 El Dorado Street, Ste. 202
Pasadena, CA 91101
t. 213-995-3935
e. morgan@morganricketts.com

Attorneys for Plaintiffs.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 2:20-cv-07870-DMG-PD<br>Assigned to: Honorable Dolly M. Gee<br><br>**DECLARATION OF JORGE GONZALEZ IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

## DECLARATION OF JORGE GONZALEZ

I, JORGE GONZALEZ, hereby declare and say as follows:

1. I am an attorney in good standing authorized to practice before the Supreme Court of the State of California and the U.S. District Court for the Central District of California. I am one of the attorneys for Plaintiffs in the above-entitled action.

2. The following declaration is true of my own personal knowledge, and if called to testify, I could and would testify competently thereto.

3. On Wednesday, September 16, 2020, I emailed Richard Hseuh from the County Counsel's office and inquired who should receive notice of the impending ex parte application for a TRO in this matter (pursuant to the Local Rules). He informed me Paul Beach, of LAWRENCE BEACH ALLEN & CHOI was going to represent the County.

4. The next day, September 17 Mr. Beach called me at my office, and I explained to him Plaintiffs were preparing an ex parte application for a TRO, and we anticipated we would file it the next day Friday, or Monday, and that I would telephonically inform him when we did. He asked me what remedy we were seeking and I gave him a nutshell version of our request the Los Angeles County Sheriff's Department be prohibited from the indiscriminate use of less lethal projectiles and tear gas against protesters without legal justification and without warning.

5. On Friday I called him and left a message that we would not be filing until Monday. I followed up with an email, inquiring if the County intended to oppose. Mr. Beach responded to my email, thanking me for the notice and indicated the county intended to oppose.

///
///

DECLARATION OF JORGE GONZALEZ IN SUPPORT OF PLAINTIFFS' APPLICATION
FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

6. At 3:40 p.m. today I called him to indicate we expected to begin filing by 5:00 p.m. today.

I hereby declare under penalty of perjury the afore-mentioned is true and correct under the laws of the United States.

Executed this 21st day of September, 2020, in San Marino, California.

*Jorge Gonzalez*

2

DECLARATION OF JORGE GONZALEZ IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION