PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles and Sheriff Alex Villanueva

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and Does 1-10 inclusive,<br><br>Defendants. | Case No. 2:20-cv-07870-DMG-PD<br><br>Honorable Dolly M. Gee<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys of record:

///

///

1

BERG\STIP RE BRIEFING EXTENSION

1. On the evening of September 21, 2020, Plaintiffs filed their *Ex Parte* Application for Temporary Restraining Order and Motion for Preliminary Injunction [Docket No. 13] ("EPA"); and,

2. Given the nature and volume of the EPA, Defendants County of Los Angeles and Sheriff Alex Villanueva (collectively, "Defendants") need and seek more than the standard 24 hours in which to prepare and file papers in response to the EPA.

Accordingly, the Parties hereby stipulate that the filing deadline for Defendants' response to the EPA shall be extended to September 28, 2020.

Dated: September 22, 2020        JORGE GONZALEZ,
                                 A PROFESSIONAL CORPORATION


                                 By _____/s/ Jorge Gonzalez_____
                                         Jorge Gonzalez
                                         Attorneys for Plaintiffs


Dated: September 22, 2020        LAWRENCE BEACH ALLEN & CHOI, PC


                                 By _____/s/ Paul B. Beach_____
                                         Paul B. Beach[1]
                                         Attorneys for Defendants
                                         County of Los Angeles and
                                         Sheriff Alex Villanueva

---

[1] As the filer of this Stipulation to Extend Briefing Schedule, I attest that Jorge Gonzalez concurs in the content of the Stipulation and has authorized its filing.