UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-7870-DMG (PDx)** | Date | September 22, 2020 |
|---|---|---|---|
| Title | *Krizia Berg, et al. v. County of Los Angeles, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER [13]**

On September 22, 2020, Plaintiffs filed an *Ex Parte* Application for Temporary Restraining Order ("TRO Application") against Defendants County of Los Angeles and Alex Villanueva, Los Angeles County Sheriff. [Doc. # 13.] Plaintiffs ask for an expedited briefing schedule and an evidentiary hearing.

The Court's Initial Standing Order states that "[f]ollowing service of the *ex parte* papers by electronic service, fax, or personal service, the moving party shall notify the opposition that opposing papers must be filed no later than twenty-four (24) hours following service." *See* Initial Standing Order at 10 [Doc. # 12]. Plaintiffs must comply with the Initial Standing Order, notify Defendants of this deadline, and submit proof of notification on the docket forthwith. Unless otherwise ordered, Defendants must then file their Opposition within one court day of receiving proper notification.

In addition, the Court generally considers *ex parte* applications on the papers and will notify the parties if it finds a hearing is necessary. *Id.*

**IT IS SO ORDERED.**