| | |
|---|---|
| Jorge Gonzalez SBN 100799<br>A PROFESSIONAL CORPORATION<br>2485 Huntington Dr., Ste. 238<br>San Marino, CA 91108-2622<br>t. 626-328-3081<br>e. jgonzalezlawoffice@gmail.com | Carolyn Y. Park SBN 229754<br>LAW OFFICE OF CAROLYN PARK<br>595 Lincoln Ave., SUITE 200<br>Pasadena, CA 91103<br>t. 213-290-0055<br>e. carolynyoungpark@gmail.com |
| Paul Hoffman SBN 71244<br>Michael D. Seplow SBN 150183<br>Aidan C. McGlaze SBN 277270<br>Kristina A. Harootun SBN 308718<br>John Washington SBN 315991<br>SCHONBRUN SEPLOW HARRIS,<br>HOFFMAN & ZELDES LLP<br>11543 W. Olympic Blvd.<br>Los Angeles, California 90064<br>t. 310-396-0731; f. 310 399-7040<br>e. hoffpaul@aol.com<br>e. mseplow@sshhzlaw.com<br>e. amcglaze@sshhzlaw.com<br>e. kharootun@sshhzlaw.com<br>e. jwashington@sshhlaw.com | Arnoldo Casillas SBN 158519<br>Denisse O. Gastélum SBN 282771<br>CASILLAS & ASSOCIATES<br>3777 Long Beach Blvd., 3RD FLO,<br>Long Beach, CA 90807<br>t. 323-725-0350<br>e. acasillas@casillaslegal.com<br>e. dgastelum@casillaslegal.com<br><br>Morgan E. Ricketts SBN 268892<br>RICKETTS LAW<br>540 El Dorado Street, Ste. 202<br>Pasadena, CA 91101<br>t. 213-995-3935<br>e. morgan@morganricketts.com |

*Attorneys for Plaintiffs.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>PLAINTIFFS,<br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 2:20-cv-07870-DMG-PD<br>*Assigned to: Honorable Dolly M. Gee*<br><br>**PLAINTIFFS' NOTICE OF ERRATA RE EXHIBIT 2 TO PLAINTIFFS' APPENDIX** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on September 21, 2020, Plaintiffs filed an Appendix of Evidence in Support of their Application for a Temporary Restraining Order and Preliminary Injunction (Docket 13-4). Plaintiffs filed an incorrect version of the Declaration of Diana Barbadillo, which was Exhibit No. 2 in the Appendix.

Attached hereto is a corrected version of the Declaration of Diana Barbadillo, including Exhibit A.

Dated: September 22, 2020              Respectfully submitted,

                                       By: /s/ Jorge Gonzalez
                                       Jorge Gonzalez
                                       A PROFESSIONAL CORPORATION

                                       SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP

                                       LAW OFFICE OF CAROLYN PARK

                                       CASILLAS & ASSOCIATES

                                       RICKETTS LAW

                                       *Attorneys for Plaintiffs and Proposed Class.*