# EXHIBIT 2
# [CORRECTED]

## DECLARATION OF DIANA BARBADILLO

I, DIANA BARBADILLO, hereby declare and say as follows:

1. I am over the age of 18 and a resident of the State of California. This declaration is based on facts of which I have personal knowledge. If called to testify to these facts, I could and would do so competently.

2. I am employed at Loyola Law School.

3. I have attended trainings to be a legal observer at demonstrations. I have learned to recognize and document police tactics and use of force on demonstrators as part of this training. I have attended at least twenty demonstrations as a legal observer for the National Lawyers Guild, which is an organization which works to advance the rights of all Americans by advocating for groups which are marginalized or oppressed, including those impacted by police violence and peaceful demonstrators whose rights are violated by law enforcement.

4. On August 25, 2020, I attended a peaceful demonstration in the downtown area of Los Angeles as a legal observer. The demonstration began at 9:00 p.m., and the subject matter of the demonstration related to police violence against Anthony McClain. There was significant LASD (Los Angeles Sheriff's Department) presence.

5. At all times while I was at the demonstration, I was wearing a lime green legal observer hat. I believe sheriff's deputies are aware that the hats signify the wearers are attending the demonstration as NLG-trained legal observers, rather than as participants, because I have attended demonstrations before and spoken to several deputies; they seem to know who we are and our purpose for being there.

6. At no time did I see any demonstrator throw anything towards a deputy, make an aggressive move towards a deputy, talk about becoming violent towards deputies, or otherwise indicate that the demonstration was anything but peaceful.

7. At one point the group of about 75 demonstrators was traveling south on Broadway peacefully, with a plan to turn left onto Aliso Street and then continue

south on Spring Street.  However, the group turned around halfway down Aliso Street because there were many sheriff's deputies in their way.  Because Jill O'Neil (a fellow legal observer), Christian Monterosa (a freelance journalist who works with AP news) and I had already traveled ahead of the group to Spring to observe sheriff's presence there, we were separated.  We had to catch up to the group.  We decided it would be faster to go south on Spring, then go west on Temple to Broadway to catch up to the group that way.

8. Upon reaching Spring and Temple, we heard sounds of some kind of less than lethal weapon being fired, so we ran up Temple towards the group.  At that point, the deputies had their backs to us because they were in the westbound lanes facing westbound (facing the intersection).

9. A sheriff's deputy with two chevrons saw Jill, Christian, and I running, and directed us to go around the sheriff's deputies by using the south side of the street (the eastbound lanes).  We had a short interaction with him, during which the deputy had time to read our hats, which say "National Lawyers Guild."  I pointed at my hat to indicate to the deputy who we were.  We were already nearly past the entire group of sheriff's deputies at this point.  We followed the deputy's instructions to move to the south side of the street.

10. We then joined the group, which was facing east and simultaneously moving south on Broadway; demonstrators were side-stepping in order to keep their eyes on police to the east as they moved south.  Jill and I were in the front of the group, or the furthest to the east, between deputies and the demonstration.  Jill was positioned slightly further east, towards the deputies, about 6-10' away from me.

11. I went to talk to a person that was leading chants; my intent was to ask where they were planning to go next.  I was standing right next to her, and both she and I, and Jill, were still facing the deputies. There were two or three demonstrators two or three feet behind us.  The next group of demonstrators was about four or five feet behind them.

12. I saw two deputies together. They were standing in the group of deputies; as I faced them, they were further to the left within the group. One pointed at us while speaking to the other; then, the other also pointed at us before throwing something at us.

13. At that moment, flash bang grenades and pepper balls began to explode around us. I heard a very loud bang and then there was a lot of smoke; one flash bang grenade landed between the deputies and me, about 2-3' in front of me. The crowd began to run away. I ran away from all the shooting, a few yards west at first, and then south. When I finally turned around to see what was happening, I was about twenty feet south of the intersection at Temple and Broadway. All I could see was smoke. Most of the demonstrators had gone south on Broadway to escape the explosions.

14. When the grenade went off, something hit me in the leg, and caused a bruise. I am attaching a true and correct copy of a photo of the bruise to this Declaration as **Exhibit A**.

15. Other demonstrators were injured.

16. I learned later that a demonstrator named Joe was hit in the eye by some projectile. Many demonstrators had to have their eyes rinsed out due to the pepper balls. There was another person who may have been hit by a beanbag bullet (because that's what I saw on the ground afterwards).

September 5, 2020 Demonstration

17. On September 5, 2020, I attended a peaceful demonstration scheduled to begin at 4pm. I attended as a legal observer. The demonstration was attended by as many as about 250-300 other individuals, including several other legal observers and members of the press. I know that they were press because a lot of them had press badges around their neck or clipped to their bags, some even had vests. I

also know a lot of them personally. Many of them were carrying heavy equipment that was visible from the front.

18. At all times while I was at the demonstration, I was wearing a lime green legal observer hat.

19. The demonstrators had gathered in front of the sheriff's station on Imperial in the South-Central area of Los Angeles to express disapproval regarding the killing of Dijon Kizzee. There was significant LASD (Los Angeles Sheriff's Department) presence outside the station watching the demonstration and even before it started.

20. LASD had erected some sort of barrier in front of (to the north of) the station, using yellow caution tape and wire. It is similar to a slinky and appears as if it can be put up very quickly and stored in a very small space when put away; I heard it referred to as a "tactical slinky". I am not aware of how far around the station the barrier extended, but it did not extend all the way around. The deputies stood close to the station, about 75'-100' behind (to the south of) the barrier.

21. Imperial is a street that runs east-west. For much of the demonstration, most of the demonstrators were in the street in front of the sheriff's station. Directly south of Imperial at that location is a wide sidewalk. Directly south of the wide sidewalk is a grassy area about twice the width of the sidewalk. Directly south of the grassy area is a line of bushes. Directly south of the line of bushes is a narrower sidewalk. Directly south of the narrow sidewalk is a set of parking spaces oriented north-south. About halfway through those parking spaces, so that cars could not park in them, is where the Sheriff's Department had set up the barrier.

22. When I arrived, I saw a lot of deputies carrying less lethal weapons, and at times they would lift them up. I was on the west side of the station and saw one or two lift them and point their weapons in the direction of demonstrators.

23. I never saw anyone try to breach or go over or around the barrier. Maybe ten minutes before 6:00, I saw someone on the demonstrator's side throw a water bottle over the barrier. It landed halfway between the barrier and where the deputies were standing. Other than that, I saw nothing else thrown by the demonstrators until much later.

24. Around 6:00 p.m., I was right next to the barrier. I saw different folks shake the barrier for a few seconds at a time. At some point, someone was shaking it for a bit longer, like maybe thirty seconds or a minute. It was not really possible to shake the whole line of fencing because it was heavy and long. Nothing really happened in response to the shaking, although I did hear a deputy yell something that was unintelligible to me because he was so far away.

25. Minutes later, I heard and saw pepper balls being shot at the ground by the deputies, and I could see almost a smoke-like effect coming up from the ground as a result. I felt some of it as well, as in a tingling sensation around my nose. I heard from a number of demonstrators that a little girl might have been hit. Shortly after that, I spoke with a little girl and her mother; the little girl informed me that she had gotten pepper in her mouth. She was 7 years old and was crying. She was on roller skates and wore a rainbow skirt with glitter in her hair.

26. A little after 6 pm, the demonstration began to march east on Imperial towards the 110 freeway. I was a bit behind the march because I was talking to the little girl. I caught up to the front because most of the other legal observers were in the back. The march entered the 110 freeway. The highway patrol came. The march to the freeway remained peaceful the entire time and ultimately left the freeway and marched back to the sheriff's station peacefully.

27. Once we arrived back at the station around 8:00 p.m. I texted someone at 8:11 p.m. to say that the action was wrapping up because Black Lives Matter was performing their healing ritual, the Assata, in the street outside the sheriff's station, that concludes their actions.

DECLARATION OF DI BARBADILLO - 5

28. I walked a circuit two or three times to observe the group. I stopped in the middle and spoke with other legal observers in the middle sidewalk area that travels north-south. I then decided to go speak to some individuals with the media that I know who were standing between the bushes and the barrier. They were closer to the bushes than to the barrier.

29. Jill and I were walking towards them when suddenly we heard shooting begin. We could feel shots hitting at the ground around our feet. At first the sound was high pitched, and then a shotgun-type sound, and then explosions. We turned away, went back to the north of the bushes to the sidewalk, and ducked down to avoid the fire. I never heard a dispersal order, although later I heard the deputies saying "failure to disperse" to the crowd. I don't believe anyone could have heard the majority of what the deputy was saying at that time.

30. In the beginning, all I heard were pepper balls, but by the time I got to the sidewalk, I heard flash bangs. I could see sparks and explosions. I felt a few things land around me but don't know what they were.

31. We retreated into the street, looked back and saw a lot of smoke and began to feel what must have been pepper spray. There was a large semi-truck parked on the north side of Imperial, and we hid behind it to escape the fire.

32. It was hard to breathe because I was only wearing a cloth mask, but the pepper spray did not get into my eyes much because I had goggles on. I was not hit and did not seek medical attention.

33. I began to try to spit in an effort to breathe better and get the pepper taste out of my mouth. I was on someone's lawn north of Imperial, and I apologized to someone who had come out of his home to see what was going on; he told me that it was okay, the pepper spray got to him too.

34. I heard at some point during the firing, nearly at the end of it all, that we had to disperse east on Imperial.

35.  There were some individuals still west of the station on Imperial.  I heard more firing being shot at them.  I did not see this, however, and I do not know if any legal observers were present.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September, 2020, in the County of Los Angeles, State of California.

*Diana Barbadillo*

DIANA BARBADILLO

# EXHIBIT A

