Jorge Gonzalez SBN 100799
A Professional Corporation
2485 Huntington Dr., Ste. 238
San Marino, CA 91108-2622
t. 626-328-3081
e. jgonzalezlawoffice@gmail.com

Paul Hoffman SBN 71244
Michael D. Seplow SBN 150183
Aidan C. McGlaze SBN 277270
Kristina A. Harootun SBN 308718
John Washington SBN 315991
Schonbrun Seplow Harris,
Hoffman & Zeldes LLP
11543 W. Olympic Blvd.
Los Angeles, California 90064
t. 310-396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. amcglaze@sshhzlaw.com
e. kharootun@sshhzlaw.com
e. jwashington@sshhlaw.com

Carolyn Y. Park SBN 229754
Law Office Of Carolyn Park
595 Lincoln Ave., Suite 200
Pasadena, CA 91103
t. 213-290-0055
e. carolynyoungpark@gmail.com

Arnoldo Casillas SBN 158519
Denisse O. Gastélum SBN 282771
Casillas & Associates
3777 Long Beach Blvd., 3rd Flo,
Long Beach, CA 90807
t. 323-725-0350
e. acasillas@casillaslegal.com
e. dgastelum@casillaslegal.com

Morgan E. Ricketts SBN 268892
Ricketts Law
540 El Dorado Street, Ste. 202
Pasadena, CA 91101
t. 213-995-3935
e. morgan@morganricketts.com

*Attorneys for Plaintiffs.*

# United States District Court
## Central District Of California – Western Division

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and Does 1-10 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-07870-DMG-PD<br>*Assigned to: Honorable Dolly M. Gee*<br><br>**FURTHER DECLARATION OF DIANA BARBADILLO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF DIANA BARBADILLO**

1. This declaration is based on facts of which I have personal knowledge. If called as a witness to testify to these facts, I could and would do so competently.

2. I am employed as the Associate Director of Graduate Programs and Strategic Initiatives at Loyola Law School.

3. I am a member of the National Lawyers Guild Los Angeles Chapter (NLG-LA") and am a trained NLG-LA legal observer.

4. NLG-LA works to ensure legal and practical access to demonstrations in Southern California by regularly providing legal observers at demonstrations to observe and document potentially unlawful or unjustified interference with demonstrators' rights from law enforcement. The NLG-LA also works to ensure the right to protest by helping to secure legal representation for demonstrators facing criminal charges arising out of demonstration activity and affirmative civil cases against local governments and law enforcement agencies for unlawful interference with demonstrators' rights.

5. I attended an NLG-LA legal observer training in June 2020 and began legal observing during the George Floyd protests. Initially, I legal observed about 2-3 protests per week. After the killing of Dijon Kizzee by a Los Angeles Sheriff Deputy on August 29, 2020 I began legal observing about 4 protests per week.

6. On Friday, September 25, 2020, I received a notice from NLG-LA that legal observers were requested for a Justice for Breonna Taylor march. I understand that the march was called by a coalition of different groups concerned that no charges were brought in the death of Breonna Taylor.

7. I volunteered to legal observe the march and, at about 7 p.m. met with three other legal observers at the William S. Heart dog park on Sunset Blvd. at Sweetzer Ave. where the march was scheduled to begin.

8. I and the other legal observers were all wearing bright, neon-green caps with the words "Legal Observer" on them, clearly notifying others of our role at the march.

9. At around 8:25 p.m., the march began on De Longpre Ave., headed towards Fountain. We Marched West on Fountain, South on Le Cienega, and then West on Santa Monica Blvd.

10. At La Cienega and Santa Monica Blvd. two more Legal Observers joined us. The march continued West on Santa Monica Blvd. to the intersection of Sant Monica and San Vicente, where it stopped at about 9:00 p.m. in front of the West Hollywood Sheriff's Station.

11. The march was peaceful and uneventful. There was a sound truck playing music, and people marching and chanting, followed by a car caravan.

12. Sheriff's deputies nevertheless were out in front of the station in full riot gear. They had strung a large yellow metal barricade across San Vincente.

13. There were about 20 deputies in riot gear and two armoured transport vehicles with 2 deputies on each with their weapons out. The deputies also had another vehicle with what appeared to be a sound cannon/sonic weapon know as an "LRAD" or "Long Range Acoustic Device."

14. I then saw Deputy Muller, who I and several protesters recognized from Sheriff violence against demonstrators at the Dijon Kizzee protests in South LA.

15. At 9:06 p.m. Muller made an announcement. Although it was amplified it was difficult to hear. I heard him say it was an unlawful assembly and we had to disperse. His sounds system then cut out, so if he said how long we had to disperse or what direction to disperse in we did not hear it. I was surprised Muller, who I have seen at several protests, was unable to give a proper dispersal order.

16. March participants nevertheless began to leave the area heading West on Santa Monica Blvd.

17. At 9:10 p.m., Muller made another announcement giving people 2 minutes to disperse. At that point only a few cars, some photographers and press were left. I stayed until I was sure everyone had left without incident.
18. Before I left I could hear Muller yell "rifles up." It seemed unnecessary and excessive to instruct the deputies to put their rifles up, ready to shoot people, when the protesters had complied with his order to leave the area.
19. I then caught up to the march heading West on Santa Monica Blvd. (I was traveling on foot). The march went South on Almont Drive. At Almont and Melrose Ave. there was an armored LASD transport vehicle carrying about 15 Sheriff's deputies in riot gear. They were cocking their weapons. Sheriff's personnel made no announcements and gave no orders. They seemed to be there only as an intimidation tactic, forcing the group to go East on Melrose. I saw a legal observer visibly shaken by the deputies cocking their weapons.
20. The march then went North on Robertson into a residential area. I understood the marchers modified their route because many were scared and intimidated and did not want to go back by the Sheriff's station. To avoid the station they went North into the residential area, East on Keith Ave., then North on Hilldale Ave.
21. At Hilldale and Cynthia Street, more Sheriff's personnel arrived in another armored transport vehicle with riot gear, again cocking their weapons.
22. The march was forced by the Sheriffs to go West on Cynthia Street. The deputies cut off the car caravan so only the people on foot were able to continue on the march. The march then went North on Hammond St., then right, East onto Sunset Blvd.
23. Two trucks (one white truck and one black) had been leading the march. The trucks were on Sunset between Hilldale and San Vicente. The marchers on foot were about ½ block back as there was a steep hill, and it was slow going walking up the hill.
24. At about 9:45 p.m., while the trucks were waiting for the march to catch up, more Sheriffs arrived in an armored transport vehicle. The Sheriffs went directly to the trucks.

25. I had a better view of the white truck. The Sheriffs had the driver get out, put his hands behind his back, and face his vehicle. At the same time, they had the two people who were in the bed of the truck get down.

26. Th first person to get down from the truck was then tackled to the ground by a deputy in riot gear.

27. The second person to get down was thrown to the ground by a deputy in riot gear who then began beating him with a shield. The protester was on the ground, in a fetal position not moving, not resisting, and the deputy was beating him with his shield, striking downwards with the shield's vertical edge. Although I am a legal observer who has witnessed unnecessary violence by the Sheriff's Department at many protests, it was still shocking to see a protester on the ground in the fetal position being beaten by a deputy. The way the deputy was using his shield felt calculated – attacking the man's legs repeatedly with the blunt end of the shield.

28. I was witnessing this from directly across the street. I was standing just off the sidewalk on the North Side of Sunset in the Westbound lanes and the trucks were parked across the street in the Eastbound lanes.

29. Other deputies then began shooting pepper balls at us and at the marchers who were still about a half block away. (Pepper balls are small hard round projectiles with a capsicum-like coating on them that acts as pepper spray.)

30. They were shooting at me and another legal observer who was with me and at members of the press. Their press credentials were clearly visible. One was even wearing a helmet with the word "press" on it.

31. While the deputy was beating the man with the blunt end of a shield, other deputies were shooting pepper balls at the ground around him.

32. The first protester was still being pinned to the ground by another deputy while this was happening.

33. While I was not hit directly by a pepper ball, I could feel the effects of the pepper balls in my eyes and throat. Some of the media said they had been hit by the pepper balls.
34. The deputies then threw several flash bang grenades near us. When flash bang grenades blow up they cause a very loud explosion with a lot of white smoke. It makes it difficult to see, adding to the chaos and fear.
35. The crowd started to run into the side streets to get away.
36. I took cover behind a van.
37. I and another legal observer tried to stay behind to get information about the people who had been arrested but the Sheriffs started throwing more flash bang grenades. Because it was unsafe to stay, we left.
38. By 9:51 p.m., the Sheriffs had caused the marchers to flee and the event was over.
39. On my way back to my car I tried to photograph an armored transport vehicle with Sheriffs in riot gear on it but they shined a bright light in my face, making it impossible to take a photo.
40. I feel like the Sheriff's Department's actions on September 25, 2020 was a continuation of the unnecessary violence I've seen from them since the George Floyd protests. They employed the same escalation and violent tactics they had deployed in South Los Angeles during the Dijon Kizzee protests.
41. There was no dispersal order before the use of force. There was no violence or threat of violence against the officers before they shot the pepper balls or threw the flash bang grenades. The crowd was both peaceful and far from them.
42. On September 25, 2020 the Los Angeles Sheriff's Department again exhibited nothing but contempt for the United States Constitution and the rights granted to us in the First Amendment to peaceably assemble and for freedom of the press.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on September 27, 2020 in Los Angeles, California.

*Diana Barbadillo*
DIANA BARBADILLO