Jorge Gonzalez SBN 100799
A PROFESSIONAL CORPORATION
2485 Huntington Dr., Ste. 238
San Marino, CA 91108-2622
t. 626-328-3081
e. jgonzalezlawoffice@gmail.com

Paul Hoffman SBN 71244
Michael D. Seplow SBN 150183
Aidan C. McGlaze SBN 277270
Kristina A. Harootun SBN 308718
John Washington SBN 315991
SCHONBRUN SEPLOW HARRIS,
HOFFMAN & ZELDES LLP
11543 W. Olympic Blvd.
Los Angeles, California 90064
t. 310-396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. amcglaze@sshhzlaw.com
e. kharootun@sshhzlaw.com
e. jwashington@sshhlaw.com

Carolyn Y. Park SBN 229754
LAW OFFICE OF CAROLYN PARK
595 Lincoln Ave., SUITE 200
Pasadena, CA 91103
t. 213-290-0055
e. carolynyoungpark@gmail.com

Arnoldo Casillas SBN 158519
Denisse O. Gastélum SBN 282771
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., 3RD FLO,
Long Beach, CA 90807
t. 323-725-0350
e. acasillas@casillaslegal.com
e. dgastelum@casillaslegal.com

Morgan E. Ricketts SBN 268892
RICKETTS LAW
540 El Dorado Street, Ste. 202
Pasadena, CA 91101
t. 213-995-3935
e. morgan@morganricketts.com

*Attorneys for Plaintiffs.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>PLAINTIFFS,<br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 2:20-cv-07870-DMG-PD<br>*Assigned to: Honorable Dolly M. Gee*<br><br>**DECLARATION OF ASA JULEFF IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER** |

## DECLARATION OF ASA JULEFF

I, Asa Juleff, declare:

1. I make this statement of my own personal knowledge and if called to testify, could and would testify truthfully thereto.

2. I am a full-time Operations Engineer in the technology industry.

3. On September 25, 2020, I attended a march to protest the lack of police accountability in the fatal shooting of Breonna Taylor. At approximately 7pm, I joined the protest at the William S. Hart Park located 8341 De Longpre Avenue in the city of West Hollywood.

4. Approximately 50 protesters, including myself, marched from William S. Hart Park and southwest on to Fountain Avenue and then Santa Monica Boulevard. The march began at approximately 8:00pm.

5. Protesters in cars led the march. Protesters on foot followed behind the cars at the front of the march, and some protesters in cars following behind the protesters on foot, all in a peaceful fashion.

6. When march arrived at the Los Angeles Sheriff's Department (LASD) West Hollywood Station at approximately 8:30pm, I observed sheriff deputies outside of the station with full riot gear.

7. Around 8:45pm or 9pm, I heard LASD declare an unlawful assembly at the LASD West Hollywood Station when the march arrived there. Some protesters began chanting at the barrier, but other protesters urged them to keep marching. All of the protesters, including myself, continued to march southwest on Santa Monica Boulevard and then on other streets in West Hollywood.

8. Given the recent use of projectiles and chemical agents by LASD against protesters, some protesters in their cars created a barrier between sheriff deputies and protesters on foot by driving alongside the protesters.

9. On Sunset Boulevard near San Vicente, I saw LASD sheriff deputies approach protesters from front of the march. Sheriff deputies went up to protesters'

cars and opened the doors. Sheriff deputies snatched protesters out of the inside and back of two trucks, while other sheriff deputies yelled at protesters to get out of the trucks. I observed the protesters comply with all of the sheriff deputies demands.

10. I observed sheriff deputies walk up to one of the trucks at the front of the protest. A protester named "Andy" who was in came down from the truck, and then a sheriff deputy pushed him to the ground.

Multiple sheriff deputies got on top of Andy while Andy was on the ground being detained, and then one sheriff deputy forcefully hit Andy's lower legs with the end of his riot shield. Another protester and I started walking toward Andy. I had only taken 2-3 steps toward the direction where Andy was being beaten, when sheriff deputies shot pepper balls at me and other protesters, and set off flash bangs. I was about 50 feet away from the sheriff deputies and Andy when the sheriff deputies opened fire.

11. I did not see any cars in the protest driving erratically. I did not see protesters throw anything at sheriff deputies at any point. I myself did not throw anything or try to threaten sheriff deputies.

12. Sheriff deputies shot me with what I believe were pepper balls left collarbone, right cheek and above my left eye. My face was burning from pepper balls. At the time of this writing, I still have pain in my eye and my collarbone. It is painful to lift my left arm.

13. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of September 2020, at Los Angeles, California.

_____
Asa Juleff







DECLARATION OF ASA JULEFF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

2

DECLARATION OF ASA JULEFF IN SUPPORT OF MOTION FOR TEMPORARY
RESTRAINING ORDER