UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-7870-DMG (PDx)** | Date | October 8, 2020 |
|---|---|---|---|

| Title | *Krizia Berg v. County of Los Angeles, et al.* | Page | 1 of 3 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [13]**

On August 27, 2020, Plaintiffs filed a Class Action Complaint against Defendants County of Los Angeles and Alex Villanueva, Los Angeles County Sheriff, asserting that the Los Angeles Sheriff's Department ("LASD") has used indiscriminate and excessive force against peaceful protestors and unlawfully detained them in violation of their First, Fourth, and Fourteenth Amendment rights. [Doc. # 1.]

On September 22, 2020, Plaintiffs filed an *Ex Parte* Application for Temporary Restraining Order ("TRO Application") against Defendants. [Doc. # 13.] Plaintiffs seek to enjoin LASD from the "indiscriminate" use of (1) "less-lethal" projectiles on crowds of protestors if there is no immediate threat and no order to disperse with time to comply and (2) chemical agents or irritants to disperse or control crowds of protestors without adequate warnings and time to comply. TRO App. at 2. On September 28, 2020, Defendants filed their response. [Doc. # 23.] On October 7, 2020, Plaintiffs filed a reply. [Doc. # 25.]

Although the Court is deeply disturbed by the allegations regarding Defendants' use of force against peaceful protestors, legal observers, and journalists, it has determined that it would benefit from a more orderly presentation of the facts and legal issues than is possible in the context of a TRO Application. The Court therefore DENIES the TRO Application, without prejudice, and sets the following briefing schedule for a motion for preliminary injunction: Plaintiffs may file any supplemental briefing in support of interim injunctive relief by October 16, 2020; Defendants may file their opposition by October 23, 2020, and Plaintiffs may file an optional reply by October 30, 2020. The Court will set a hearing on the motion if it deems one necessary after the completion of briefing.

In their briefing, the parties shall not make factual assertions without using pinpoint citations to the evidentiary record to support those assertions. The parties also shall address

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-7870-DMG (PDx)** | Date | October 8, 2020 |
|---|---|---|---|
| Title | *Krizia Berg v. County of Los Angeles, et al.* | Page | 2 of 3 |

(1) whether Plaintiffs must show that deputies were acting pursuant to a policy or custom of the County in order to obtain injunctive relief (*see Monell v. Department of Social Services of City of New York*, 436 U.S. 658, 694 (1978); *see also Los Angeles County v. Humphries*, 562 U.S. 29, 37-39 (2010)); (2) whether Plaintiffs have factual support that the County has such a policy or custom; (3) whether injunctive relief obtained at this stage of the proceedings, if any, would inure only to the benefit of named plaintiffs and not to the putative class, absent class certification (*see Zepeda v. U.S.I.N.S.*, 753 F.2d 719, 727 (9th Cir. 1984)); and (4) whether both sides would benefit from discovery such that they can develop a fuller evidentiary record before these issues can be adequately addressed.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-7870-DMG (PDx)** | Date | October 8, 2020 |
|---|---|---|---|
| Title | *Krizia Berg v. County of Los Angeles, et al.* | Page | 3 of 3 |