PAUL B. BEACH, State Bar No. 166265
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
EMILY B. SUHR, State Bar No. 306658
esuhr@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles and Sheriff Alex Villanueva

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and Does 1-10 inclusive,<br><br>        Defendants. | Case No. 2:20-cv-07870-DMG-PD<br><br>Honorable Dolly M. Gee<br><br>**DECLARATIONS OF RAYMOND W. SAKAI, ROBERT J. LEWIS, CHARLES L. McDANIEL AND M. COPPES AND EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL BRIEF SUPPORTING THEIR APPLICATION FOR A PRELIMINARY INJUNCTION**<br><br>*[Opposition and Evidentiary Objections filed concurrently herewith]* |

1

BERG\DECL RE OPP TO SUPP BRIEF

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Defendants County of Los Angeles and Sheriff Alex Villaneuva hereby submit the following declarations and exhibits in support of their Opposition to Plaintiffs' Supplemental Brief Supporting Their Application For A Preliminary Injunction.

Dated: October 23, 2020          LAWRENCE BEACH ALLEN & CHOI, PC


By     /s/  Raymond W. Sakai
       Raymond W. Sakai
       Attorneys for Defendants
       County of Los Angeles and
       Sheriff Alex Villanueva

<u>**INDEX**</u>

| DECLARATIONS | | |
|---|---|---|
| | PAGES | DESCRIPTION |
| | 1-2 | Supplemental Declaration of Raymond W. Sakai |
| | 3-4 | Supplemental Declaration of Commander Robert J. Lewis |
| | 5-9 | Supplemental Declaration of Lieutenant Charles L. McDaniel |
| | 10-14 | Declaration of Sgt. M. Coppes |
| **EXHIBITS** | | |
| EXHIBIT | PAGES | DESCRIPTION |
| D | 15-18 | CBS Los Angeles website article and video |
| E | 19-21 | AP website article and video |
| F | 22-27 | Los Angeles Times website article |

3

BERG\DECL RE OPP TO SUPP BRIEF

# DECLARATION OF RAYMOND W. SAKAI

I, Raymond W. Sakai, declare as follows:

1.      I am an attorney at law duly licensed to practice before this Court and all the courts of the State of California.  I am an associate of the law firm of Lawrence Beach Allen & Choi, PC, attorneys of record for Defendants County of Los Angeles and Sheriff Alex Villanueva in the above-entitled action.  If called upon as a witness, I could and would competently testify to the following facts as personally known to me or upon information and belief.

2.      Attached hereto and incorporated hereby as Exhibit "D" are true and correct copies of a CBS Los Angeles website article published on September 25, 2020, titled "Protester Hit By Truck During Hollywood Demonstration To Protest Death of Breonna Taylor" and the embedded video clip, which can also be viewed at https://losangeles.cbslocal.com/2020/09/25/breonna-taylor-hollywood-forever-cemetery-protester-injured/.

3.      Attached hereto and incorporated hereby as Exhibit "E" are true and correct copies of a AP website article published on September 25, 2020, titled "1 hurt, car crashed in fights at Los Angeles protest" and the embedded video clip, which can also be viewed at https://apnews.com/article/hit-and-run-hollywood-los-angeles-police-police-brutality-bacbaf4f26a2128636be75a33b7a9041.

4.      Attached hereto and incorporated hereby as Exhibit "F" is true and correct copy of a Los Angeles Times website article published on September 24, 2020, titled "Driver plows through Breonna Taylor protest in Hollywood, hitting at least one person", which can also be viewed at https://www.latimes.com/california/story/2020-09-24/breonna-taylor-hollywood-protest.

1

5.     Recently, likely as a result of protesters posting personal information on the internet, known as "doxing", about a LASD's Sheriff's Response Team supervisor ("deputy"), the outside of the deputy's home was vandalized.  Among the spray painting, there was an ominous threat on the sidewalk that "WE KNOW WHERE U LIVE."  In the interest of protecting the deputy from further attacks, the postings have not been submitted with this filing.  Should the Court wish to review them, they will be filed under seal.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 23, 2020, at Los Angeles, California.


_____/s/ Raymond W. Sakai_____

# SUPPLEMENTAL DECLARATION OF
# COMMANDER ROBERT J. LEWIS

I, Robert J. Lewis, declare as follows:

1.  I am employed by the County of Los Angeles as a Commander with the Los Angeles County Sheriff's Department ("LASD"). If called upon as a witness, I could and would competently testify to the following facts as personally known to me or upon information and belief.

2.  Formed in 1850, the LASD is the largest Sheriff's Department in the world, serving an area in excess of 3,000 square miles, with a jurisdiction of nearly three million and responding to over 1 million calls for service annually.

3.  I have been employed with the LASD for over 35 years and my current assignment is as a Commander with the LASD's Special Operations Division ("SOD"). Through its various bureaus and details, SOD provides support to all LASD units and mutual aid assistance to outside agencies. The Emergency Operations Bureau ("EOB"), which is part of SOD, is the primary resource for coordinating the LASD's response to natural disasters and complex emergencies, including civil unrest. EOB works closely with county, city, state, and federal agencies and well as community resources to serve the needs of the public.

4.  I submit this supplemental declaration in support of Defendants' Opposition to Plaintiffs' Supplemental Brief.

5.  I am informed and believe that Plaintiffs claim, in addition to what was addressed in my previous declaration, that the LASD has a policy or practice of targeting legal observers and members of the press at protests with deployment of less lethal tools. No such policy or practice exists. In fact, as set forth in my prior declaration (¶¶35-37), the LASD goes to great lengths to train our deputies to respect all citizens' constitutional rights.

1    I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.
3       Executed on October 23, 2020, at Los Angeles, California.

_____
Robert J. Lewis

## SUPPLEMEMTAL DECLARATION OF
## LIEUTENANT CHARLES L. McDANIEL

I, Charles L. McDaniel, declare as follows:

1.     I am employed by the County of Los Angeles as a Lieutenant with the Los Angeles County Sheriff's Department ("LASD" or "Department"). If called upon as a witness, I could and would competently testify to the following facts as personally known to me or upon information and belief.

2.     I have been employed with the LASD for 32 years and am currently assigned as a Lieutenant at LASD's South Los Angeles Station ("Station"). I am also a member of the LASD's Sheriff's Response Team ("SRT"), and have been so since 2016.

3.     I submit this supplemental declaration in support of Defendants' Opposition to Plaintiffs' Supplemental Brief.

### September 11, 2020 Press Conference

4.     I am informed and believe that Plaintiffs are seeking an order enjoining the LASD from using less lethal tools against peaceful protesters. I am also informed and believe that Plaintiffs, in support of their application, claim that on September 11, 2020, the LASD "intended to intimidate the participants" of a press conference at the Station. This allegation is false.

5.     As set forth in Captain Duane Allen, Jr. and my previous declarations (Dkt. No. 23-1, pp. 17-18, 22-30), from August 31, 2020 to September 12, 2020, there were almost daily protest in front of the Station. In response, there were LASD deployments to ensure the safety of those large gatherings and the security of the surrounding facilities.

6.     On September 11, 2020, I commanded SRT squads, which as on the other days, deployed outside of the Station in advance of the protests.

7.     In order to secure the Station's front parking lot, the night before, the adjoining driveway had been closed off with LASD yellow barricade tape that has "DO NOT CROSS" printed on it, which is commonly referred to as crime scene tape.

8.     The organizers set up the press conference directly next to this area that had been taped off.

9.     Similar to the other days, deputies were positioned in front of the Station.  Due to the site selection of the press conference, the deputies were approximately 50 yards away.

10.    Several individuals crossed under the tape to confront the deputies, who ordered them back.  After the individuals complied, yellow barrier wire (what Plaintiffs refer to as a "slinky") was deployed at the location of the tape to avoid further direct confrontation.

11.    At no point during the press conference did any deputy interfere with anyone who was speaking.

12.    Well after the press conference concluded, barrier wire was moved into designated locations in advance of the protest.

**September 8, 2020 - South Los Angeles Station**

13.    In my initial declaration (Dkt. No. 23-1, pp. 26-29, ¶7 ["McDaniel Decl."]), I summarized the September 8, 2020, protest at the South Los Angeles Station.

14.    Plaintiffs have submitted an approximately 14-minute social media video purporting to show select events from that night.

15.    To assist the Court in its analysis, below is a brief summary of relevant portions of the video:

| Time | |
|------|--|
| 0.00 | The video begins in the street, near the intersection of Normandie Avenue and Imperial Highway, near the South Los Angeles Station. It should be noted that this a major, busy intersection. |
| 0.33 | An unlawful assembly is declared per Penal Code §407 and dispersal orders are given. Some in the group can be heard shouting responses to the dispersal order. Dispersal orders, including several options on directions to leave the scene were constantly given through the majority of the video. |
| 2:02 | In the middle of the street, a group begins to forms what they can later be heard to refer to as a "shield wall", consisting of various "shields," umbrellas and other objects. |
| 2:30 | Someone in the group on a megaphone can be heard saying, "If you are afraid of getting arrested, the time to leave is now." |
| 3:17 | The same person can be heard directing the formation of the "shield wall," saying "they are going to shoot us from both sides." |
| 3:56 | Another person in the group with a megaphone can be heard saying, "If you cannot be arrested right now, or you do not feel safe, now is the time to go." |
| 4:50 – 5:10 | The camera person walks in front of the "shield wall" showing it consists of umbrellas, what appears to be an actual circular black metal shield – wielded by a person |

| Time | |
|------|--|
| | wearing what appears to be body armor and a helmet, and other objects. |
| 5:18 | One individual wearing a helmet with googles and a large backpack walks toward the deputies and shouts through a megaphone, "We are not going f--- anywhere!" |
| 5:38 | A shield consisting of a mirror with broken glass can be seen in the "shield wall" |
| 6:14 | Apparently, in response to the continuing dispersal orders, someone in the group shouts "how the f— do we cooperate?" |
| 7:12 | A paramedic truck, with lights and sirens, is shown being impeded by the group people in the street. |
| 7:22 | As the group was blocking a major city street, an individual dressed in all black and using a megaphone can be seen in the middle of an intersection attempting to direct traffic. As it was nighttime, this was an incredibly dangerous situation for both the individual and the motorist. |
| 7:58 | In response to the deputies removing the yellow barrier wire, which can be heard referred to as a "slinky", someone in the group can be heard saying, "All right y'all, that means it's going to start." |
| 8:27 | A siren is activated as the deputies, in a straight row, begin to slowly walk down the street towards the group. |
| 9:56 | After over a minute, the deputies reach the intersection of Normandie and Imperial and pause. |

| Time | |
|------|---|
| 10:21 | Behind the shield wall, a protester can be seen with a water bottle in his hand. |
| 10:37 | The siren stops. |
| 10:55 | To the right of the group, vehicular traffic can be seen continuing to pass them in the street. For obvious reasons, this is incredibly dangerous for both the members of the group and the motorists. |
| 11:27 | After pausing, the deputies, still in a row, can be seen walking slowing, turning the corner at the intersection. |
| | The "shield wall" group maintains their formation as they walk down the street. |
| 12:46 | On the right of the screen, two individuals at front corner of the "shield wall" can be seen running away behind the "shield wall." |
| 12:56 | Responding to objects being thrown, the deputies deploy a brief, directed round of less lethal tools. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 23, 2020, at Los Angeles, California.

Charles L. McDaniel

9

# DECLARATION OF SERGEANT M. COPPES

I, M. Coppes, declare as follows:

1.  I am employed by the County of Los Angeles as a Sergeant with the Los Angeles County Sheriff's Department ("LASD"). If called upon as a witness, I could and would competently testify to the following facts as personally known to me or upon information and belief.

2.  I have been employed with the LASD since 2012 and am currently assigned to the LASD's County Services Bureau. I am also a member of the LASD's Sheriff's Response Team ("SRT"), and have been so since 2017.

3.  On September 25, 2020, I commanded a SRT squad in West Hollywood.

4.  I am informed and believe that Plaintiffs allege that on the September 25, 2020 the LASD used indiscriminate force against peaceful protesters that were not threatening the deputies. This is an inaccurate account of what occurred.

5.  I am further informed and believe there are allegations that the LASD deliberately targeted legal observers and members of the press. Based on my training and experience with SRT, this is not true.

6.  In September 2020, there were three LASD deployments to the West Hollywood Station in response to planned large protests. I am informed and believe, on September 19 and 26, 2020, none of the conduct of the protesters necessitated the deployment of any less lethal tools.

7.  On September 25, 2020, SRT was deployed to the West Hollywood Station to maintain the peace and ensure public safety in advance of a large protest following news reports of various injuries to protesters and damage to vehicles at the previous night's protest in Hollywood. For example, protesters were struck by vehicles, with at least one being hospitalized.

(https://losangeles.cbslocal.com/2020/09/25/breonna-taylor-hollywood-forever-cemetery-protester-injured/ [embedded video shows protester being hit by a pickup truck]). Additionally, a car was chased and attacked by protesters. (https://apnews.com/article/hit-and-run-hollywood-los-angeles-police-police-brutality-bacbaf4f26a2128636be75a33b7a9041 ["A group of protesters in a black pickup truck chased down the white sedan and cut it off"; embedded video shows Prius driver being attacked]). *See* Declaration of Raymond W. Sakai, Exhs. "D-F."

8.    At approximately 9:05 p.m., after hours of protest and when the protesters and their vehicles created huge grid lock – impeding traffic, including emergency vehicles, an unlawful assembly was declared and dispersal orders given.

9.    At approximately 9:20 p.m., further dispersal orders were given.

10.    A large group of approximately 100 pedestrian protesters, that were led by two large lifted (higher off the ground than the stock models) pickup trucks, a black Ford F350 and white Chevrolet Silverado, and followed by various other vehicles continued through the streets of West Hollywood violating various Vehicle Code sections, not limited to:

A.    impeding, and at times, blocking traffic (Veh. Code § 22400(a) "No person shall drive upon a highway at such a slow speed as to impede or block the normal and reasonable movement of traffic unless the reduced speed is necessary for safe operation, because of a grade, or in compliance with law");

B.    failing to stop at posted signs and signals (Veh. Code §22450(a) "The driver of any vehicle approaching a stop sign at the entrance to, or within, an intersection shall stop at a limit line, if marked, otherwise before entering the crosswalk on the near side of the intersection" and §21453(a) "A driver facing a steady circular red signal

alone shall stop at a marked limit line . . .";

        C.     carrying occupants in the truck beds

(Veh. Code §23116(a) "No person driving a pickup truck or a flatbed motor truck on a highway shall transport any person in or on the back of the truck" and (b) "No person shall ride in or on the back of a truck or flatbed motor truck being driven on a highway."); and

        D.     driving with covered license plates

(Veh. Code §5200(a) "When two license plates are issued by the department for use upon a vehicle, they shall be attached to the vehicle for which they were issued, one in the front and the other in the rear" and §5201.1(b) "A person shall not operate a vehicle with a product or device that" obscures, or is intended to obscure, the reading or recognition of a license plate by visual means).

11.    Further, some of the pedestrian protesters that failed to disperse walked into the opposing lane of traffic impeding vehicles creating a dangerous situation for themselves and motorist. *See* Veh. Code § 21954(a) ("Every pedestrian upon a roadway at any point other than within a marked crosswalk or within an unmarked crosswalk at an intersection shall yield the right-of-way to all vehicles upon the roadway so near as to constitute an immediate hazard."). This was especially so in light of the incidents at the previous night's protest, which apparently involved the same black pickup truck.

12.    There were also reports that some of the remaining protesters had vandalized properties while making their way through West Hollywood.

13.  At approximately 9:45 p.m., based on the prior dispersal orders after an unlawful assembly (Pen. Code § 407) was announced, the above Vehicle Code violations and, mindful of the injuries at the Hollywood protest the night before, concern for protesters, other vehicle traffic, and pedestrians, deputies conducted a traffic stop of the two large pickup trucks leading the protest near the intersection

of Sunset Boulevard and San Vicente Boulevard.

14.     Deputies detained the driver and occupants of the Ford pickup truck without incident for further investigation.

15.     Deputies detained the driver of the Chevrolet pickup without incident.

16.     However, two of the occupants of the Chevrolet's truck's bed physically resisted their detention. One of the occupants attempted to forcefully break free by pulling away from the detaining deputy, resulting in both of them going to the ground.

17.     Exacerbating the tense and dangerous situation of a deputy being on the ground struggling with an unsearched individual, a second truck bed occupant ("suspect") jumped down and grabbed the first occupant's arm in an attempt to free him from the deputy's detention. (Pen. Code §405a ["A person who participates in the taking by means of a riot of another person from the lawful custody of a peace officer is guilty of a felony. . . ."]). When that second suspect was subsequently taken to the ground, he struggled with deputies, causing a deputy's loaded firearm to fall to the ground near the two struggling suspects. The suspect then rolled onto his stomach, placing his hands underneath the middle of his body and did not immediately comply with orders and attempts to put his hands behind his back. Not knowing if the suspect, who was unsearched, was reaching for something and in light of other protesters running toward the location, a deputy used his plastic shield, making contact with the suspect's legs, in order to help gain control of the suspect's hands. Eventually, deputies were able to handcuff the suspect without further incident. This suspect was arrested on various charges, including a felony.

18.     Simultaneous, other protesters began to rush and throw items at the deputies, including a large street utility cover. I am informed and believe that other deputies saw water bottles being thrown and glass breaking. One protester,

dressed all in black and wielding a large umbrella with a pointed tip, ran towards and got close to where the deputies were struggling with the suspects on the ground.  Later, it was determined that the protester was also running towards the area where a deputy's loaded handgun was on the ground.  In order to defend themselves and deflect the attack, preventing dangerous hand-to-hand contact, deputies deployed a brief volley of less lethal tools.

19.	Shortly thereafter, the protesters and vehicles dispersed from the area necessitating no further deployment of less lethal tools.

20.	As a result of some of the protester's conduct, there were a number of arrests on charges varying from the attempted taking by means of a riot of another person from the lawful custody of a peace officer (Pen. Code §405a, a felony), unlawful assembly (Pen. Code §409), and willfully resisting, delaying or obstructing a peace officer (Pen. Code §148(a)).

21.	Although it is unclear from Plaintiffs' declarations, it appears that the person they refer to as "Andy" was the suspect, described in ¶17, who was arrest on the felony charge.  (*See* Plaintiffs' Supplement Brief, 11:2-8).


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 23, 2020, at Los Angeles, California.

_____  10/25/20

M. Coppes

  

CBS Los Angeles

CBSN Los Angeles **WATCH NOW ▶**    CHP Officer Shot In Gun Battle With Suspect In

☰ MENU    NEWS    SPORTS    BEST OF    VIDEO    WEATHER    CONTESTS/MORE

# Protester Hit By Truck During Hollywood Demonstration To Protest Death Of Breonna Taylor

By **CBSLA Staff**    September 25, 2020 at 4:30 am    Filed Under:   **Breonna Taylor** ,   **Breonna Taylor Protest** ,   **Hollywood Forever Cemetery** ,   **KCAL 9** ,   **Los Angeles**



## FOLLOW US



## OUR | NEWSLETTER

 Sign up and get our latest headlines delivered right to your inbox!

Email address

Subscribe Now!

## MOST **VIEWED**

 'Great Pumpkin' Charlie Brown Special No Longer Airing On TV (Sort Of)

 Woman Arrested For EDD Fraud As She Arrived At Riverside Superior Court For Unrelated Identity Theft Case

 Man Killed After Pickup Flips During Street Takeover In Costa Mesa; Driver Charged With Murder

 DNA Match Leads To Arrest In Violent 1996 Slaying, Rape Of Boyle Heights Teen Gladys Arellano

 OC Security Guard Arrested After Allegedly Impersonating A Federal Law Enforcement Agent

 'Worst Possible Outcome': Theme Park Enthusiasts Blast California's Reopening Guidelines

 'Steal A Base, Steal A Taco': Mookie Betts Earns Everyone In America A Free Taco With Stolen Base

'Largest Of Its Kind In The World': Plans For 101 Freeway Wildlife

   

**HOLLYWOOD (CBSLA)** — One protester was hospitalized after being struck by a pickup truck during a Breonna Taylor demonstration in Hollywood Thursday night.



Cell phone video shows a protester being struck by a pickup truck in Hollywood, Calif., on Sept. 24, 2020. (Credit: JESSICARAYEROG1/Twitter)

The incident occurred at about 9 p.m. while hundreds of protesters marched down Sunset Boulevard. Video posted to social media showed the driver of a blue truck striking a protester who was holding a sign, knocking them to the ground.

The driver then drove off and was initially detained by law enforcement a few blocks away from the scene before being allowed to leave.

The injured protester was taken to a hospital in unknown condition.

Los Angeles police said the incident had started with an altercation between the driver of the pickup truck and a different protester. When the pickup truck tried to speed away, that is when the protester was struck, police said. The incident remains under investigation.

Then, at about 9:30 p.m., the driver of a white Prius appeared to be attempting to drive past the demonstration that was moving down Sunset Boulevard and was quickly surrounded by protesters marching down the street.

The driver of that vehicle then drove through the intersection, striking a number of protesters, before being boxed in by two other vehicles while protesters hit the windows. The Prius then sped off, and was also later stopped by police.



**LAPD HQ** ✔
@LAPDHQ

The LAPD is are aware of an incident in Hollywood involving several vehicles and a large group of protestors. Here is the information we can verify at this time.

11:26 PM · Sep 24, 2020     ⓘ

♡ 651     💬 1K people are Tweeting about this

Demonstrators continued to march down Sunset Boulevard toward the 101 Freeway before turning south on Gower Street, back to where the demonstration had begun, before dispersing.

The largely peaceful demonstration began at Hollywood Forever Cemetery, 6000 Santa Monica Blvd., at about 7 p.m. where hundreds gathered to protest the grand jury decision in the March



Sept. 24, 2020. (CBSLA)


 Crossing In Agoura Hills Released

 Feds Arrest Rapper Who Bragged About Getting Rich From Filing EDD Claims In Music Video

 Suspect Dead, Officer Wounded After Police Pursuit Ends In Gunfire On 15 Freeway In Barstow

Exhibit D - 16

shooting death of Breonna
Taylor by police in Louisville, Kentucky.

This is the second night of demonstrations in Los Angeles following
a grand jury decision to not charge any of the officers directly for
Taylor's death.

| Comments (106) |
|:--:|



PAID FOR BY WITH HONOR FUND, WHICH IS RESPONSIBLE FOR THE CONTENT OF THIS ADVERTISING. NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE. WWW.WITHHONORFUND.ORG

CCPA Notice

Taboola Feed

**Challenge Your Brain With This Must-Play Strategy Game. No
Install.**

Forge Of Empires | Sponsored

**This Game is So Beautiful it's Worth Installing Just to See**

EXHIBIT TO BE FILED WITH NOTICE OF MANUAL FILING

# Exhibit D

CBS Los Angeles Video from 09-25-2020



AP NEWS

Top Stories     Topics ⌄     Video     Listen     ⊙

ADVERTISEMENT

‹                                                                                    ›

# 1 hurt, car crashed in fights at Los Angeles protest

September 25, 2020



AD

Ad  | Business Infoline

**Trending on AP N**

Trump posts une
interview before

Giuliani shown in
new 'Borat' film

AP Week in Pictu

AD

LOS ANGELES (AP) — One person was hurt when a truck ran into a small crowd of people protesting police brutality in Los Angeles Thursday night, authorities said.

The driver of a blue pickup truck got into an argument with demonstrators and struck the protester who was standing in the street as the driver tried to get away, police said in a statement. The protester was taken to a hospital with minor injuries.

Officers stopped and identified the truck's driver, who said protesters had attacked his vehicle and he was trying to get away,

 **AP**

The driver was released pending the outcome of a hit-and-run investigation.

A few minutes after that incident, the driver of a white Prius also got involved in an argument with protesters and then tried to drive off, police said. ==A group of protesters in a black pickup truck chased down the white sedan and cut it off. They and another group of people in a green Mustang confronted the driver and banged on the sedan's windows.==

ADVERTISEMENT

"The driver of the Prius attempted to flee the area and reversed into a green Mustang behind it," the police statement said.



The Prius was then able to get away, but police say the driver was detained by Hollywood officers a few blocks away. No one was hurt in the second incident, police said.

No arrests were announced. Police were continuing to gather information about both incidents.

A few dozen demonstrators marched through Hollywood for hours on Thursday, one of many protests across the country demanding justice for Breonna Taylor. Demonstrators were angered

after it was announced that the officers who shot the Black woman in her Louisville, Kentucky, apartment during a drug raid last March wouldn't be charged with her death.



EXHIBIT TO BE FILED WITH NOTICE OF MANUAL FILING

# Exhibit E

AP News Video from September 25, 2020

**BREAKING NEWS**                                                                           ✕

**Watch live: Trump and Biden meet for final debate**

CALIFORNIA

# Driver plows through Breonna Taylor protest in Hollywood, hitting at least one person



Paramedics help a protester who was hit by a vehicle on Sunset Boulevard in Hollywood. (Wally Skalij / Los Angeles Times)

By MATTHEW ORMSETH, JAMES QUEALLY

SEP. 24, 2020 | 10:07 PM   **UPDATED**   6:37 AM

  

A truck drove through a group of protesters in Hollywood on Thursday night, striking at least one person as it sped through the crowd, according to the police and news footage from the scene.

Demonstrators had gathered at 7 p.m. at Hollywood Forever Cemetery before marching through the streets of Hollywood.

They were decrying the announcement Wednesday that just one of three Louisville, Ky., police officers involved in the death of Breonna Taylor, who was shot to death in a bungled raid of her apartment, had been charged with a crime. The one indicted

officer, Brett Hankison, was charged not in connection with Taylor's death but for allegedly firing blindly into her apartment building.

The charging decision, anticipated for months, has infuriated people throughout the country and spurred large protests, including one Wednesday night that drew hundreds of people to downtown Los Angeles.

ADVERTISEMENT



Ads by Google

Send feedback    Why this ad? ▷

On Thursday, the group in Hollywood was walking down Sunset Boulevard, video posted to Twitter and YouTube shows, when ==a dark-colored pickup accelerated among the protesters, striking one directly and hurtling the person backward.== The truck then sped down Sunset Boulevard, nearly hitting other people who leaped out of the way, the footage shows.



**WORLD & NATION**

**'A lot of hurt.' With no police charges in Breonna Taylor case, mourning blankets Louisville and nation**

Sep. 24, 2020

Capt. Steve Lurie, who leads the Los Angeles Police Department's Hollywood Division, said officers stopped and identified the motorist, although they didn't immediately arrest him. ==The motorist told them that protesters had attacked his car first, according to Lurie, who added that officers have noted damage to the car.==



A protester who was hit by a car is attended to as paramedics arrive on Sunset Boulevard.  (Wally Skalij/Los Angeles Times)

Christian Monterrosa, a freelance photojournalist who was following the protest, said the truck was traveling against the flow of the crowd — west, when the group was walking east — when protesters began crowding the vehicle, trying to bring it to a stop.

"I would say the truck instigated the incident, definitely," Monterrosa said, noting that other motorists had yielded to the demonstrators.

ADVERTISEMENT



Ads by Google

Send feedback    Why this ad? ▷



WORLD & NATION

**Photos: Protests over charging decision in Breonna Taylor case**

Sep. 25, 2020

Nicholas Prange, a spokesperson for the Los Angeles Fire Department, said paramedics were called just before 9 p.m. to the corner of Sunset Boulevard and Seward Street. An ambulance transported at least one person to a hospital with minor

injuries, according to the LAPD. Lurie said the person was in stable condition and refused to cooperate with police.

**Caution: Video contains graphic content and strong language.**



Moments after the incident and a few blocks east on Sunset Boulevard, <mark>a white Prius tried to drive through the fringes of a group of demonstrators</mark> who had gathered in an intersection, according to the LAPD and footage from KCAL-TV Channel 9's chopper, Sky9.

"It wasn't traveling at a fast speed — it was inching forward, trying to get past, and that upset people," said Monterrosa, the photojournalist.

<mark>People in the crowd began striking the car's windows and doors, the news footage shows. After the Prius cleared the crowd, a black pickup truck with several people sitting in the bed gave chase, accelerated ahead of the Prius and pulled to an abrupt halt. A man got out of the truck and, according to the footage, appeared to try to pull the driver out of the Prius.</mark>

<mark>The Prius reversed and collided with a green Mustang convertible, which was associated with the protest, according to the LAPD. A person got out of the convertible and began striking the Prius with a flagpole, the footage shows, and another person arrived on a skateboard, which he used to smash the Prius' windshield.</mark> The motorist drove off but was detained a few blocks away by the LAPD. No one was injured in the incident, according to police.



A victim is comforted after being hit by a hit and run driver on Sunset Blvd. as she was protesting the Kentucky grand jury's decision in the Breonna Taylor case. (Robert Gauthier/Los Angeles Times)

Police have identified the motorists involved in both incidents, which were still being investigated, the LAPD said in a statement. Lurie, the Hollywood captain, said detectives will review whether the motorists, both of whom maintain they were accosted by protesters, are "the suspect of a hit-and-run or the victim of an assault." Cases could be presented to either county or city prosecutors for charging consideration, he said.

ADVERTISEMENT



Meanwhile, protesters continued to march along Fountain Avenue, just south of Sunset. Mo Broughton, 32, of Hollywood used a megaphone to urge protesters to stay behind vehicles that were part of the protest.

"Please stay behind the cars — it's for your protection," she yelled.

An estimated 350 people took to the streets in Hollywood on Thursday night, according to Lurie. Most were peaceful but about 20 were "violent," the captain said,

painting graffiti and lighting fires in a pair of trash cans.



A Prius runs through a crowd of people on Sunset Boulevard and North Cahuenga Boulevard during a protest held for Breonna Taylor in Hollywood. (Josie Norris/Los Angeles Times)

*Times staff writer Kevin Rector contributed to this report.*

---

CALIFORNIA

---



## The stories shaping California

Get up to speed with our Essential California newsletter, sent six days a week.

Enter Email Address

**SIGN ME UP**

You may occasionally receive promotional content from the Los Angeles Times.

 Matthew Ormseth

🐦 Twitter    📷 Instagram    ✉ Email    f Facebook

Matthew Ormseth is a reporter for the Los Angeles Times. Before joining The Times in 2018, he covered city news and state politics at the Hartford Courant. He grew up in Arcadia and graduated from Cornell University.