PAUL B. BEACH, State Bar No. 166265
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
EMILY B. SUHR, State Bar No. 306658
esuhr@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles and Sheriff Alex Villanueva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KRIZIA BERG, et al., | Case No. 2:20-cv-07870-DMG-PD |
|---|---|
| Plaintiffs, | Honorable Dolly M. Gee |
| vs. | |
| COUNTY OF LOS ANGELES, a municipal entity, et al., | **PROOF OF SERVICE** |
| Defendants. | |

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Raymond W. Sakai, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 1200, Glendale, CA 91210.

On October 23, 2020, I served the following:

**DEFENDANTS' EXHIBIT "D" - CBS LOS ANGELES VIDEO FROM SEPTEMBER 25, 2020 IN SUPPORT OF OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL BRIEF**

**DEFENDANTS' EXHIBIT "E" - AP NEWS VIDEO FROM SEPTEMBER 25, 2020 IN SUPPORT OF OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL BRIEF**

SEE ATTACHED SERVICE LIST

BY E-MAIL: I caused the document to be sent to the persons at their respective e-mail addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmissions were unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 23, 2020, at Glendale, California.

                                         /s/ Raymond W. Sakai
                                             Declarant

SERVICE LIST
*Berg, et al. v. County of Los Angeles, et al.*
Case No. 2:20-cv-07870-DMG-PD

| | |
|---|---|
| Jorge Gonzalez<br>A Professional Corporation<br>2485 Huntington Dr., Suite 238<br>San Marino, CA 91108-2622<br>jgonzalezlawoffice@gmail.com<br><br>Paul Hoffman<br>Michael D. Seplow<br>Aidan C. McGlaze<br>Kristina A. Harootun<br>John Washington<br>Schonbrun Seplow Harris<br>Hoffman & Zeldes<br>11543 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>hoffpaul@aol.com<br>mseplow@sshhzlaw.com<br>amcglaze@sshhzlaw.com<br>kharootun@sshhzlaw.com<br>jwashington@sshhlaw.com<br><br>Carolyn Y. Park<br>Law Office of Carolyn Park<br>595 Lincoln Ave., Suite 200<br>Pasadena, CA 91103<br>carolynyoungpark@gmail.com<br><br>Arnoldo Casillas<br>Denisse O. Gastélum<br>Casillas & Associates<br>3777 Long Beach Blvd., 3rd Flr.<br>Long Beach, CA 90807<br>acasillas@casillaslegal.com<br>dgastelum@casillaslegal.com | Morgan E. Ricketts<br>Ricketts Law<br>540 El Dorado St., Suite 202<br>Pasadena, CA 91101<br>e.morgan@morganricketts.com |