| | |
|---|---|
| Jorge Gonzalez SBN 100799<br>A Professional Corporation<br>2485 Huntington Dr., Ste. 238<br>San Marino, CA 91108-2622<br>t. 626-328-3081<br>e. jgonzalezlawoffice@gmail.com | Carolyn Y. Park SBN 229754<br>Law Office Of Carolyn Park<br>595 Lincoln Ave., Suite 200<br>Pasadena, CA 91103<br>t. 213-290-0055<br>e. carolynyoungpark@gmail.com |
| Paul Hoffman SBN 71244<br>Michael D. Seplow SBN 150183<br>Aidan C. McGlaze SBN 277270<br>Kristina A. Harootun SBN 308718<br>John Washington SBN 315991<br>Schonbrun Seplow Harris,<br>Hoffman & Zeldes LLP<br>11543 W. Olympic Blvd.<br>Los Angeles, California 90064<br>t. 310-396-0731; f. 310 399-7040<br>e. hoffpaul@aol.com<br>e. mseplow@sshhzlaw.com<br>e. amcglaze@sshhzlaw.com<br>e. kharootun@sshhzlaw.com<br>e. jwashington@sshhlaw.com | Arnoldo Casillas SBN 158519<br>Denisse O. Gastélum SBN 282771<br>Casillas & Associates<br>3777 Long Beach Blvd., 3rd Flo,<br>Long Beach, CA 90807<br>t. 323-725-0350<br>e. acasillas@casillaslegal.com<br>e. dgastelum@casillaslegal.com<br><br>Morgan E. Ricketts SBN 268892<br>Ricketts Law<br>540 El Dorado Street, Ste. 202<br>Pasadena, CA 91101<br>t. 213-995-3935<br>e. morgan@morganricketts.com |

*Attorneys for Plaintiffs.*

**United States District Court**

**Central District of California – Western Division**

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and Does 1-10 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-07870-DMG-PD<br>*Assigned to: Honorable Dolly M. Gee*<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE IN SUPPORT OF THEIR REQUEST FOR INTERIM INJUNCTIVE RELIEF** |

Plaintiffs Krizia Berg et al., hereby submit the following objections to the declarations and other evidence submitted by Defendants in connection with their supplemental briefing:

**OBJECTIONS TO DECLARATION OF RAYMOND SAKAI**

1. Plaintiffs object to paragraph 5 on the grounds that it is hearsay, lacks foundation and irrelevant. The fact that an unknown person may have vandalized a deputy's home has no bearing whatsoever on the issue of whether the Los Angeles County Sheriff's Department ("LASD") should be enjoined from deploying projectiles and chemical agents against peaceful protesters.

**OBJECTIONS TO DECLARATION OF ROBERT J. LEWIS**

1. In his supplemental declaration and his original declaration (which he refers to in his supplemental one), Commander Lewis makes numerous factual assertions about the LASD. However, it is unclear if these assertions are based on his direct personal observations or information that was relayed to him. Accordingly, to the extent that any such assertions are based not based on his personal observations, such assertions are hearsay and lack foundation.

2. Plaintiffs further object to the declarant's assertion in Paragraph 5 that the LASD does not have a policy or practice of targeting legal observers and members of the press as calling for a legal conclusion and lacking foundation.

**OBJECTIONS TO DECLARATION OF CHARLES McDANIEL**

1. In his supplemental declaration and his original declaration (which he refers to in his supplemental one), Lieutenant McDaniel makes numerous factual assertions about various protests. However, it is unclear if these assertions are based on his direct personal observations or on information that was relayed to him. Accordingly, to the extent that any such assertions are based not based on his personal observations, such assertions are hearsay and lack foundation.

///

///

2. Plaintiffs further object to McDaniel's summary of what is depicted on the video on the grounds that is hearsay and that the video speaks for itself. (McDaniel Supplemental Declaration at para 15, pp. 6-9, Dkt 34, pp ## 695-98).

**OBJECTIONS TO DECLARATION OF M. COPPES**

1. Similar to the other declarations submitted by Defendants, it is unclear whether many of the factual assertions made by Sergeant Coppes are based on his personal observations or upon matters that were recounted to him. Accordingly, to the extent that any such assertions are based not based on his personal observations, such assertions are hearsay and lack foundation. For example, in paragraphs 6 and 18, the declarant states that he "is informed and believes" which indicates that the declaration lacks foundation and is based on hearsay. Likewise, it is unclear as to whether his depictions of events occurring on September 25, 2020, set forth in paragraphs 7-21, are based on his personal observations or from other sources.

Dated: October 30, 2020

By: /s/ Jorge Gonzalez
Jorge Gonzalez
A PROFESSIONAL CORPORATION

Paul Hoffman
Michael D. Seplow
Aidan C. McGlaze
Kristina A. Harootun
John Washington
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP

Carolyn Y. Park
LAW OFFICE OF CAROLYN PARK

Arnoldo Casillas
Denisse O. Gastélum
CASILLAS & ASSOCIATES

Morgan E. Ricketts
RICKETTS LAW

*Attorneys for Plaintiffs and Proposed Class.*