Jorge Gonzalez SBN 100799
A Professional Corporation
2485 Huntington Dr., Ste. 238
San Marino, CA 91108-2622
t. 626-328-3081
e. jgonzalezlawoffice@gmail.com

Carolyn Y. Park SBN 229754
Law Office Of Carolyn Park
595 Lincoln Ave., Suite 200
Pasadena, CA 91103
t. 213-290-0055
e. carolynyoungpark@gmail.com

Paul Hoffman SBN 71244
Michael D. Seplow SBN 150183
Aidan C. McGlaze SBN 277270
Kristina A. Harootun SBN 308718
John Washington SBN 315991
Schonbrun Seplow Harris,
Hoffman & Zeldes LLP
11543 W. Olympic Blvd.
Los Angeles, California 90064
t. 310-396-0731; f. 310 399-7040
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. amcglaze@sshhzlaw.com
e. kharootun@sshhzlaw.com
e. jwashington@sshhlaw.com

Arnoldo Casillas SBN 158519
Denisse O. Gastélum SBN 282771
Casillas & Associates
3777 Long Beach Blvd., 3rd Flo,
Long Beach, CA 90807
t. 323-725-0350
e. acasillas@casillaslegal.com
e. dgastelum@casillaslegal.com

Morgan E. Ricketts SBN 268892
Ricketts Law
540 El Dorado Street, Ste. 202
Pasadena, CA 91101
t. 213-995-3935
e. morgan@morganricketts.com

*Attorneys for Plaintiffs.*

**United States District Court**

**Central District of California – Western Division**

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and Does 1-10 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-07870-DMG-PD<br>*Assigned to: Honorable Dolly M. Gee*<br><br>**DECLARATIONS OF PLAINTIFFS GRACE BRYANT, LINDA JIANG, AND EMANUEL PADILLA IN SUPPORT OF PLAINTIFFS' REQUEST FOR INTERIM INJUNCTIVE RELIEF** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiffs Krizia Berg et al., hereby submit the following declarations in support of their Request for Interim Injunctive Relief:

| | |
|---|---|
| Dated: October 30, 2020 | By: /s/ Jorge Gonzalez<br>Jorge Gonzalez<br>A PROFESSIONAL CORPORATION |
| | Paul Hoffman<br>Michael D. Seplow<br>Aidan C. McGlaze<br>Kristina A. Harootun<br>John Washington<br>SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP |
| | Carolyn Y. Park<br>LAW OFFICE OF CAROLYN PARK |
| | Arnoldo Casillas<br>Denisse O. Gastélum<br>CASILLAS & ASSOCIATES |
| | Morgan E. Ricketts<br>RICKETTS LAW |
| | *Attorneys for Plaintiffs and Proposed Class.* |

**INDEX OF DECLARATIONS**

| PAGES | DESCRIPTION |
|---|---|
| 1-2 | Declaration of Grace Bryant |
| 3-4 | Declaration of Linda Jiang |
| 5-7 | Declaration of Emanuel Padilla |

# DECLARATION OF GRACE BRYANT

I, GRACE BRYANT, hereby declare and say as follows:

1. I am over the age of 18 and a resident of the State of California. This declaration is based on facts of which I have personal knowledge. If called to testify to these facts, I could and would do so competently.

2. I am a plaintiff in this action.

June 21, 2020 Demonstration

3. I participated in a peaceful demonstration on June 21, 2020.

4. I never heard an order to disperse or declaring us an unlawful assembly. I was teargassed or I inhaled dust from pepper balls that were thrown at demonstrators, Im not sure which. I was wrongfully arrested and detained by sheriffs deputies for failure to disperse. The deputies did not wear masks, despite the Governors orders to do so when outside. I was detained in a van with other demonstrators without proper distancing. We were left there for so long without access to a restroom that I was forced to urinate on myself and even then, the deputies just left us there.

Subsequent Demonstrations

5. I attended several demonstrations after June 21, 2020, but at some point in early August I stopped going because I was concerned for my safety and the safety of those around me due to the sheriffs use of force in situations that seemed unprovoked.

6. I would have gone to more demonstrations if the sheriffs had not used force on us.

1
2
3   I declare under penalty of perjury that the foregoing is true and
4   correct. Executed this 30th day of October, 2020, in the County of Los
5   Angeles, State of California.
6
7
8   _____
9   GRACE BRYANT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF GRACE BRYANT   2

# DECLARATION OF LINDA JIANG

I, LINDA JIANG, hereby declare and say as follows:

1. I am over the age of 18 and a resident of the State of California. This declaration is based on facts of which I have personal knowledge. If called to testify to these facts, I could and would do so competently.

2. I am a plaintiff in this action.

June 21, 2020 Demonstration

3. I participated in a peaceful demonstration on June 21, 2020.

4. At that demonstration, I was shot with pepper balls when I was not threatening deputies.

Subsequent Demonstrations

5. I attended several demonstrations thereafter. At least one of them involved the sheriffs using force on demonstrators when I could not see any justification for doing so.

6. I was at a peaceful demonstration on August 25, 2020, for example, in downtown Los Angeles. The crowd was relatively small – less than eighty people – and was not threatening deputies or appearing as if it might become violent. I did not see any property damage or objects being thrown. I also did not hear anyone say anything about violence or property damage.

7. At some point, seemingly without provocation, deputies began shooting. I heard the sound but was not hit myself. I saw other people that were saying they had been hit. One legal observer said she had been hit in the leg and pointed at her leg; I believe she had been hit with a flash bang grenade. I saw medics treating people for injuries.

8. I also attended a peaceful demonstration on September 6, 2020 in South Los Angeles. At some point I heard shots being fired and decided to leave, even though I wanted to stay, because I was afraid that I would be hit again.

9. I would go to more demonstrations if I knew I would be safe from deputies indiscriminately using force on me.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of October, 2020, in the County of Los Angeles, State of California.

_____
LINDA JIANG

DECLARATION OF LINDA JIANG- 2

4

# DECLARATION OF EMANUEL PADILLA

I, EMANUEL PADILLA, hereby declare and say as follows:

1. I am over the age of 18 and a resident of the State of California. This declaration is based on facts of which I have personal knowledge. If called to testify to these facts, I could and would do so competently.

2. I am a plaintiff in this action.

June 21, 2020 Demonstration

3. I participated in a peaceful demonstration on June 21, 2020.

4. Deputies shot me with pepper balls and rubber bullets or foam rounds; deputies also threw a tear gas canister at my feet.

Subsequent Demonstrations

5. After June 21, 2020, I attended several peaceful demonstrations and observed force being used by sheriff's deputies in a manner that was unprovoked and unjustified, where people were getting hurt for no apparent reason even when the demonstrations appeared peaceful.

6. On September 5, 2020, I attended a peaceful demonstration in South LA at the LA Sheriff's station to protest the murder of Dijon Kizzee. Deputies used tear gas and rubber bullets on us. Some people still have the casings. A small child was hit with tear gas or pepper spray. I was further back when the shooting started. I have started to stay back and leave early once they start shooting. If sheriffs deputies did not shoot projectiles at us or use tear gas, I would stay at demonstrations longer to support calls for change in the sheriff's department.

7. On September 7, 2020, I attended a peaceful demonstration in South LA at the same location to protest the murder of Dijon Kizzee. The deputies started

1  shooting at a lot of us, and a lot of people were held back from trying to leave once
2  that happened.  They arrested and held many demonstrators overnight that time.
3  8.     On September 8, 2020, I attended a peaceful demonstration in South LA at
4  the same location to protest the murder of Dijon Kizzee.  On that occasion the
5  deputies moved the barrier so that we had to be further back; I was down by the
6  Yum Yum Donuts, which is further away.  They were using something which I
7  have heard referred to as a "stinger grenade".  It makes a much louder sound than
8  the flash bang grenades and they hit you with a spray of some kind of shrapnel.  It
9  isn't metal, but I don't know what it is.  I was not hit because again I stood further
10 away.  I also believe they shot people with rubber bullets (it is hard to remember
11 because deputies use force and projectiles so often now that some of the dates and
12 specifics blur together).  I watched my friend standing there, demonstrating, when
13 deputies tackled him for no apparent reason.  He told me later they broke his ribs.
14 9.     On September 11, 2020, there was a press conference at the same location
15 for all the victims of the sheriffs' brutality.  There were many demonstrators there
16 that I had seen previously at various demonstrations.  The sheriffs blocked the only
17 way to get out of the area, which was intimidating to me because it seemed to show
18 they wanted to communicate that we were not free to leave anytime we wanted
19 unless they let us leave.  People with cars were not able to leave.  I saw a deputy
20 drop a stinger grenade, which scared a lot of us.  Someone who was standing (and I
21 believe he may have been recording) at the barrier was grabbed by a deputy for no
22 apparent reason and without provocation.  The deputy tried to pull him over the
23 barrier, but the rest of the people around the person on our side grabbed him and
24 didn't let him go, and told the deputy to stop.
25 10.    On September 19, 2020, there was an event in West Hollywood.  I believe
26 the sheriffs deputies were there but I don't know for sure because they were
27 wearing different uniforms that I have never seen before.  At the end of the
28 peaceful demonstration, I saw four of the deputies come out and grab another

demonstrator off the street in front of me. They wouldn't tell anyone, including her, why they were detaining her. I believe she may be a named plaintiff in another class action relating to First Amendment right to peaceably assemble, possibly relating to demonstrations in Beverly Hills. They took her away and we didn't know what happened to her until the next day.

11. On September 25, 2020, I attended a demonstration in West Hollywood. It was supposed to be small. There was a truck with a PA system that I have seen at various demonstrations that allows people to speak to the crowd. I was leaving early when I saw sheriff's deputies grab someone who had been in the truck bed, and they started tackling him and using their shield to hit him in the legs. I was so shocked, I didn't know what to do.

12. Numerous demonstrators have told me after the fact that as they were driving away from the demonstrations, they have been stopped by sheriff's deputies, who take their picture and ask to see their ID. There is no explanation given for the traffic stop and no citation given. They are then released.

13. I believe that many demonstrators are deterred and discouraged from demonstrating in sheriff territory due to the outrageousness and unpredictability o the sheriff response. Some people are just tired of risking injuries. For example, I have preexisting conditions that concern me and I often keep a very low profile and leave early to protect myself.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of October, 2020, in the County of Los Angeles, State of California.

_____
EMANUEL PADILLA