| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRIZIA BERG, GRACE BRYANT, JAMES BUTLER, NOELANI DEL ROSARIO-SABET, LINDA JIANG, SEBASTIAN MILITANTE, CHRISTIAN MONROE, MATTHEW NIELSEN, EMANUEL PADILLA, SHAKEER RAHMAN, AUSTIN THARPE, TRAVIS WELLS, DEVON YOUNG, individually and on behalf others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity, SHERIFF ALEX VILLANUEVA, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: CV 20-7870-DMG (PDx)<br><br>**PRELIMINARY INJUNCTION** |

      Pursuant to the Court's Order granting Plaintiffs' Motion for Preliminary Injunction issued on May 28, 2021 [Doc. # 54], the Court ORDERS that the following Preliminary Injunction shall go into effect on August 1, 2021, at 12:00 p.m.:

1. The Los Angeles Sheriffs' Department is hereby enjoined from using less-lethal weapons, including foam rounds, pepper balls, tear gas canisters, flash bang grenades, and stinger grenades, against any persons peacefully attending a protest, march, or other lawful gathering unless reasonable, proportional, and targeted action is necessary to protect against a specific imminent threat of physical harm to officers or identifiable others, to respond to specific acts of violence or destruction of property, or to enforce a declaration of unlawful assembly and dispersal order pursuant to California Penal Code section 409.[1]

    a. If reasonable, proportional, and targeted use of less-lethal projectiles or chemical agents is necessary, foam rounds and any projectile designed to be target-specific shall be aimed at individuals causing the actual or imminent threats of harm, violence, or destruction of property and shall not be indiscriminately fired.

    b. Flash bang grenades, tear gas canisters, and other less-lethal means designed to be non-target-specific may be used in the manner they were designed to be used and shall not be deliberately aimed to strike individuals.

---

[1] When individuals try to remove, surpass, or defeat a protective police barrier, the Los Angeles Sheriffs' Department may consider such actions a threat to officers.

2. Whenever feasible, Los Angeles Sheriffs' Department officers shall issue warnings and/or declare unlawful assembly before the reasonable, proportional, and targeted use of less-lethal projectiles or chemical agents.

   a. Warnings must be given and repeated by means reasonably calculated to ensure that the warnings are heard.

   b. When warnings are given, reasonable time shall be given to comply.

**IT IS SO ORDERED.**

DATED: July 6, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE