PAUL B. BEACH, State Bar No. 166265
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
SHAWYANE EMADI, State Bar No. 352292
Semadi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles, Sheriff Alex Villanueva, and Sheriff Robert Luna

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIZIA BERG, et al., | Case No. 2:20-cv-07870-DMG-PD |
|        Plaintiffs, | Honorable Dolly M. Gee |
|   vs. | |
| COUNTY OF LOS ANGELES, etc., et al., | **AMENDED NOTICE OF INTERESTED PARTIES** |
|        Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants County of Los Angeles. Sheriff Alex Villanueva, and Sheriff Robert Luna, in his official capacity, herein, submit this Amended Notice of Interested Parties that certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1

| PARTY | CONNECTION/INTEREST |
|---|---|
| Kriza Berg | Plaintiff |
| Grace Bryant | Plaintiff |
| Noelani Del Rosario-Sabet | Plaintiff |
| Linda Jiang | Plaintiff |
| Sebastian Militante | Plaintiff |
| Christian Monroe | Plaintiff |
| Shakeer Rahman | Plaintiff |
| Austin Tharpe | Plaintiff |
| Travis Wells | Plaintiff |
| Devon Young | Plaintiff |
| Diana Barbadillo | Plaintiff |
| Taegen Meyer | Plaintiff |
| Joseph Mischo | Plaintiff |
| Jillian O'Neil | Plaintiff |
| Vishal Singh | Plaintiff |
| Keyanna Bean | Plaintiff |
| Cliff Smith | Plaintiff |
| David Ramirez | Plaintiff |
| Jessica Rogers | Plaintiff |
| Loan Hoang | Plaintiff |
| County of Los Angeles | Defendant |
| Sheriff Alex Villanueva | Defendant |
| Sheriff Robert Luna, in his official capacity | Defendant |

//

//

2

Dated: October 15, 2025

LAWRENCE BEACH ALLEN & CHOI, PC

By    /s/ Raymond W. Sakai
     Raymond W. Sakai
     Attorneys for Defendants
     County of Los Angeles,
     Sheriff Alex Villanueva,
     and Sheriff Robert Luna