PAUL B. BEACH, State Bar No. 166265
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
SHAWYANE EMADI, State Bar No. 352292
Semadi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles, Sheriff Alex Villanueva, and Sheriff Robert Luna

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIZIA BERG, et al., <br><br>      Plaintiffs, <br><br>      vs. <br><br>COUNTY OF LOS ANGELES, etc., et al., <br><br>      Defendants. | Case No. 2:20-cv-07870-DMG-PD <br><br>Honorable Dolly M. Gee <br><br>**NOTICE OF RELATED CASE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-1.3, Defendants file their Notice of Related Cases.

*Los Angeles Press Club, et al. v. County of Los Angeles, et al.*, 2:25-cv-05541 ("*LA Press Club*"), is currently on the active calendar for the Hon. Hernan D. Vera. *See LA Press Club*, Doc. 19 (Defendants' Notice of Related Cases and Opposition to Plaintiffs' Notice of Related Cases).

Both cases arise from the same or closely related events, involve

1

Defendants County of Los Angeles and Sheriff Luna, and are brought by the same lead plaintiffs' counsel. *See* L.R. 83-1.3(a). *Berg* and the preliminary injunction regarding the LASD's use of less lethal tools at protests are specifically cited as a basis for plaintiffs' claims in *LA Press Club*. *LA Press*, Doc. 1, ¶¶26- 28.

Berg's original allegations involve protests in the summer 2020 to 2021, however the allegations in the Third Amended Complaint ("TAC") have evolved to include virtually identical events and verbatim allegations as in *LA Press Club*. *LA Press Club*, Doc. 1, ¶¶ 15-26; Doc. 165 (TAC), ¶¶84-98; *see* L.R. 83-1.3(b). Both cases seek the same relief, a permanent injunction restraining defendants from engaging in alleged unlawful and unconstitutional actions and a declaratory judgment that defendants' alleged conduct violated plaintiffs' rights under the federal and state Constitutions and statutory laws. *LA Press Club*, Doc 1, ¶¶ VII (1), (2); Doc. 165, ¶¶ 170, 171.

Appointment of the special master (Doc. 167, June 7, 11, 14, 2025), covers the same events in *LA Press Club* (*LA Press Club*, Doc. 1, ¶¶ 15-23, June 7, 11, 14, 2025) and would entail substantial duplication of labor if heard by different judges. *See* L.R. 83-1.3(c).

Dated:  October 15, 2025                LAWRENCE BEACH ALLEN & CHOI, PC


                                        By _____/s/  Raymond W. Sakai_____
                                              Raymond W. Sakai
                                              Attorneys for Defendants
                                              County of Los Angeles,
                                              Sheriff Alex Villanueva,
                                              and Sheriff Robert Luna

2