# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KRIZIA BERG, et al.,

Plaintiffs,

vs.

COUNTY OF LOS ANGELES, et al.,

Defendants.

Case No. CV 20-7870-DMG (PDx)

**ORDER RE PARTIES' STIPULATION TO CONTINUE AMENDED COMPLAINT DISCOVERY AND EXPERT DEADLINES [168]**

The Court has reviewed and considered the Parties' Stipulation to Continue Amended Complaint Discovery and Expert Deadlines.  [Doc. # 168.]  GOOD CAUSE APPEARING, the Court **APPROVES** the Stipulation and modifies the scheduling order, as set forth in the table below:

| MATTER | CURRENT DATE | NEW DATE |
|---|---|---|
| Discovery Cut-Off related to Amended Complaint if new Plaintiffs and/or claims are added | October 17, 2025 [Doc. # 144] | December 19, 2025 |
| Initial Expert Disclosure & Report Deadline | October 17, 2025 [Doc. # 150] | December 19, 2025 |
| Rebuttal Expert Disclosure & Report Deadline | October 17, 2025 [Doc. # 150] | January 9, 2026 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | October 17, 2025 [Doc. # 150] | February 6, 2026 |

The parties shall comply with all previously scheduled dates and deadlines, except to the extent modified herein.

**IT IS SO ORDERED.**

DATED:  October 7, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE