Paul Hoffman, SBN 71244
*hoffpaul@aol.com*
Michael D. Seplow, SBN 150183
*mseplow@sshhzlaw.com*
John Washington, SBN 315991
jwashington@sshhzlaw.com
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
9415 Culver Blvd, # 115
Culver City, CA 90232
t. 310-396-0731; f. 310 399-7040

Colleen M. Mullen, SBN 299059
*colleen@mcelroyparris.com*
MCELROY PARRIS TRIAL
LAWYERS, APLC
407 Bryant Circle, Ste. F
Ojai, CA 93023
t. 805-272-4001

Arnoldo Casillas, SBN 158519
*acasillas@casillaslegal.com*
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., 3RD FLO,
Long Beach, CA 90807
t. 323-725-0350

Morgan Ricketts, SBN 668892
*mricketts@hadsellstormer.com*
Rebecca Brown, SBN 336638
*rbrown@hadsellstormer.com*
HADSELL STORMER RENICK &
DAI LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
t. (626) 585-9600
f. (626) 585-9600

*Attorneys for Plaintiffs.*

PAUL B. BEACH, State Bar No. 166265
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
HRACH E. AGAZARYN, State Bar No. 339758
hagazaryan@lbaclaw.com
SHAWYANE EMADI, State Bar No. 352292
Semadi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

*Attorneys for Defendants*
*County of Los Angeles and Sheriff Alex Villanueva.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRIZIA BERG, et al.,<br><br>      Plaintiffs,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES, etc.,<br>et al.,<br><br>      Defendants. | Case No. 2:20-cv-07870-DMG-PD<br><br>Honorable Dolly M. Gee<br><br>**JOINT STATUS REPORT** |

1

Pursuant to the Court's October 3, 2025 Order (Dkt. #167), the Parties, having met and conferred, hereby submit this Joint Status Report.

**1.      Special Master:**

The Parties have agreed that, subject to Court approval, the Hon. Patrick J. Walsh (Ret.) shall be the Special Master.

*Defendants' request*:

Defendants respectfully request that, should the appointment of Judge Walsh be acceptable to the Court, he be authorized to participate in one or more observational ride-alongs with the Los Angeles County Sheriff's Department during response to any large-scale public gatherings anticipated in connection with the World Series (starting October 24, 2025 to November 1, 2025 [game 7, if necessary]). Judge Walsh has indicated his willingness to do so with the consent of the Parties and the Court.

During last year's World Series, the LASD responded to multiple mass gatherings involving street takeovers, reckless driving in crowded areas, vandalism, and the use of illegal fireworks. A supervised ride-along would enable Judge Walsh to observe firsthand the LASD's crowd-management practices in real-time settings, providing invaluable context for his duties under Rule 53. Such participation would promote transparency, and expedite fact-finding while maintaining his neutrality and reporting obligations to the Court.

*Plaintiffs' position*:

Plaintiffs take no position on allowing Judge Walsh to ride along with the LASD during the World Series and leave that decision to the Court.  However, Plaintiffs contend that political protests, including the recent June 2025 protests, are very different in nature than a sporting event and are not likely to provide relevant information to Judge Walsh with respect to his appointment as a Special Master in this case.

/ / /

/ / /

## 2.    Motion for Attorneys' Fees

The Parties propose the following briefing schedule for Plaintiffs' Motion for attorneys' fees:

- November 21, 2025: Deadline to file motion
- December 19, 2025: Deadline to file Opposition
- January 9, 2026: Deadline to file Reply
- January 23, 2026 at 9:30 a.m. Hearing on Motion

The Parties will file a stipulation and proposed order with these proposed dates. In addition, counsel will meet and confer prior to the filing of the motion to determine if the amount of attorneys' fees can be resolved without a formal motion.

Dated: October 24, 2025                    **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

By ____/s/  Michael D. Seplow____
Michael D. Seplow
*Attorneys for Plaintiffs.*

Dated: October 24, 2025                    **LAWRENCE BEACH ALLEN & CHOI, PC**

By ____/s/  Raymond W. Sakai____
Raymond W. Sakai
Attorneys for Defendants
County of Los Angeles et al

3

## LOCAL RULE 5-4.3.4 ATTESTATION

I attest that all counsel concur in this filing's content and have authorized the filing.

Dated: October 24, 2025

SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP

By: /s/ Michael D. Seplow
Michael D. Seplow
*Attorney for Plaintiffs.*

4