Paul Hoffman, SBN 71244
*hoffpaul@aol.com*
Michael D. Seplow, SBN 150183
*mseplow@sshhzlaw.com*
John Washington, SBN 315991
jwashington@sshhzlaw.com
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
9415 Culver Blvd, # 115
Culver City, CA 90232
t. 310-396-0731; f. 310 399-7040

Colleen M. Mullen, SBN 299059
*colleen@mcelroyparris.com*
MCELROY PARRIS TRIAL
LAWYERS, APLC
407 Bryant Circle, Ste. F
Ojai, CA 93023
t. 805-272-4001

Arnoldo Casillas, SBN 158519
*acasillas@casillaslegal.com*
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., 3RD FLO,
Long Beach, CA 90807
t. 323-725-0350

Morgan Ricketts, SBN 668892
*mricketts@hadsellstormer.com*
Rebecca Brown, SBN 336638
*rbrown@hadsellstormer.com*
HADSELL STORMER RENICK &
DAI LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
t. (626) 585-9600
f. (626) 585-9600

*Attorneys for Plaintiffs.*

PAUL B. BEACH, State Bar No. 166265
RAYMOND W. SAKAI, State Bar No. 193507
*rsakai@lbaclaw.com*
HRACH E. AGAZARYN, State Bar No. 339758
*hagazaryan@lbaclaw.com*
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

*Attorneys for Defendants*
*County of Los Angeles and Sheriff Alex Villanueva.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIZIA BERG, et al., | Case No. 2:20-cv-07870-DMG-PD |
| Plaintiffs, | Honorable Dolly M. Gee |
| vs. | |
| COUNTY OF LOS ANGELES, etc., et al., | **JOINT STIPULATION RE BREIFING SCHEDULE FOR MOTION FOR ATTORNEYS' FEES** |
| Defendants. | |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's October 3, 2025 Order (Dkt. #167), the Parties, having met and conferred, hereby submit this Joint Stipulation regarding the Briefing Schedule for Plaintiffs' Motion for Attorneys' Fees.[1]

The Parties propose the following briefing schedule for Plaintiffs' Motion for attorneys' fees:

- November 21, 2025: Deadline to file motion
- December 19, 2025: Deadline to file Opposition
- January 9, 2026: Deadline to file Reply
- January 23, 2026 at 9:30 a.m. Hearing on Motion

**IT IS SO STIPULATED.**

Dated:  October 24, 2025              SCHONBRUN SEPLOW HARRIS
                                     HOFFMAN & ZELDES, LLP


                                     By _____ /s/ Michael D. Seplow _____
                                          Michael D. Seplow
                                          *Attorneys for Plaintiffs.*


Dated:  October 24, 2025              LAWRENCE BEACH ALLEN & CHOI, PC


                                     By _____ /s/ Raymond W. Sakai _____
                                          Raymond W. Sakai
                                          *Attorneys for Defendants*
                                          *County of Los Angeles et al.*

---

[1] Counsel for the parties will meet and confer prior to the filing of the motion to determine if the amount of attorneys' fees can be resolved without a formal motion

1

**<u>LOCAL RULE 5-4.3.4 ATTESTATION</u>**

I attest that all counsel concur in this filing's content and have authorized the filing.

Dated: October 24, 2025           SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP

By: /s/ Michael D. Seplow
      Michael D. Seplow
      *Attorney for Plaintiffs.*