

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KRIZIA BERG, et al. , individually and on behalf others similarly situated,

PLAINTIFFS,

v.

COUNTY OF LOS ANGELES, et al,

DEFENDANTS

Case No.: 2:20-CV-07870-DMG-PD

**[PROPOSED] ORDER GRANTING JOINTSTIPULATION RE BREIFING SCHEDULE FOR MOTION FOR ATTOREYS' FEES**

## **ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Joint Stipulation by and between the parties and orders the following briefing schedule on Plaintiffs' Motion for Attorneys' Fees:

- November 21, 2025: Deadline to file motion
- December 19, 2025: Deadline to file Opposition
- January 9, 2026: Deadline to file Reply
- January 23, 2026 at 9:30 am Hearing on Motion

**IT IS SO ORDERED.**

Dated:_____          By:_____
                                                Honorable Dolly M. Gee
                                                *United States District Judge*

1