**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRIZIA BERG, et al. , individually and on behalf others similarly situated, | Case No.: CV 20-7870-DMG (PDx) |
| PLAINTIFFS, | **ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE FOR MOTION FOR ATTOREYS' FEES [175]** |
| v. | |
| COUNTY OF LOS ANGELES, et al, | |
| DEFENDANTS. | |

GOOD CAUSE APPEARING, the Court hereby approves the parties' Joint Stipulation and orders the following briefing schedule on Plaintiffs' Motion for Attorneys' Fees:

- November 21, 2025: Deadline to file motion
- December 19, 2025: Deadline to file Opposition
- January 9, 2026: Deadline to file Reply
- January 23, 2026 at 9:30 am Hearing on Motion

**IT IS SO ORDERED.**

DATED:  October 24, 2025

_____

DOLLY M. GEE

Chief United States District Judge

1