UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-7870-DMG (PDx)** | Date | November 4, 2025 |
|---|---|---|---|

| Title | ***Krizia Berg, et al. v. County of Los Angeles, et al.*** | Page | **1** of **1** |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS—ORDER ON JOINT STATUS REPORT RE SPECIAL MASTER [174]**

On October 3, 2025, the Court found Defendant County of Los Angeles in contempt of Court for violating its Preliminary Injunction and granted Plaintiffs' request to appoint a Special Master, under Federal Rule of Civil Procedure 53(a)(1)(C). [Doc. # 167.] The Court instructed the parties to meet and confer for the purpose of coming to an agreement about who may serve as Special Master. On October 24, 2025, the parties filed a Joint Status Report agreeing to select the Honorable Patrick J. Walsh, former United States Magistrate Judge, as Special Master. [Doc. # 174.]

The parties shall prepare a proposed order appointing Judge Walsh as Special Master under Rule 53(a)(1)(C) and setting forth the terms of his engagement. Judge Walsh may exercise his discretion as to whether he wishes to participate in any "ride-alongs" to the extent they will provide a useful analogy to the conditions discussed in the Court's orders. The parties shall file the proposed order by **November 25, 2025**.

**IT IS SO ORDERED.**