Paul Hoffman, SBN 71244
*hoffpaul@aol.com*
Michael D. Seplow, SBN 150183
*mseplow@sshhzlaw.com*
Aidan C. McGlaze, SBN 277270
*amcglaze@sshhzlaw.com*
John Washington, SBN 315991
*jwashington@sshhzlaw.com*
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
9415 Culver Blvd, # 115
Culver City, CA 90232
310-396-0731

Colleen M. Mullen, SBN 299059
*colleen@mcelroyparris.com*
MCELROY PARRIS TRIAL
LAWYERS, APLC
407 Bryant Circle, Ste. F
Ojai, CA 93023
805-272-4001

Arnoldo Casillas, SBN 158519
*acasillas@casillaslegal.com*
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., 3RD FLO,
Long Beach, CA 90807
323-725-0350

Morgan Ricketts, SBN 268892
*mricketts@hadsellstormer.com*
Rebecca Brown, SBN 336638
*rbrown@hadsellstormer.com*
HADSELL STORMER
RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
(626) 585-9600

*Attorneys for Plaintiffs and Proposed Class.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIZIA BERG, et al.<br><br>　　　　　　　　　PLAINTIFS,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　　　　　DEFENDANTS. | Case No.: 2:20-cv-07870-DMG-PD<br><br>**REPLY DECLARATION OF MICHAEL D. SEPLOW IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date:　　December 12, 2025<br>Hearing Time:　　9:30 a.m.<br>Courtroom:　　　8C |

i

## <u>REPLY DECLARATION OF MICHAEL D. SEPLOW</u>

I, Michael D. Seplow, hereby declare as follows:

1.    I am an attorney-at-law and a partner with the firm Schonbrun Seplow Harris Hoffman & Zeldes, LLP ("SSHHZ").  I am duly admitted to practice before this Honorable Court and am one of the attorneys of record for Plaintiffs in this action.  I have personal knowledge of the facts set forth herein, (except where indicated upon information and belief) and if called as a witness, could and would testify competently thereto.  This declaration is being made in support of the Plaintiffs' Renewed Motion for Class Certification.

2.    Exhibit 1 to this declaration are true and correct copies of excerpts from the relevant pages of the August 12, 2022 deposition transcript of Christopher Vieth who was designated by Defendant County of Los Angeles pursuant to FRCP 30(b)(6) on topics relating to the transportation of arrestees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of November, 2025 in Los Angeles, California.

_____
Michael  D. Seplow

1

# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KRIZIA BERG, ET AL.,            ) Case No.
                               ) 2:20-cv-07870-DMG-PD
                Plaintiffs,     )
                               )
v.                             )
                               )
COUNTY OF LOS ANGELES, ET       )
AL.,                           )
                               )
                Defendants.     )
_____ )

REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF

THE COUNTY OF LOS ANGELES (DEPUTY CHRISTOPHER VIETH)

AUGUST 12, 2022

Reported By: Amy E. Simmons, CSR, RPR, CRR, CRC

Page 1

Q.   Are they the same size vans or are they different size vans?    13:40:46 13:40:50

A.   They are just a regular Econoline van, 15 feet.    13:40:51 13:40:54

Q.   And how is it -- how is it decided which type of vehicles, vans versus buses, are assigned?    13:40:55 13:40:59

A.   I believe there were no vans assigned. It was all buses.    13:41:06 13:41:10

Q.   So is it your understanding that for the transport of arrestees after these various protests that they were all transported by these buses which have a 48-person capacity?  Is that a fair statement?    13:41:12 13:41:15 13:41:21 13:41:25 13:41:29

A.   Yes, sir.    13:41:29

Q.   Thank you.    13:41:29

Now, can you describe the buses for me? Do they have -- how are the seats set up?    13:41:31 13:41:36

A.   They are divided into sections.  There are three sections to each bus.  There's a rear section, a middle section, and a front section.    13:41:39 13:41:43 13:41:47

The rear section holds a capacity of 16 people.    13:41:53 13:41:56

Middle section, 16 people.    13:41:56

Front section has isolation cages, or cells that -- there's four on each side of the    13:42:00 13:42:05

Page 30

bus.  Each cell can hold two people.                    13:42:10

And then you have the front section of                 13:42:18

the bus where the driver and the security deputy       13:42:19

are seated.                                            13:42:24

Q.    Thank you.                                       13:42:25

Now, is there any kind of divider, like a              13:42:28

chain or cage or anything between the three            13:42:32

sections?                                              13:42:36

A.    Yes.  It's -- each section is -- it's            13:42:36

like a cell door.  So it's heavily secured.  Heavy     13:42:43

metal gate I guess would be the best way to            13:42:52

describe it.                                           13:42:57

Q.    It's a gate that you can see through it;         13:42:57

is that correct?                                       13:43:01

A.    It's obscured, but you can still see             13:43:01

through it.                                            13:43:04

Q.    Okay.  And is there, like, a lock that           13:43:04

deputies have keys to for each of these sections?      13:43:08

Is that how that works?                                13:43:11

A.    Yes.                                             13:43:12

Q.    And would you say it's like a mesh kind          13:43:13

of chain so you can see through it, or --              13:43:15

A.    It's a heavy steel with holes drilled            13:43:19

through it.                                             13:43:25

Q.    Okay.  And how was it determined which           13:43:25

Page 31

question.                                                    13:44:47

Q.   That -- yes.  So let me ask you this             13:44:47
question:  If there was -- let's say you                     13:44:50
arrest -- let's say there were 60 people detained            13:44:53
and there were 30 men and 30 women.                          13:44:58

Would they put all the men on one bus and            13:45:00
then all the women in another bus in that                    13:45:03
situation?                                                   13:45:05

A.   If it was feasible, yes.                         13:45:05

Q.   Okay.                                            13:45:08

A.   But because you can separate on the              13:45:08
buses, you can have a mixed bus and still have               13:45:13
them separate.                                               13:45:16

Q.   Okay.  So you can have the men in the            13:45:16
back and women in the middle section, for example?           13:45:21

A.   Yes.                                             13:45:24

Q.   And what kind of seating is on the               13:45:24
bus -- on these buses?                                       13:45:28

A.   They are a fiberglass, two-man seat, very        13:45:29
similar to a school bus.                                     13:45:38

Q.   Okay.  Are there seat belts?                     13:45:41

A.   No.                                              13:45:43

Q.   Okay.  And if the bus is at full                 13:45:44
capacity, would two people be sitting in each                13:45:50
seat?                                                        13:45:53

Page 33

and then they could sit down on the bus, correct?    13:46:48

A.   Yes.    13:46:51

Q.   Are there any bathrooms on the bus?    13:46:52

A.   No.    13:46:54

Q.   Are there any -- is there a water    13:46:54
fountain or any way to get water on the bus?    13:47:00

A.   No.    13:47:02

Q.   And then before you mentioned that there    13:47:03
were some cages in the front of the bus.    13:47:14

Can you describe that a little more,    13:47:17
please?    13:47:19

A.   They're isolation cages.  You know, we    13:47:19
utilize them for our inmates that need to be    13:47:26
isolated.    13:47:32

Q.   To your knowledge, were the isolation    13:47:33
cages used to transport any arrestees after these    13:47:36
protests that we were talking about?    13:47:40

A.   I don't know.    13:47:43

Q.   It's possible, but you just don't know?    13:47:45

A.   It is possible.  I just -- I don't know.    13:47:49

Q.   Is it possible to use the front of the    13:47:51
bus without having somebody being in one of the    13:47:54
cages?  Can they just sit there?    13:47:56

A.   Yes.  It's just an area that's more    13:47:59
secure from -- it's more isolated from everybody    13:48:01

Page 35

else.                                              13:48:04

Q.   And is it accurate to say that each          13:48:05
arrestee is separately contained?  They're not    13:48:08
linked together in any sense, are they?           13:48:11

A.   They are not linked together.                13:48:13

Q.   Okay.  So let's go through a procedure.       13:48:16
After there's been a mass arrest at one           13:48:23
of these demonstrations, how is it decided which  13:48:28
person gets on which bus?  Is that -- is there any 13:48:34
criteria that would be used?                      13:48:41

A.   No.                                           13:48:43

Q.   And what location would they be taken to?     13:48:43

MR. SAKAI:  Objection; vague and                   13:48:47
ambiguous as to what event.                       13:48:49

MR. SEPLOW:  Okay.  Fair.                          13:48:53

MR. SAKAI:  Specifically -- well, I'm              13:48:54
sorry.  Go ahead.                                 13:48:56

MR. SEPLOW:  I'll try to narrow it.               13:48:57

Q.   (BY MR. SEPLOW)  So if somebody were          13:49:03
arrested by the LAPD -- and my understanding is   13:49:05
that at the May 30th protest, there were arrests  13:49:08
by the LAPD which required transportation by the  13:49:13
sheriff's department.                             13:49:16

Does that comport with your                       13:49:19
understanding, sir?                               13:49:20

Page 36

Q.    Where are those maintained?                    14:40:24

A.    At the unit.                                    14:40:27

Q.    When you say that, the transportation          14:40:30
unit?                                                14:40:32

A.    Yes.                                           14:40:33

Q.    And what information is contained in a         14:40:33
log with respect to each arrestee that's put on a    14:40:38
bus?                                                 14:40:41

A.    Just their name.  I didn't see the logs,      14:40:41
so I don't know exactly what information.  I know    14:40:46
there was a log and that there was names, and then   14:40:49
they were submitted at the end of the shift.         14:40:56

Q.    Would the logs have information as to          14:40:58
what the person was being charged with?              14:41:00

A.    No.                                            14:41:02

Q.    Would the log have information as to when      14:41:03
they were placed on the bus?                         14:41:06

A.    No.                                            14:41:07

Q.    Or when they were placed off the bus?         14:41:07

A.    No.                                            14:41:10

Q.    Does the department have any                   14:41:11
documentation as to how long a particular person     14:41:16
was placed on a bus?                                 14:41:20

A.    No.                                            14:41:22

Q.    So as far as the department is concerned,      14:41:22

Page 65

they have information as to the names of the    14:41:28

people on the bus, but other than their names, is    14:41:30

there any other information that they have about    14:41:34

the detainees on the bus?    14:41:35

    A.    No.    14:41:37

    Q.    Does it say what their gender is?    14:41:41

    A.    No.    14:41:44

    Q.    Does it say where in the bus they were    14:41:45

placed?    14:41:47

    A.    No.    14:41:48

    Q.    So just their names, basically, correct?    14:41:48

    A.    Correct.    14:41:54

    Q.    Did these logs get reviewed by anyone at    14:41:56

the department?    14:41:59

    A.    To my knowledge, no.    14:41:59

    Q.    If I knew the name of a particular    14:42:04

detainee, would I be able to find out which bus    14:42:08

they were on?    14:42:11

    A.    Yes.    14:42:12

    Q.    How would you go about doing that?    14:42:14

    A.    You would have to submit a request to the    14:42:17

unit, and they would have to research the date and    14:42:22

the time.    14:42:32

    So it would be, like, the George Floyd,    14:42:32

you know, civil unrest, and they would look for    14:42:35

Page 66

REPORTER'S CERTIFICATE


STATE OF IDAHO   )
                 )  ss.
COUNTY OF ADA    )


      I, AMY E. SIMMONS, Certified Shorthand Reporter and Notary Public in and for the State of Idaho, do hereby certify:

      That prior to being examined, the witness named in the foregoing deposition was by me duly sworn remotely to testify to the truth, the whole truth and nothing but the truth;

      That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

      I further certify that I have no interest in the event of the action.

      WITNESS my hand and seal this 31 day of August, 2022.


                    AMY E. SIMMONS
                    CSR, RPR, CRR, CRC and Notary
                    Public in and for the
                    State of Idaho.


My Commission Expires: 06-13-2028


                                        Page 136