Paul Hoffman, SBN 71244
hoffpaul@aol.com
Michael D. Seplow, SBN 150183
mseplow@sshhzlaw.com
Aidan C. McGlaze, SBN 277270
amcglaze@sshhzlaw.com
John Washington, SBN 315991
jwashington@sshhzlaw.com
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP
9415 Culver Blvd, # 115
Culver City, CA 90232
310-396-0731

Colleen M. Mullen, SBN 299059
colleen@mcelroyparris.com
MCELROY PARRIS TRIAL
LAWYERS, APLC
407 Bryant Circle, Ste. F
Ojai, CA 93023
805-272-4001

Arnoldo Casillas, SBN 158519
acasillas@casillaslegal.com
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., 3RD FLO,
Long Beach, CA 90807
323-725-0350

Morgan Ricketts, SBN 268892
mricketts@hadsellstormer.com
Rebecca Brown, SBN 336638
rbrown@hadsellstormer.com
HADSELL STORMER
RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
626- 585-9600

*Attorneys for Plaintiffs and Proposed Class.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIZIA BERG, et al.<br><br>PLAINTIFS,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 2:20-cv-07870-DMG-PD<br><br>**REPLY COMPENDIUM OF DECLARATIONS OF PLAINTIFFS AND PROPOSED CLASS REPRESENTATIVES IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>*[Plaintiffs' Reply in Support of Motion for Class Certification and Declaration of Michael D. Seplow, Filed Under Separate Cover Concurrently Herewith]*<br><br>Hearing Date:      December 12, 2025<br>Hearing Time:      9:30 a.m.<br>Courtroom:          8C |

## INDEX OF REPLY DECLARATIONS

| TAB | DESCRIPTION |
|---|---|
| 1 | Declaration of Diana Barbadillo |
| 2 | Declaration of Keyanna Bean |
| 3 | Declaration of Krizia Berg |
| 4 | Declaration of Grace Bryant |
| 5 | Declaration of Loan Houng |
| 6 | Declaration of Serena (Sebastian) Militante |
| 7 | Declaration of Joe Mischo |
| 8 | Declaration of Jillian O'Neil |
| 9 | Declaration of Shakeer Rahman |
| 10 | Declaration of Noelani del Rosario-Sabet |
| 11 | Declaration of Vishal Singh |
| 12 | Declaration of Austin Tharpe |
| 13 | Declaration of Devon Young |

1

## DECLARATION OF DIANA BARBADILLO

I, Diana Barbadillo, declare as follows:

1. I am over the age of eighteen. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2. I suffered injuries after Los Angeles Sheriff's Department ("LASD") deputies deployed a flash bang grenade on me at a peaceful protest on August 25, 2020 and deployed pepper spray on me at a peaceful protest on September 5, 2020.

3. After the August 25, 2020 and September 5, 2020 incidents, I have continued to attend protests both as a participant, and other times as a legal observer with the National Lawyers Guild. I intend to continue doing both in the future as well. However, due to LASD using force against me at these two protests, and in front of me at another protest on September 25, 2020, I have felt very apprehensive and scared for my safety at protests since then.

4. Based on the LASD's conduct at prior protests, I am very concerned about the LASD's use of force against peaceful protesters. The nation is facing critical issues and I expect to attend numerous public protests and demonstrations in the future, including ones where the LASD may be present. The prospect of being subjected to excessive force by the LASD at future protests causes me apprehension, fear, and anxiety.

5. I understand that the Court has issued a preliminary injunction to limit the LASD's use of so called less lethal munitions ("LLMs") against non-violent protesters and that Plaintiffs are requesting that the Court certify an injunctive relief class and will be seeking a permanent injunction to curtail the use of LLMs against peaceful protesters by the LASD. I believe that continued Court oversight is necessary to protect the rights of persons such as myself who plan to peacefully assemble and protest as is our right under the federal and state constitutions and that

1

Docusign Envelope ID: 96B044DA-374D-4EA5-BD3A-2E662BFCB17C

such continued Court oversight will likely make me feel safer about attending future protests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 6th day of November 2025 in ___Los Angeles_____, California.

DocuSigned by:

*Diana Barbadillo*

83E1D1FC1DFE471...

_____

Diana Barbadillo

2

2

# DECLARATION OF KEYANNA BEAN

I, Keyanna Bean, declare as follows:

1.      I am over the age of eighteen. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2.      I attended a peaceful protest in South Los Angeles on September 5, 2020 at the LASD station. I suffered physical and emotional injuries after Los Angeles Sheriff's Department ("LASD") deputies deployed tear gas on me and my then-seven-year-old daughter at the September 5, 2020 protest.

3.      On September 11, 2020, my family and I attended a press conference in South Los Angeles hosted by the National Lawyer's Guild Los Angeles. I witnessed LASD deputies push and assault attendees. The deputies advanced on my family and other press conference attendees. Once the deputies began advancing, my family and I fled to our vehicle.

4.      I attended a few more protests after these incidents. However, I was anxious and feared for my safety, the safety of my children, and the safety of others at the hands of law enforcement. After these incidents, when I attended protests with my children, I took steps to keep them away from law enforcement out of fear for their safety.

5.      In the last few years, as a result of what I and my daughter experienced at the hands of LASD in 2020, I have stopped attending protests because I am afraid that I and my children will be subjected to force by LASD.

6.      Based on the LASD's conduct I have experienced and witnessed at prior protests, I am very concerned about the LASD's use of force against peaceful protesters.  The nation is facing critical issues and I would like to attend public protests and demonstrations in the future, including ones where the LASD may be

1

Doc ID: beacaa94b5cdfd85596915ec89138972e096350b

present.  The prospect of being subjected to excessive force by the LASD at future protests causes me apprehension, fear, and anxiety.

7.    I understand that the Court has issued a preliminary injunction to limit the LASD's use of so called less lethal munitions ("LLMs") against non-violent protesters and that Plaintiffs are requesting that the Court certify an injunctive relief class and will be seeking a permanent injunction to curtail the use of LLMs against peaceful protesters by the LASD.  I believe that continued Court oversight is necessary to protect the rights of persons such as myself and my children who plan to peacefully assemble and protest as is our right under the federal and state constitutions and that continued Court oversight will make me feel safer about attending future protests and therefore will make it more likely that I will attend protests in the future.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 6___ day of November 2025 in Los Angeles _____, California.

_____
Keyanna Bean

2

Doc ID: beacaa94b5cdfd85596915ec89138972e096350b

3

TO BE FILED SEPARATELY

4

## DECLARATION OF GRACE BRYANT

I, Grace Bryant, declare as follows:

1.      I am over the age of eighteen. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2.      I was subjected to tear gas and was arrested by deputies from the Los Angeles Sheriff's Department ("LASD") while attending a protest against police misconduct in Compton on June 21, 2020.

3.      I attended several demonstrations after June 21, 2020, but at some point in early August, I stopped going because I was concerned for my safety and the safety of those around me due to the sheriffs' use of force in situations that seemed unprovoked. I would have gone to more demonstrations if the sheriffs had not used force on us.

4.      I have not attended any protests in Los Angeles County in the last few years because I am afraid that I will be arrested or subjected to force by LASD.

5.      Based on the LASD's conduct at prior protests, I am very concerned about the LASD's use of force against peaceful protesters.  The nation is facing critical issues and I would like to attend public protests and demonstrations in the future, including ones where the LASD may be present.  The prospect of being subjected to excessive force by the LASD at future protests causes me apprehension, fear, and anxiety.

6.      I understand that the Court has issued a preliminary injunction to limit the LASD's use of so called less lethal munitions ("LLMs") against non-violent protesters and that Plaintiffs are requesting that the Court certify an injunctive relief class and will be seeking a permanent injunction to curtail the use of LLMs against peaceful protesters by the LASD.  I believe that continued Court oversight

1

Doc ID: 8c51527322f3e35be6f2fc4befc4fe3b6ca5f0a9

is necessary to protect the rights of persons such as myself who plan to peacefully assemble and protest as is our right under the federal and state constitutions and that continued Court oversight will make me feel safer about attending future protests and will make it more likely that I will attend protests in the future.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the _6th_ day of November 2025 in _2025_____,
California.

*Grace Bryant*

_____
Grace Bryant

2

Doc ID: 8c51527322f3e35be6f2fc4befc4fe3b6ca5f0a9

5

**DECLARATION OF LOAN HOANG**

I, Loan Hoang, declare as follows:

1.    I am over the age of eighteen. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2.    I was subjected to tear gas by deputies from the Los Angeles Sheriff's Department ("LASD") while attending a protest against police misconduct near Beverly Boulevard and The Grove Drive on May 30, 2020, wherein I suffered physical injuries and emotional distress.

3.    After May 30, 2020, I have attended a few protests, including a demonstration regarding Free Palestine in downtown Los Angeles, a free Palestine demonstration at UCLA, and one No Kings protest in Glendale, California. I do not stay long. Anytime I see law enforcement presence at these demonstrations, I become nervous, anxious, and fearful. I leave soon after.

4.    I intend to continue to exercise my first amendment rights and participate in peaceful protests. However, I have become very cautious in choosing which demonstrations to attend. I do not participate in any night demonstrations, I only attend protests wherein I am familiar with the organizations planning the demonstration, and I only attend protests in certain neighborhoods. Regardless of which protests I attend, law enforcement presence ends my participation. I now leave when I see officers.

5.    I am deeply fearful of LASD and law enforcement presence at demonstrations because, rather than feeling any sense of safety, I fear escalation and retribution. The prospect of being subjected to excessive force by the LASD at future protests causes me apprehension, fear, and anxiety.

6.    Based on the LASD's conduct at prior protests, I am very concerned about the LASD's use of force against peaceful protesters.  The nation is facing critical issues and I would like to attend public protests and demonstrations in the future, including ones where the LASD may be present.

1

Document Ref: NTC6B-UWEBM-2FTIU-PPJNG

7.      I understand that the Court has issued a preliminary injunction to limit the LASD's use of so called less lethal munitions ("LLMs") against non-violent protesters and that Plaintiffs are requesting that the Court certify an injunctive relief class and will be seeking a permanent injunction to curtail the use of LLMs against peaceful protesters by the LASD.  I believe that continued Court oversight is necessary to protect the rights of persons such as myself who plan to peacefully assemble and protest as is our right under the federal and state constitutions and that continued Court oversight will make me feel safer about attending future protests and will make it more likely that I will attend protests in the future. I believe these steps are necessary to hold law enforcement accountable to the principles established in our Constitution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 6th day of November 2025 in Los Angeles, California.

_____
Loan Hoang

2

Document Ref: NTC6B-UWEBM-2FTIU-PPJNG

6

## DECLARATION OF SERENA MILITANTE

I, Serena Militante, declare as follows:

1. I am over the age of eighteen. My legal name is Sebastian Militante. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2. I attended a peaceful protest in downtown Los Angeles on June 3, 2020 during the Los Angeles Sheriff's Department ("LASD") arrested me.

3. After my arrest, I attended a few more demonstrations. However, I realized that I was traumatized from my arrest on June 3, 2020 and was scared for my safety and of getting arrested again, so I stopped attending protests. I would have gone to more demonstrations if the deputies did not arrest me because speaking out against police brutality is very important to me.

4. It was not until June 14, 2025 that I attended another protest. Even though I was afraid that LASD might arrest or use force on me, I attended because I feel so strongly about the ICE's actions in Los Angeles. During this protest, LASD launched a flash bang grenade directly at me. A piece of the flash bang grenade hit my leg. The loud sound from the flashbang dulled my hearing for approximately two weeks. Moments later, I was hit with tear gas deployed by LASD. Within a few minutes, LASD began deploying tear gas in front of me and behind me, and I was afraid of getting trapped and subjected to further force, so I left the protest.

5. The actions of the LASD in using less lethal weapons against me and others near me while I was simply peacefully protesting, after being arrested by LASD deputies in June 2020, has had a chilling effect on my willingness to

1

exercise my First Amendment right to free speech. I feel great apprehension about attending future protests, especially ones where the LASD will be deployed.

6.    The nation is facing critical issues and despite my fear, I would like to attend public protests and demonstrations in the future, including ones where the LASD may be present. The prospect of being subjected to excessive force or arrested by the LASD at future protests causes me apprehension, fear, and anxiety.

7.    I understand that the Court has issued a preliminary injunction to limit the LASD's use of so called less lethal munitions ("LLMs") against non-violent protesters and that Plaintiffs are requesting that the Court certify an injunctive relief class and will be seeking a permanent injunction to curtail the use of LLMs against peaceful protesters by the LASD. I believe that continued Court oversight is necessary to protect the rights of persons such as myself who plan to peacefully assemble and protest as is our right under the federal and state constitutions and that continued Court oversight will make me feel safer about attending future protests and will make it more likely that I will attend protests in the future.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 5 day of November 2025 in _Buena Park_, California.

_____
Serena Militante

2

Doc ID: c084e41bc017a8c419371a7cf331cc82ac7c6649

7

## DECLARATION OF JOE MISCHO

I, Joe Mischo, declare as follows:

1. I am over the age of eighteen. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2. On August 25, 2020, I attended a march in downtown Los Angeles to protest the killings of Jacob Blake and Anthony McClain. Los Angeles Sheriff's Department ("LASD") deputies shot pepper balls, rubber bullets or projectiles, and foam rounds at protesters. They also threw teargas and flash bangs at the protesters. I was hit by a pepper ball. I was hit in my left buttock and left elbow with what I believe to have been rubber bullets and/or foam rounds. I was also hit in the lower right leg with a flash bang grenade.

3. On September 5, 2022, I attended a protest at LASD South Los Angeles Station on Imperial Highway. LASD deputies indiscriminately opened fire with less lethal projectiles on the protestors, and threw flash bangs and stinger grenades. The deputies provided no warning or dispersal order before using force against the protesters. I was hit in the back with two pepper balls, and the side of my car was hit with at least four pepper balls.

4. Due to the force used on me at these two protests, I only attended two or three protests. I left the protests whenever the situation started to feel slightly volatile out of a concern that unannounced force may be used suddenly by law enforcement. I felt increased levels of fear, stress, and anxiety when attending protests.

5. Had LASD never used force on me, I believe I would have attended significantly more protests. However, after being subjected to force by LASD on

1

multiple occasions in 2020, I am too discouraged and afraid for my safety to attend as many protests as I would like to.

6.      I believe that LASD needs to be held accountable for its uses of force of peaceful protesters and its practice of using force on peaceful protesters must change. I do not feel safe returning to protest in Los Angeles County until that happens. If, as a result of this case, the LASD changes its practices and refrains from using force against peaceful protesters, I would likely feel safer about attending protests in the future.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 5 day of November 2025 in Los Angeles ,
California.

_____
Joe Mischo

2

8

## DECLARATION OF JILLIAN O'NEIL

I, Jillian O'Neil, declare as follows:

1.      I am over the age of eighteen. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2.      I suffered injuries after Los Angeles Sheriff's Department ("LASD") deputies deployed a flash bang grenade on me at a peaceful protest on August 25, 2020 and shot me with rubber bullets and deployed tear gas on me at a peaceful protest on September 5, 2020.

3.      After the August 25, 2020 and September 5, 2020 incidents, I have continued to attend protests as a legal observer with the National Lawyers Guild, and intend to continue doing so. However, due to LASD using force against me at these two protests, I have felt very apprehensive and scared for my safety at protests since then.

4.      Based on the LASD's conduct at prior protests, I am very concerned about the LASD's use of force against peaceful protesters.  The nation is facing critical issues and I expect to attend numerous public protests and demonstrations in the future, including ones where the LASD may be present.  The prospect of being subjected to excessive force by the LASD at future protests causes me apprehension, fear, and anxiety.

5.      I understand that the Court has issued a preliminary injunction to limit the LASD's use of so called less lethal munitions ("LLMs") against non-violent protesters and that Plaintiffs are requesting that the Court certify an injunctive relief class and will be seeking a permanent injunction to curtail the use of LLMs against peaceful protesters by the LASD.  I believe that continued Court oversight is necessary to protect the rights of persons such as myself who plan to peacefully

1

assemble and protest as is our right under the federal and state constitutions and that such continued Court oversight will likely make me feel safer about attending future protests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on the 03 day of November 2025 in Los Angeles , California.

_____
      Jillian O'Neil

2

Doc ID: 44d0bf13c0d12c08e183dbc2d61237f51cf68751

9

## DECLARATION OF SHAKEER RAHMAN

I, Shakeer Rahman, declare as follows:

1. I am over the age of eighteen. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2. I suffered physical injuries after Los Angeles Sheriff's Department ("LASD") deputies deployed tear gas on me and other protesters on June 21, 2020, in Compton.

3. I have continued to attend demonstrations for issues that are important to me, such as police brutality, and I intend to continue doing so in the future.

4. Based on the LASD's conduct at prior demonstrations, I am very concerned about the LASD's use of force against people exercising their freedom of assembly and speech. The nation is facing critical issues, and I expect to attend public demonstrations and protests in the future, including ones where the LASD may be present. The prospect of being subjected to excessive force by the LASD on these occasions causes me apprehension, fear, and anxiety.

5. I understand that the Court has issued a preliminary injunction to limit the LASD's use of so called less lethal munitions and that Plaintiffs are requesting that the Court certify an injunctive relief class and will be seeking a permanent injunction.  I believe that continued court oversight is necessary to protect the rights of persons such as myself who plan to peacefully assemble and protest as is our right under the federal and state constitutions and that continued court oversight will make me feel safer about exercising my rights.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1

Doc ID: 5d6f449542851aebc6a34352bac76c5a3ea2a031

Executed on the 4___ day of November 2025 in _Los Angeles_____,
California.

_____
Shakeer Rahman

2

Doc ID: 5d6f449542851aebc6a34352bac76c5a3ea2a031

10

## DECLARATION OF NOELANI DEL ROSARIO-SABET

I, Noelani Del Rosario-Sabet, declare as follows:

1.      I am over the age of eighteen. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2.      I was arrested by deputies from the Los Angeles Sheriff's Department ("LASD") at a peaceful protest in Compton on June 21, 2020.

3.      I have attended a few protests after my arrest. However, I was afraid of getting arrest again, and I was afraid that LASD deputies would use force on me. I feel increased levels of fear, stress, and anxiety when attending protests because of being arrested by LASD when I was peacefully protesting in 2020.

4.      I have not attended as many protests I would like to because I do not feel safe at a protest when LASD is present and am afraid of physical and psychological harm from LASD.

5.      Based on the LASD's conduct at prior protests, I am very concerned about the LASD's use of force against peaceful protesters.  The prospect of being subjected to excessive force by the LASD at future protests causes me apprehension, fear, and anxiety.

6.      I understand that the Court has issued a preliminary injunction to limit the LASD's use of so called less lethal munitions ("LLMs") against non-violent protesters and that Plaintiffs are requesting that the Court certify an injunctive relief class and will be seeking a permanent injunction to curtail the use of LLMs against peaceful protesters by the LASD.  I believe that continued Court oversight is necessary to protect the rights of persons who plan to peacefully assemble and protest as is our right under the federal and state constitutions and that such continued oversight will make me feel safer about attending future protests.

1

Doc ID: d2142c7c61d1646f6eb0c16218af0f70bbc37e08

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the  4  day of November 2025 in Quincy_____, California.

_____
Noelani Del Rosario-Sabet

2

Doc ID: d2142c7c61d1646f6eb0c16218af0f70bbc37e08

11

## DECLARATION OF VISHAL SINGH

I, Vishal Singh, declare as follows:

1.      I am over the age of eighteen. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2.      I attended protests as a journalist with a visible press pass on August 25, 2020 and June 12, 2021 during which I and others were subjected to uses of force by deputies from the Los Angeles County Sheriff's Department ("LASD").

3.      The actions of the LASD have had a chilling effect on my First Amendment Rights. Although I attended several protests, there are times when I was afraid to attend and document protests out of fear of subjected to unlawful force by the LASD and as a result of what I have observed.

4.      In the spring of 2024, I attended the student encampment protest at UCLA to document the protest. LASD deputies who were present made threatening comments to me and identified me by name. After that experience, I was too afraid that LASD (as well as other law enforcement agencies and private individuals) would use force against me again, and I decided to stop attending protests out of fear for my safety.

5.      In June 2025, I decided to attend a few protests in Los Angeles against the immigration raids as an observer because this issue is important to me. At these protests, I witnessed LASD use force against peaceful protesters. This reinforced my fear of going to protests where LASD may be present, and I have not attended any protests since. The prospect of being subjected to excessive force by the LASD at future protests causes me apprehension, fear and anxiety. Nonetheless, in light of the issues facing our nation, I would like to attend future protests.

1

6.     I understand that the Court has issued a preliminary injunction to limit the LASD's use of so called less lethal munitions ("LLMs") against non-violent protesters and that Plaintiffs are requesting that the Court certify an injunctive relief class and will be seeking a permanent injunction to curtail the use of LLMs against peaceful protesters by the LASD.  I believe that continued Court oversight is necessary to protect the rights of persons such as myself who plan to peacefully assemble and protest as is our right under the federal and state constitutions and that such Court oversight will likely make me feel safer and able to attend future protests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 6th day of November 2025 in ___Los Angeles___, California.

_____

Vishal Singh

2

12

## DECLARATION OF AUSTIN THARPE

I, Austin Tharpe, declare as follows:

1.     I am over the age of eighteen. I am one of the named Plaintiffs in this case. I have personal knowledge of the following facts and if called as a witness I would and could testify truthfully as to these facts.

2.     I was subjected to tear gas and was arrested by deputies from the Los Angeles Sheriff's Department ("LASD") while attending a protest against police misconduct in Compton on June 21, 2020.

3.     After June 21, 2020, I attended some protests. When I attended, I was anxious and afraid that law enforcement would arrest me or use force on me. I feel that I need to be hypervigilant of law enforcement and I do not feel comfortable attending protests alone. At times, I do not attend protests I would otherwise like to attend because I am too anxious and afraid that LASD will use force on me.

4.     Based on the LASD's conduct at prior protests, I am very concerned about the LASD's use of force against peaceful protesters.  The nation is facing critical issues and I would like to attend public protests and demonstrations in the future, including ones where the LASD may be present. The prospect of being subjected to excessive force by the LASD at future protests causes me apprehension, fear, and anxiety.

5.     I understand that the Court has issued a preliminary injunction to limit the LASD's use of so called less lethal munitions ("LLMs") against non-violent protesters and that Plaintiffs are requesting that the Court certify an injunctive relief class and will be seeking a permanent injunction to curtail the use of LLMs against peaceful protesters by the LASD.  I believe that continued Court oversight is necessary to protect the rights of persons such as myself who plan to peacefully assemble and protest as is our right under

1

the federal and state constitutions and that continued Court oversight will make me feel safer about attending future protests and will make it more likely that I will attend protests in the future.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 6 day of November 2025 in Carlsbad, California.

_____*Austin Tharpe*_____
Austin Tharpe

2

13

TO BE FILED SEPARATELY