**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Krizia Berg, et al., | CASE NUMBER |
| | 2:20-cv-07870-DMG-PDx |
| PLAINTIFF(S) | |
| v. | |
| County of Los Angeles, et al., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| | ☒ FOR DISCOVERY |
| DEFENDANT(S). | ☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

28 U.S.C. § 455

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

November 10, 2025

Date

*Patricia Donahue*

United States Magistrate Judge

---

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge ___Karen E. Scott___ .
On all documents subsequently filed in this case, please substitute the initials ___KES___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:20-cv-07870-DMG-KESx___ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:     *Previous Magistrate Judge*

CV-110 (06/14)                    ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE