Paul Hoffman, SBN 71244
*hoffpaul@aol.com*
Michael D. Seplow, SBN 150183
*mseplow@sshhzlaw.com*
Aidan C. McGlaze, SBN 277270
*amcglaze@sshhzlaw.com*
John Washington, SBN 315991
*jwashington@sshhzlaw.com*
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP
9415 Culver Blvd, # 115
Culver City, CA 90232
310-396-0731

Colleen M. Mullen, SBN 299059
*colleen@mcelroyparris.com*
MCELROY PARRIS TRIAL
LAWYERS, APLC
407 Bryant Circle, Ste. F
Ojai, CA 93023
805-272-4001

Arnoldo Casillas, SBN 158519
*acasillas@casillaslegal.com*
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., 3RD FLO,
Long Beach, CA 90807
323-725-0350

Morgan Ricketts, SBN 268892
*mricketts@hadsellstormer.com*
Rebecca Brown, SBN 336638
*rbrown@hadsellstormer.com*
HADSELL STORMER
RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
(626) 585-9600

*Attorneys for Plaintiffs and Proposed Class.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIZIA BERG, et al.<br><br>PLAINTIFFS,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 2:20-cv-07870-DMG-PD<br><br>**DECLARATION OF MICHAEL D. SEPLOW IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Hearing Date:  January 23, 2026<br>Hearing Time:  9:30 a.m.<br>Courtroom:  8C |

## <u>DECLARATION OF MICHAEL D. SEPLOW</u>

I, Michael D. Seplow, hereby declare as follows:

1. I am an attorney-at-law and a partner with the firm Schonbrun Seplow Harris Hoffman & Zeldes, LLP ("SSHHZ"). I am duly admitted to practice before this Honorable Court and am one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of the facts set forth herein, (except where indicated upon information and belief) and if called as a witness, could and would testify competently thereto. This declaration is being made in support of the Plaintiffs' Motion for Attorneys' Fees.

2. On November 14, 2025, I met and conferred with defense counsel Raymond Sakai via zoom pursuant to L-R 7.3. As of today's date, counsel for the parties have not been able to resolve the issues in this motion informally.

### COUNSEL'S WORK ON THE CONTEMPT MOTION

3. Pursuant to this Court's Order finding Defendant Los Angeles County in contempt for violating the Preliminary Injunction (Dkt. 167) Plaintiffs are seeking reasonable attorneys' to compensate them for their time and effort in bringing the successful contempt motion. In order to prevail on this motion, Plaintiffs' counsel spent substantial time gathering information, viewing video, speaking with witnesses, drafting declarations, researching the legal issues relating to the motion, drafting the motion and the reply papers and preparing for and attending the hearing on October 3, 2025.

4. In particular, after hearing media reports the LASD's response to the protests starting on June 7, 2025, Plaintiffs' counsel first started discussing whether the LASD's actions were in violation of the PI in this case. We learned of additional possible violations by the LASD during the No Kings Protest on June 14, 2025. Thereafter, Plaintiffs' counsel had several zoom meetings to discuss investigating the LASD's actions during the June protests and to update us on the status of the investigation and outreach. Given that additional protests were forthcoming and

the physical wellbeing of peaceful protestors was at stake, our team worked under time pressure to prioritize this motion. Plaintiffs' counsel spent many hours gathering information and evidence to support the contempt motion including viewing media and social media reports and videos about LASD's actions during the June protest and reaching out to persons injured by the LASD or who witnessed LASD actions during the June protests. Plaintiffs' counsel obtained declarations from 11 witnesses that were submitted in support of the contempt motion. Plaintiffs' counsel also spent considerable time researching and drafting both the contempt motion, the arguments in Defendants' opposition, and the reply, in addition to diligently preparing for the October 3, 2025 hearing. Attached hereto as **Exhibit 1** are the timesheets for each of Plaintiffs' counsel which set forth the time and work done for Plaintiffs' counsel and their paralegal Carlos Gallegos on the contempt motion.

### RATES REQUESTED AND QUALIFICATIONS OF COUNSEL

5. All of the lawyers working on this team are highly qualified and skilled, with extensive experience in civil rights litigation.

6. I am a partner at SSHHZ. I was admitted to practice in 1990, after having received my J.D. from UCLA Law School in 1990 and my undergraduate degree from Duke University in 1985. During my third year of law school, I served as a judicial extern to the Hon. Abner Mikva on the U.S. Court of Appeals for the District of Columbia Circuit. After spending about a year working at a firm doing business litigation, I joined my current firm in January 1992, where I have litigated civil rights cases for the past 33 years.

7. I, along with the attorneys in my firm who are counsel for Plaintiffs, Paul Hoffman, John Washington and Aidan McGlaze, have extensive experience in civil rights litigation and class action litigation. For more information about the extensive complex litigation experience of the attorneys at my firm, please see our Firm

Resume which is **Exhibit 2** to this Declaration and also see our firm's website at www.ssshhzlaw.com.

8. In particular, Paul Hoffman was designated as the class counsel in similar protest class actions including *Multi-Ethnic Immigrant Workers Org. Network v. City of Los Angeles*, 246 F.R.D. 621 (C.D. Cal. 2007) (LAPD arrests and brutality at immigrant rights protest), *Aichele v. City of Los Angeles*, 314 F.R.D. 478 (C.D. Cal. 2013) (LAPD arrests at Occupy LA area on City Hall lawn), and *Chua v. City of Los Angeles*, 2017 WL 10776036 (C.D. Cal. May 25, 2017) (LAPD arrests at 2014 Ferguson protests in downtown LA). As set forth in the firm resume, Mr. Hoffman is a highly experienced and well qualified civil rights attorney who has argued cases before the U.S. Supreme Court.

9. I have represented plaintiffs in civil rights cases since 1992. I estimate that I have litigated over 100 civil rights cases in my career. In addition, I have been appointed class counsel in numerous other cases including *Alberts, et al. v. Aurora Behavioral Health Care, et al.,* L.A.S.C. Case No. BC4193640, *Charlebois v. Angeles Baseball* LP, U.S.D.C C.D. Cal. Case No. CV10-853-DOC(ANx), *Boyd v Bank of America*, USDC C.D. Cal. Case No. SACV 13-0561DOC, *Whitbread v. Ticketmaster Entertainment LLC, et al*., Case No. BC 489093 (L.A. Superior Court), *Meneses-Barnett v CVS, et al*., LASC Case No. BC489739, *Uppal v. CVS Pharmacy, Inc., et al.,* United States District Court (N.D. Cal.), Case No. 3:14-cv-02629-VC, *Sharobiem v. CVS Pharmacy, Inc., et al.*, United States District Court (C.D. Cal.) Case No. 2:13-cv-09426-GHK (FFM), *Lopez, et al. v. Liberty Mutual Insurance Co.,* U.S.D.C. Case No. 2:14-cv-05576 AB(JCx), and *McKercher v Liberty Mutual, et al*, LASC Case No. BC 605656 and *Keich v. U.S. Healthworks Inc*, San Diego Superior Court, Case No. 37-2017-00015343-CU-OE-CTL.

10. John Washington is a partner at SSHHZ, who as set forth in the firm's resume, has substantial experience litigating civil rights cases. Mr. Washington is a 2016 graduate of NYU School of Law.

11. Aidan McGlaze is Of Counsel to SSHHZ. As set forth in the firm's resume, Mr. McGlaze has substantial experience litigating civil rights cases. Mr. McGlaze graduated with honors from Stanford Law School in 2007 and served as a clerk to the Hon. Kim Wardlaw on the U.S. Court of Appeals for the Ninth Circuit.

12. Carlos Gallegos is a well-qualified and highly experienced paralegal who has worked at SSHHZ since October 2016.

13. My co-counsel in this case, Morgan Ricketts and Rebecca Brown of Hadsell Stormer Rennick & Dai, LLP and Collen Mullen of McElroy Parris Trial Lawyers, are also highly qualified civil rights lawyers. See Declaration of Morgan Ricketts, Dkt. 100-3 and Declaration of Collen Mullen, Dkt. 100-2.

14. Based on information supplied by Ms. Brown, it is my understanding that Rebecca Brown is an associate at Hadsell Stormer Renick & Dai LLP. She has been practicing law for over four years. Ms. Brown is admitted to practice in the Central District of California, the Ninth Circuit, the State of California, and the State of New York. Recently, Ms. Brown has been awarded sanctions based on her hourly rate of $625 in the matter *Grace v. CBRE Capital Markets, Inc. et al.*, No. 30-2023-01314705-CU-CR-CJC. (*See* ROA 559). In this same matter, Ms. Brown was previously awarded sanctions based on her prior hourly rate of $575 on three occasions. (*See* ROA 364, 429, 184). A Central District judge awarded Ms. Brown an hourly rate of $440 for her work on a case she tried in August 2023. (*Augustus v. City of Los Angeles*, No. CV22-02640-SB, Dkt. 320 at 19). Ms. Brown has successfully litigated numerous police misconduct, civil rights, and employment discrimination matters, such as *Augustus v. City of Los Angeles*, No. CV22-02640-SB (C.D. Cal. 2023) (traffic stop case against LAPD, jury verdict of $150,000, attorneys' fees award of $1,000,000+), *Martinez v. County of Los Angeles*, No. 2:22-cv-06589-DSF-AFM (C.D. Cal. 2024) (sexual assault case against LASD, settlement of $2,340,000), and *Ashrafipour v. Waterdrops Express Car Wash LLC, et al.*, No 20STCV30388 (Cal. Sup. 2024) (employment retaliation case, seven

figure settlement). Ms. Brown joined Hadsell Stormer Renick & Dai in January 2023. Prior to joining Hadsell Stormer, Ms. Brown was a Staff Attorney for the National Lawyers Guild Los Angeles. Ms. Brown graduated *cum laude* from New York University in 2014 and received her J.D. from the UCLA School of Law in 2020. While at UCLA, Ms. Brown received multiple honors and scholarships and served as Chief Executive Editor of the UCLA Law Review.

15. Based on information provided by Ms. Brown, it is my understanding that Morgan Ricketts is a partner with Hadsell Stormer Renick & Dai LLP. She has been practicing law for sixteen years and has been litigating civil rights cases since 2013. She has first chaired over ten jury trials. A Central District judge awarded Ms. Ricketts her requested hourly rate of $915 for her work on a case she tried in April 2023. (*Pineda v. City of Los Angeles*, No. 2:21-cv-06470-CBM-AS, Dkt. 195 at 7). Ms. Ricketts graduated from the Harvard Law School in 2009 after graduating from UCLA. She began her legal career in the City of Los Angeles in August 2009, working as a litigation associate at the Los Angeles office of Quinn, Emanuel, Urquhart, Oliver & Hedges LLP (at the time). In 2012, she founded her own firm to focus on civil rights and employment cases. Ms. Ricketts joined Hadsell Stormer Renick & Dai in December 2022. She has been a Southern California Rising Star every year since 2017.

16. Based on information provided by Ms. Mullen (who previously worked as an associate at my firm for about three years) it is my understanding that Ms. Mullen graduated magna cum laude from University of California, Los Angeles with a B.A. in Political Science and a minor in Women's Studies. She graduated from Loyola Law School in 2014 in the top 5% of her class, earning several academic awards and honors. Her practice is focused primarily on complex civil litigation in the areas of constitutional law, civil rights law, employment law, and personal injury. I have worked on several high-profile cases, including *Mitchell v. City of Los Angeles*, Central District California, Case No. 2:16-cv-01750-SRO-JPR

5

(successfully bringing a precedent-setting preliminary injunction the City of Los Angeles challenging the constitutionality of the City's practice in seizing homeless individuals' property); *Alberts, et al. v. Aurora Behavioral Health Care, et al.*, Los Angeles Superior Court Case No. BC419340 (certified class of approximately 1,200 health care workers raising various wage and hour violations); and *Jane Does 1-8 v. Estate of Jeffrey Epstein* (representing victims of Jeffrey Epstein's notorious sex-trafficking scheme). Ms. Mullen is seeking an hourly fee for legal work in this case of $900.00 per hour. In 2020, a United States District Court approved her rate of $500/hour as a fifth-year associate. *Chua, et al. v. City of Los Angeles, et al.*, U.S. District Court, Central District of California, Case No. 2:16-cv-00237-JAK-GJS (Dkt. 158)(March 31, 2020). On September 8, 2022, the Court approved an award of attorneys' fees that included my rate at $650/hour. On September 11, 2023, a Los Angeles Superior Court Judge approved her rate of $700/hour in *Parker v. Innovative Speech Therapy and Communication Services, Inc.*, 19STCV36310. On November 4, 2025, a Los Angeles Superior Court Judge approved her rate of $800/hour in *Allen v. Pacific Seismic Productions, Inc.,* Case No. 21STCV13040.

17. Below is a chart showing the hourly billing rates for Plaintiffs' attorneys and one paralegal who performed work on the contempt motion.

| Paul Hoffman | 49 (1976) | $1,475 |
|---|---|---|
| Michael Seplow | 35 (1990) | $1,300 |
| Aidan McGlaze | 17 (2007) | $1,100 |
| Morgan Ricketts | 16 (2009) | $1,050 |
| Colleen Mullen | 11 (2014) | $ 900 |
| John Washington | 8 (2017) | $ 850 |
| Rebecca Brown | 5 (2021) | $ 650 |
| Carlos Gallegos | Paralegal | $ 300 |

18. In light of the experience of counsel, Plaintiffs' counsel submit that these rates are fair and reasonable and well within the market for similar legal work.

19. Plaintiffs' counsel are working on a contingency and first took on this case in 2020 and have yet to be paid for the substantial work on this case. By taking on this case, Plaintiffs' counsel had to forgo working on other matters that may have been lucrative.

20. Below is a chart showing the lodestar for each of Plaintiffs' counsel and their paralegal for work on the contempt motion. Plaintiffs' total lodestar is $216,950.00. In order to exercise billing discretion, Plaintiffs' counsel makes an across the board reduction of 10% which results in a total lodestar of $195,255.00 for the contempt motion. In addition, as set forth in the motion for attorneys' fees, Plaintiffs' counsel is requesting a multiplier of between 1.5 and 2.0. Plaintiffs have claims under both federal and state law and Plaintiffs' counsel submits that under the circumstances, a multiplier is justified.

| ATTORNEY | TIME | RATE | LODESTAR |
|---|---|---|---|
| Michael D. Seplow | 95.6 | $1,300.00 | $124,280.00 |
| Paul Hoffman | 11.8 | $1,475.00 | $17,405.00 |
| John Washington | 19.8 | $850.00 | $16,830.00 |
| Aidan McGlaze | 16.1 | $1,100.00 | $17,710.00 |
| Carlos Gallegos *(paralegal)* | 21.6 | $300.00 | $6,480.00 |
| Rebecca Brown | 32.1 | $650.00 | $20,865.00 |
| Morgan Ricketts | 2.2 | $1,050.00 | $2,310.00 |
| Colleen Mullen | 12.3 | $900.00 | $11,070.00 |
| **TOTAL:** | **211.5** | | $216,950.00 |
| **LESS 10% REDUCTION** | | | $195,255.00 |

21. In addition to the time spent on the contempt motion, Plaintiffs' counsel has incurred a lodestar of $41,260 working on this motion for reasonable attorneys'

fees, which subject to a 10% reduction amounts to $37, 134.   In particular, I spent 14.1 hours preparing, drafting and editing the fee motion and supporting documents. Mr. McGlaze, who took the lead on preparing the draft, recorded 18.8 hours on drafting, researching and editing the fee motion and supporting documents, and Mr. Gallegos spent 7.5 hours in preparing the motion and supporting documents for filing.  In chart form, these hours are as follows:

| ATTORNEY | FEE-MOTION TIME | RATE | LODESTAR |
|---|---|---|---|
| Michael D. Seplow | 14.1 | $1,300.00 | $18,330.00 |
| Aidan McGlaze | 18.8 | $1,100.00 | $20,680.00 |
| Carlos Gallegos *(paralegal)* | 7.5 | $300.00 | $2,250.00 |
| **TOTAL:** | **40.4** | | $41,260.00 |
| **LESS 10% REDUCTION** | | | $37,134.00 |

22. Attached hereto as **Exhibit 3** are the contemporaneous time sheets for Mr. McGlaze, Mr. Gallegos, and myself.  Plaintiffs' counsel is not seeking the additional time spent by their co-counsel in retrieving and reviewing their time records for this motion. Moreover, this does include time spent on the reply and hearing and Plaintiffs' counsel will submit a declaration with their reply papers to address that additional time.  Additionally, Plaintiffs' counsel is not seeking a multiplier for the time spent on this motion.

23. Plaintiffs' counsel have also incurred fees after the contempt motion was decided in connection with the appointment of the Special Master and will likely incur additional fees for this work.  However, Plaintiffs' counsel are not seeking fees for their work relating to the Special Master in this motion but reserve the right to do so at a later time.

24. I have reviewed the time sheets of Plaintiffs' counsel and their proposed hourly rates and I believe that the amount of fees requested in this motion is fair and reasonable and consistent with prevailing market rates.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of November, 2025 in Los Angeles, California.

_____
Michael D. Seplow

# EXHIBIT 1

**Berg v. County of Los Angeles**

**Paul Hoffman's Time Entries Related to Contempt Motion**

| Date | Description | Time | | | |
|------|-------------|------|---|---|---|
| 6/14/2025 | review materials for possible contempt proceeding and amendment | 3 | **Total Hours** | | 11.8 |
| 6/15/2025 | review of materials for contempt etc; misc e mails | 1.5 | | | |
| 7/6/2025 | research re contempt remedies | 0.5 | | | |
| 7/7/2025 | misc e mails re contempt motion | 0.4 | | | |
| 7/14/2025 | e mails re contempt motion | 0.4 | | | |
| 7/17/2025 | t/f/M.Seplow re meet and confer re contempt | 0.3 | | | |
| 7/18/2025 | review declarations and related e mails; t/f/JW | 0.6 | | | |
| 7/19/2025 | review declarations | 0.3 | | | |
| 8/12/2025 | review contempt motion | 1.2 | | | |
| 9/3/2025 | review contempt opposition | 0.5 | | | |
| 9/4/2025 | review contempt opposition | 0.5 | | | |
| 9/17/2025 | review contempt draft and related e mails | 0.7 | | | |
| 9/18/2025 | review contempt reply draft and related e mails | 0.6 | | | |
| 10/2/2025 | prep for and conf call prep for contempt hearing | 0.8 | | | |
| 10/3/2025 | review contempt order and related e mails | 0.5 | | | |

*Berg v. County of Los Angeles*
ID #:5423

**Michael D. Seplow's Time Entries Related to Contempt Motion**

| Date | Description | Time |
|---|---|---|
| 6/8/2025 | rev press reports and ems w cc [co-counsel] re LASD LLms | 0.2 |
| 6/9/2025 | ems w cc | 0.1 |
| 6/10/2025 | ems w cc re PI evidence | 0.3 |
| | tc w JW | 0.2 |
| 6/11/2025 | ems w cc re recent protest incidents | 0.5 |
| | rev articles re LASD & protests | 0.2 |
| | tc w VJD [James DeSimone] re PI and use of llms | 0.3 |
| 6/12/2025 | team zoom | 0.5 |
| 6/13/2025 | rev articles re LASD use of force and ems re same | 0.2 |
| 6/15/2025 | ems w PH re strategy | 0.2 |
| 6/16/2025 | rev memos and data re recent LASD actions | 0.4 |
| 6/17/2025 | txts and ems w cc re LASD actions | 0.4 |
| | ems w cc re strategy | 0.2 |
| | rev memo re LASD | 0.2 |
| 6/18/2025 | zoom w RB and CM re strategy | 0.4 |
| | ems w cc re strategy | 0.2 |
| 6/19/2025 | ems w cc re strategy | 0.1 |
| 6/24/2025 | em w cc re tasks and strategy re contempt | 0.3 |
| | tc w JW re strategy | 0.1 |
| 6/25/2025 | ems w PH | 0.1 |
| 6/27/2025 | ems w PH re strategy | 0.1 |
| 7/1/2025 | tcs w RB re strategy | 0.3 |
| | ems w RB | 0.1 |
| 7/2/2025 | ems w cc | 0.1 |
| | tc w VJD re LASD recent incidents | 0.4 |
| | tc w PH and JW re strategy | 0.4 |
| | ems w cc re | 0.1 |
| 7/10/2025 | ems w cc re contempt motion | 0.2 |
| 7/11/2025 | draft dec re contempt mtn and em re same | 1 |
| | tc w VJD re witnesses for contempt mtn | 0.1 |
| | ems w cc re strategy | 0.2 |
| | zoom meeting with RB, CM and MR | 0.5 |

| | |
|---|---|
| **Total Hours** | 95.6 |

*Berg v. County of Los Angeles*
**Michael D. Seplow's Time Entries Related to Contempt Motion**

| | | |
|---|---|---|
| | tc w JW | 0.1 |
| | tc w PH | 0.1 |
| | ems w cc re contempt mtn | 0.2 |
| | ems w JG re witness | 0.1 |
| 7/12/2025 | rev docs and ems re witnesses | 0.3 |
| 7/13/2025 | rev witness dec and ems re same | 0.2 |
| | ems w PH and JW re contempt issues and witnesses | 0.3 |
| | rev articles re LASD incidents | 0.2 |
| | rev videos and photos re June 2025 protests | 0.5 |
| 7/14/2025 | interview witness GK | 0.5 |
| | ems w VJD re witness | 0.1 |
| | ems w cc re contempt mnt | 0.1 |
| | draft GK decl and em re same | 0.5 |
| | ems w counsel in other cases re decls | 0.2 |
| | rev and edit decls and ems w RB re same | 0.1 |
| | ems w cc and RS re M&C re contempt | 0.1 |
| 7/15/2025 | rev witness dec and ems re same | 0.1 |
| | ems w cc re witnesses | 0.1 |
| | tc w VJD re witnesses | 0.2 |
| | ems re NS dec | 0.1 |
| 7/16/2025 | ems re final NS dec | 0.1 |
| | rev videos of June protests | 0.6 |
| | rev rsh re  contempt mtn | 0.2 |
| | rev PMK testimony re contempt  mnt | 0.3 |
| | tc w CM re contempt mtn | 0.3 |
| | ems w cc re contempt mnt | 0.2 |
| | rev and edit GK decl and ems re same | 0.5 |
| | rev videos re contempt mtn and ems re same | 0.4 |
| | ems w PH and JW re contempt mnt strategy | 0.1 |
| 7/17/2025 | finalize GK del and ems re same | 0.3 |
| | tc w PH re strategy | 0.2 |
| | tc w VJD re decs | 0.1 |
| | rev and edit SM dec and ems w RB re same | 0.1 |

*Berg v. County of Los Angeles*
ID #:5425

**Michael D. Seplow's Time Entries Related to Contempt Motion**

| | | |
|---|---|---|
| | M&C w RS and JW re contempt mtn | 0.2 |
| 7/18/2025 | rev and edit decs and ems re same | 0.3 |
| | rev videos | 0.2 |
| | tc w JW | 0.1 |
| | zoom mt w  RB, CM and JW re contempt mtn | 0.5 |
| | draft mnt for contempt | 0.3 |
| 7/20/2025 | draft outline re contempt mtn | 0.2 |
| 7/21/2025 | ems w cc re decs for contempt mtn | 0.1 |
| | tc w JW | 0.1 |
| | ems re decs | 0.1 |
| | tc w PH | 0.1 |
| 7/22/2025 | rev and edit TB dec and ems re same | 0.2 |
| | ems w cc re contempt mtn and evidence and decs | 0.2 |
| 7/23/2025 | ems w RS re contempt mtn | 0.1 |
| | zoom meeting w RB & CM re contempt and strategy | 0.3 |
| 7/24/2025 | ems w PH re strategy | 0.2 |
| | tc w PH | 0.2 |
| 7/25/2025 | ems w PH re contempt mtn | 0.1 |
| 7/29/2025 | em cc re strategy and status | 0.1 |
| | em RS re contempt mtn | 0.1 |
| 7/31/2025 | ems w cc re decs for contempt mtn | 0.1 |
| | zoom meeting w JW, RB, CM and MR re contempt and mtn to amend and strategy | 0.3 |
| | ems w PH re contempt mtn | 0.1 |
| | draft contempt mtn | 2.2 |
| 8/1/2025 | rev contempt decs and ems w cc re same | 0.2 |
| | draft contempt mtn | 0.4 |
| 8/2/2025 | ems w cc re contempt motion and evidence | 0.1 |
| | draft and rsh contempt motion | 1 |
| 8/3/2025 | ems w cc re contempt motion | 0.3 |
| | draft and rsh contempt motion | 11.4 |
| 8/4/2025 | ems w RS re contempt mtn and discovery | 0.1 |
| | ems w cc re contempt mtn | 0.1 |

*Berg v. County of Los Angeles*
**Michael D. Seplow's Time Entries Related to Contempt Motion**

| Date | Description | Hours |
|---|---|---|
| | tc w CM and RB re contempt mtn | 0.3 |
| | draft, rsh and edit contempt mnt | 8.4 |
| 8/5/2025 | txts and tcs w CM and RB re mtn | 0.2 |
| | draft, rev and edit contempt mtn | 5.2 |
| | draft PO re contempt mtn | 0.2 |
| | tcs, ems and texts w RB re witness re mtn | 0.2 |
| | ems and text w CM re video and dec | 0.2 |
| 8/6/2025 | Finalize mtn for contempt and related documents, including tcs texts and ems v GC CM and RB and review of video | 9.4 |
| 9/4/2025 | rev opp to contempt mtn and ems w PH and JW re same | 1 |
| 9/12/2025 | em w cc re Contempt reply | 0.1 |
| 9/14/2025 | rsh re contempt reply | 0.5 |
| 9/15/2025 | rev docs re contempt opp and reply | 3.5 |
| | ems w cc re reply | 0.5 |
| | rev LASD docs and ems re same | 0.2 |
| | tc w AM and JW re reply | 0.5 |
| | tc w VJD re witness | 0.1 |
| 9/16/2025 | em VJD re witness | 0.1 |
| | ems re witnesses | 0.1 |
| | disc w AM and JW re reply | 0.4 |
| | draft and rsh reply | 2.5 |
| 9/17/2025 | draft, rsh and rev docs for Reply re contempt mtn | 8.5 |
| | ems and txts w cc re reply | 0.4 |
| 9/18/2025 | rev, rsh and edit reply, inc ems and txts w cc | 6.8 |
| 9/19/2025 | rev and finalize reply and ems and txts w cc and CG re same | 2.2 |
| 9/30/2025 | ems re contempt motion | 0.1 |
| 10/1/2025 | prep for contempt mtn hearing | 0.5 |
| 10/2/2025 | rev docs, video and case law in prep for hearing | 3.5 |
| | zoom meeting w PH, JW, AM, RB and CM re hearing prep and strategy | 0.5 |
| | ems w RS re stip and discovery | 0.1 |
| 10/3/2025 | travel and attend contempt hearing | 2.9 |

*Berg v. County of Los Angeles*

**Michael D. Seplow's Time Entries Related to Contempt Motion**

| | |
|---|---|
| review ruling and ems w cc re same | 0.4 |

Aidan McGlaze Time Records re Contempt Motion

| Date | Time | Narrative |
|---|---|---|
| 9/8/25 | 2.1 | Initial rev. Contempt mtn & related docs |
| 9/12/25 | 0.4 | t/c MS re case strategy, finalizing filing, contempt briefing |
| 9/15/25 | 0.9 | t/c MS, JW re argument strategy, division of lab in reply briefing; review file re same (.4) |
| 9/16/25 | 2.3 | Research and draft reply sections |
| 9/17/25 | 2.5 | Research and draft reply sections; ems re same |
| 9/18/25 | 1.9 | Review & revise reply |
| 9/19/25 | 1.2 | Final proof edits to reply; finalize same; ems re same |
| 10/2/25 | 1.4 | Review filings, prep for hearing |
| 10/2/25 | 0.5 | Zoom with team re hearing prep, case strategy; prep for same |
| 10/3/25 | 2.9 | Travel t/f hearing; final prep for same; attend same; debrief re same. |

**Total Time:** **16.1**

**<u>Morgan Rickets  Time Records re Contempt Motion</u>**

| Date | Time | Narrative |
|---|---|---|
| 6/17/25 | 0.4 | E-mails and texts with assigned plaintiffs Rogers, Mischo, and Berg re status update and reaching out re witnessing use of LLMs at recent anti-ICE protests for possible contempt motion against COLA |
| 6/19/25 | 0.1 | Respond to C. Mullen's E-mail re social media presence. |
| 7/11/25 | 0.5 | Team Meeting re collecting declarations and reviewing protest videos for evidence of contempt of court order. |
| 7/31/25 | 0.2 | Team Meeting re motion, 3rd amended complaint, contempt motion, and declarations - status of drafting, approach and division of labor. |
| 8/4/25 | 1 | Edit/ Revise draft of contempt motion |

**Total Time:**           **2.2**

Colleen Mullen Time Records - Berg Contempt Motion

| Date | Time | Description | | |
|------|------|-------------|---|---|
| 6/12/2025 | 0.5 | Team Call Re No Kings protests | | |
| 6/17/2025 | 0.3 | Email / preparing re updated social media post for No Kings | | |
| 6/18/2025 | 0.4 | Call with MS/RB re strategy and witnesses | | |
| 6/19/2025 | 0.2 | Reviewing notes on social media/news reports on No King | | |
| 7/11/2025 | 0.2 | Obtaining/emailing exemplar motion for contempt sanctions | | |
| 7/11/2025 | 0.5 | Call with MS/RB/MR re witness/strategy | | |
| 7/16/2025 | 0.1 | Emailing social media witness | | |
| 7/16/2025 | 0.5 | Drafting email re video summary | | |
| 7/16/2025 | 0.1 | Email re witness update | | |
| 7/16/2025 | 0.3 | Call with MS re witnesses | | |
| 7/16/2025 | 0.6 | Video/evidence review for contempt | | |
| 7/18/2025 | 0.5 | Team call re contempt motion | | |
| 7/23/2025 | 0.3 | Call re contempt | | |
| 7/31/2025 | 0.3 | Team call re contempt | | |
| 8/4/2025 | 0.5 | Emailing re witnesses | | |
| 8/4/2025 | 0.3 | team call re contempt | | |
| 8/5/2025 | 0.3 | Call with witness | | |
| 8/5/2025 | 0.2 | Texts/call with MS re declaration and videos | | |
| 8/5/2025 | 0.8 | Drafting declarations re contempt motion; adding decl cites | | |
| 8/6/2025 | 1.1 | Reviewing videos/email | | |
| 8/6/2025 | 1.8 | Drafting declarations re contempt motion; adding decl cites | | |
| 8/6/2025 | 0.1 | Emailing re video evidence | | |
| 8/15/2025 | 0.5 | Call re witness | | |
| 9/3/2025 | 0.8 | Reviewing defense opp | | |
| 9/15/2025 | 0.2 | Emailing re Reply | | |
| 9/17/2025 | 0.2 | Emailing re relief request in reply | | |
| 9/30/2025 | 0.2 | Call / email re potential special masters | | |
| 10/2/2025 | 0.5 | Call re prep for hearing | | |
| | | | | |
| | | | | |
| TOTAL | 12.3 | | | |

1

**Berg v. County of Los Angeles**
**John Washington's Time Entries Related to Contempt Motion**

| Date | Task | Duration (in Hours) | Client |
|---|---|---|---|
| 7/14/2025 | Emails re: Contempt and appropriate remedies | .2 | Berg |
| 7/17/2025 | Emails re: Contempt and meet and confer with OPC | .2 | Berg |
| 7/18/2025 | Team Zoom Call re: filing a contempt motion | .4 | Berg |
| 7/26/2025 | Reviewing/Sending emails to Michael Seplow and Team re: Special Master component | .1 | Berg |
| 7/31/2025 | Drafting Motion for OSC why Contempt should not Issue | .6 | Berg |
| 9/15/2025 | Reviewing County's Opposition to Contempt | .3 | Berg |
| 9/15/2025 | Drafting memo re: approach for reply ISO contempt to Michael Seplow | .3 | Berg |
| 9/15/2025 | TC w MDS and AM re: Contempt Reply | .5 | Berg |
| 9/16/2025 | Researching/Drafting Sanctions Reply | 3.1 | Berg |
| 9/17/2025 | Researching caselaw re: responding to a "riot" defense in Defendants' contempt opposition | 1.8 | Berg |
| 9/17/2025 | Emailing re: Defendants' "riot" defense to contempt | .1 | Berg |
| 9/17/2025 | Drafting contempt motion reply | .4 | Berg |
| 9/17/2025 | Drafting contempt motion reply | 1.3 | Berg |
| 9/17/2025 | Drafting contempt motion reply | 0.4 | Berg |

**Berg v. County of Los Angeles**
**John Washington's Time Entries Related to Contempt Motion**

| | | | |
|---|---|---|---|
| 9/17/2025 | Drafting contempt motion reply | 0.4 | Berg |
| 9/17/2025 | Drafting contempt motion reply | 1 | Berg |
| 9/17/2025 | Drafting contempt motion reply | 3.6 | Berg |
| 9/17/2025 | Drafting contempt motion reply | 4.1 | Berg |
| 9/18/2025 | Reviewing Contempt Reply | 1.2 | Berg |
| 10/2/2025 | Team Zoom re: Preparation for Contempt Hearing | 0.5 | Berg |
| | | | |
| | Total: | 19.8 | |

Rebecca Brown Berg Contempt Motion Time entries

| CLIENT | ENTERED | TASK | DURATION | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| Krizia Berg | 2025-06-12 | Research | 0.50 | 312.50 | Research re. LASD uses of force at recent protests |
| Krizia Berg | 2025-06-12 | Meeting | 0.50 | 312.50 | Meeting w co-counsel re. recent protests |
| Krizia Berg | 2025-06-16 | Research | 0.30 | 187.50 | Research re. LASD uses of force at recent protests |
| Krizia Berg | 2025-06-17 | Meeting | 3.00 | 1,875.00 | Calls w class reps re. recent protests |
| Krizia Berg | 2025-06-18 | Meeting | 1.10 | 687.50 | Meetings w class reps re. recent protests |
| Krizia Berg | 2025-06-23 | Research | 2.80 | 1,750.00 | Outreach and research re. LASD uses of force at recent protests |
| Krizia Berg | 2025-06-27 | E-mail | 0.70 | 437.50 | Outreach re. recent LASD uses of force |
| Krizia Berg | 2025-07-01 | Review | 0.30 | 187.50 | Review footage of LASD uses for force at recent protests for contempt motion |
| Krizia Berg | 2025-07-05 | Research | 2.00 | 1,250.00 | Research re. LASD uses of force at 2025 protests |
| Krizia Berg | 2025-07-11 | Meeting | 0.60 | 375.00 | Meeting w co-counsel re. amended complaint & contempt motion |
| Krizia Berg | 2025-07-11 | Research | 0.50 | 312.50 | Research re. recent LASD uses of force for contempt motion |
| Krizia Berg | 2025-07-14 | Draft | 3.50 | 2,187.50 | Draft Kearns, Militante, and Camacho decs |
| Krizia Berg | 2025-07-15 | Edit/ Revise | 0.20 | 125.00 | Revise Kearns dec |
| Krizia Berg | 2025-07-17 | Draft | 0.90 | 562.50 | Draft Serena Militante dec for motion for contempt |
| Krizia Berg | 2025-07-17 | Draft | 0.90 | 562.50 | Draft Camacho dec for motion for contempt |
| Krizia Berg | 2025-07-18 | Meeting | 1.10 | 687.50 | Meeting w Militante re. dec, revise dec for motion for contempt |
| Krizia Berg | 2025-07-18 | Edit/ Revise | 0.30 | 187.50 | Revise Kearns dec for motion for contempt |
| Krizia Berg | 2025-07-18 | Meeting | 0.40 | 250.00 | Meeting w co-counsel re. motion for contempt |
| Krizia Berg | 2025-07-23 | Meeting | 0.30 | 187.50 | Meeting w co-counsel re. motion for contempt |
| Krizia Berg | 2025-07-31 | Meeting | 0.30 | 187.50 | Meeting w co-counsel re. motion for contempt |
| Krizia Berg | 2025-08-04 | E-mail | 0.40 | 250.00 | Outreach to witnesses of LASD UOFs at 6/25 protests |
| Krizia Berg | 2025-08-04 | Meeting | 0.50 | 312.50 | Meeting w co-counsel re. motion for contempt |
| Krizia Berg | 2025-08-04 | Draft | 0.60 | 375.00 | Draft Taheri dec for contempt motion |
| Krizia Berg | 2025-08-04 | Draft | 0.60 | 375.00 | Review footage for contempt motion |
| Krizia Berg | 2025-08-05 | Meeting | 0.70 | 437.50 | Meeting w witness to LASD UOF |
| Krizia Berg | 2025-08-05 | Review | 0.30 | 187.50 | Review footage from witness |
| Krizia Berg | 2025-08-06 | E-mail | 0.30 | 187.50 | E-mail co-counsel re. exhibits for contempt motion |
| Krizia Berg | 2025-08-14 | E-mail | 1.00 | 625.00 | E-mail clients re. motion for contempt |
| Krizia Berg | 2025-08-15 | E-mail | 0.20 | 125.00 | E-mail clients re. motion for contempt |
| Krizia Berg | 2025-08-20 | E-mail | 0.20 | 125.00 | E-mail Militante re. contempt motion |
| Krizia Berg | 2025-09-16 | E-mail | 0.20 | 125.00 | E-mail w P Militante re. contempt motion |
| Krizia Berg | 2025-09-16 | Draft | 0.50 | 312.50 | Draft reply portion re. declaration disputes |
| Krizia Berg | 2025-09-17 | Draft | 2.50 | 1,562.50 | Draft portion of contempt reply re. declaration disputes |
| Krizia Berg | 2025-09-18 | Draft | 0.60 | 375.00 | Draft paragraph re. flashbangs for contempt reply |
| Krizia Berg | 2025-10-02 | Meeting | 0.50 | 312.50 | Prep meeting re. contempt hearing |
| Krizia Berg | 2025-10-03 | Travel | 1.00 | 625.00 | Travel to/from court for hearing on contempt motion |
| Krizia Berg | 2025-10-03 | Hearing | 1.80 | 1,125.00 | Hearing on motion for contempt |
| | | | **32.10** | **20,062.50** | |

**Berg v. County of Los Angeles**

**Carlos Gallegos's Time Entries Related to Contempt Motion**

| Date | Description | Time |
|---|---|---|
| 8/5/2025 | txts, tcs, ems w MDS re mtn and related docs | 0.5 |
| | prep and review docs/videos re related docs to mtn | 1.2 |
| 8/6/2025 | Finalized and filed  mtn for contempt and related documents, including tcs texts and ems MDS and review of video; Upload Videos to DB and email defense | 10.5 |
| 8/7/2025 | ems with attorney service re lodging of video | 0.3 |
| 9/18/2025 | edit reply and prep related documents, ems and txts w cc | 3.3 |
| 9/19/2025 | rev/finalized/filed reply and related documents and ems and txts w MDS re same;  ems w AM re same | 5.5 |
| 9/30/2025 | help MDS prep for contempt mtn hearing | 0.3 |

| Total Hours | 21.6 |
|---|---|

# EXHIBIT 2



## FIRM RESUME

**Schonbrun Seplow Harris Hoffman & Zeldes, LLP** is a California based law firm with offices in Culver City, Pasadena, Hermosa Beach and San Diego.  Since its founding in 1990, SSHHZ has been dedicated to representing clients throughout California and the nation in complex consumer, employment, civil rights and human rights class action litigation, and individual police abuse and employment litigation.

**Class Action Practice**.  Our firm is committed to excellence and integrity. SSHHZ has a long history of litigating cutting-edge consumer, employment, insurance, antitrust, human rights and civil rights class action cases of national importance and has successfully advocated for consumers and individuals against some of the largest corporations in the United States. Partners at the firm have successfully pursued class actions against corporations for a wide range of unlawful practices, including, but not limited to:  false and deceptive advertising, product defect, privacy violations, mortgage lending fraud, banking fraud, insurance and senior annuities fraud, discriminatory underwriting, antitrust, wage/hour violations, employment discrimination based on race, religion, age, and disability, civil rights, police abuse and constitutional law matters. Whether we are vindicating the rights of defrauded consumers, representing employees who were wrongfully terminated, or individuals whose civil and constitutional rights have been violated, we are thorough, meticulous, and above all passionate about our work.

## RECENT NOTABLE CONSUMER CLASS CASES

► *Takahashi-Mendoza v. Cooperative Regions of Organic Producer Pools*, Case No. 4:22-cv-05086-JST (N.D. Cal.). SSHHZ represents a putative California class of purchasers of organic milk in a consumer class action alleging **Cooperative Regions of Organic Producer Pools** falsely states on its dairy products that they are made from cows treated in a humane manner when the treatment actually involves premature separation of calves from their mothers and calves held in isolation.

► *In re Toll Roads Litigation*, Case No. 8:16-cv-00262-ODW (ADSx) (C.D. Cal). SSHHZ was appointed Co-Lead Counsel representing a certified class of fifteen-million California drivers who brought claims against the Transportation Corridor Agencies, Orange County Transportation Authority and a handful of private defendants who plaintiffs alleged were improperly and unfairly operating the toll roads in Southern California, violating their privacy rights and collecting unfair fines and penalties from them. Settlements of $216.95M ($41.95M cash, $175M in penalty forgiveness) were granted final approval 2/11/22.

► *Quintero v. SANDAG*, Case No. 37-2019-00017834-CU-NP-CTL (San Diego Super. Ct.). SSHHZ represents a class of California drivers in a case against **SANDAG** alleging that

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

it violates drivers' privacy rights by sharing their personal information with third parties. Settlement of $10.5M granted final approval 4/22/22.

► *Walker v. Nestle USA, Inc.*, Case No. 3:19-cv-723-L-DEB (S.D. Cal.). SSHHZ represents a putative nationwide class of purchasers of chocolate and cocoa products in a false labeling class action alleging **Nestle USA, Inc.** falsely states on its labels that its products are sustainably sourced and support farmers, when it actually sources its cocoa from farms that use child and slave labor and cause environmental destruction.

► *Myers v. Starbucks et al.*, Case No. 5:20-cv-00335-JWH-SHK (C.D. Cal.). SSHHZ represented a putative nationwide class of purchasers of cocoa products in a false labeling class action alleging **Starbucks Corporation** falsely states on its products that they are ethically sourced, when the cocoa is actually sourced from farms that use child and slave labor and cause environmental destruction.

► *Hiradate v. Ralphs Grocery Company, et al.*, Case No. 2:22-cv-03593-SSS-PD (C.D. Cal.). SSHHZ represented a putative nationwide class of purchasers of gift cards in a consumer class action alleging **Ralphs Grocery Company** and **The Kroger Company** fail to take adequate measures to prevent tampering of gift cards prior to sale at their stores, which results in consumer deception as the gift card purchasers are not able to access the monetary value they paid for the gift card after purchase.

► *Cohen v. Mylife, Inc.*, Case No. 37-2018-00060911-CU-BT-CTL (San Diego Super. Ct.). SSHHZ represents a plaintiff in an action against **Mylife, Inc.** alleging that it falsely posts information on its website stating people may have criminal records, seeking public injunctive relief on behalf of virtually all United States citizens.

► *Treppa v. American Honda*, Case No. RG19039655 (Alameda Super. Ct.). SSHHZ represents a putative class of California consumers in an automobile defect case against **American Honda Motor Co.** alleging that certain models of its Acura vehicles have defective infotainment systems.

► Ms. Zeldes has been involved in numerous recent data breach cases, including cases brought against *Scripps Memorial Hospital. Equifax, Marriott* and *Facebook.*

► *Makaeff v. Trump University, LLC, et al.*, Case No. 3:10-CV-00940-GPC-WVG (S.D. Cal.), Ms. Zeldes and her firm originated and served as Co-Lead Counsel on behalf of a certified class of Trump University seminar purchasers against the now infamous **Trump University, LLC and Donald Trump** for violations of California, Florida, and New York consumer protection statutes and California and Florida elder abuse claims regarding its real estate investing seminars, which resulted in a $25 million settlement for the plaintiffs. *Makaeff v. Trump University, LLC, et al.*, Case No. 3:10-CV-00940-GPC-WVG (S.D. Cal.), as well as Co-Lead Counsel on behalf of a putative nationwide class of Trump University students alleging violations of the Racketeer Influenced and Corrupt Organizations Act

2

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

("RICO") by **Donald Trump**, *Cohen v. Donald J. Trump*, Case No. 3:13-CV-02519-GPC-WVG (S.D. Cal.).

► ***In Re Sony VAIO Computer Notebook Trackpad Litigation***, Case No. 3:09-CV-02109-BAS-MDD (S.D. Cal.). Ms. Zeldes served as Co-Lead Counsel for a multi-state class action against **Sony Electronics, Inc.** alleging fundamental flaws in the design and/or manufacturing process in certain VAIO Touchpad Notebooks. A settlement was approved.

► ***In Re Magsafe Apple Power Adapter Litigation***, Case No. 5:09-CV-01911-EJD (N.D. Cal). Ms. Zeldes served as Co-Lead Counsel for a nationwide consumer class action against **Apple, Inc.** representing a class of laptop owners for product defect claims that Apple's power adapter is defectively designed. A nationwide settlement was approved wherein eligible class members received relief for the defective adapters.

► ***Gordon v. Apple Computer, Inc.***, Case No. 5:06-CV-05358-JW. Ms. Zeldes served as Co-Lead Counsel for a nationwide class of over two million purchasers of an alleged defective power adapter in a consumer product defect class action against **Apple, Inc**. A nationwide settlement was approved (in which Helen Zeldes was appointed Co-Lead Counsel for the settlement class), wherein eligible class members received $25-$79 each.

## RECENT NOTABLE EMPLOYMENT CLASS ACTIONS

Schonbrun Seplow Harris Hoffman & Zeldes, LLP also represents employees in class actions involving violations of wage and hour laws.  This is just a sampling of SSHHZ's employment class actions:

► ***Keich et al. v. U.S. Healthworks, Inc.*** Case No. 37-2017-00015343-CU-OE-CTL (San Diego Super. Ct.). SSHHZ has been appointed class counsel representing plaintiffs in a wage and hour class action against their employer for failure to pay overtime and meal and rest break premiums.  $9 M class settlement approved 10/25/23.

► ***Guzman v. Allan Company***, Case No. 37-2019-00011626 (San Diego Super. Ct.) SSHHZ is co-lead counsel representing plaintiffs and a certified class in a wage and hour class action against their employer for failure to pay a living wage under the San Diego Living Wage Ordinance, and failure to pay overtime, among other claims.

► ***Sabato et al. v. AMG Demolition & Environmental Service***, Case No. 37-2018-00002502-CU-OE-CTL (San Diego Super. Ct.). SSHHZ represented plaintiffs in a wage and hour class action against their employer for failure to pay for all time worked, overtime, and meal and rest break premiums.  Settled.

► ***Aspeytia et al. v. M.A. Mortenson Company***, Case No. 37-2019-00013863-CU-OE-CTL (San Diego Super. Ct.).  SSHHZ represented plaintiffs in a wage and hour class action against their former employer for failure to provide sick leave.  Settled.

3

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

► ***Boyd v Bank of America***:  class action on behalf of real estate appraisers who were mis-classified as non-exempt and were not paid overtime due to them. After certification and prevailing on summary judgment, two settlements were reached, totaling almost $42 million.  Case No. SA CV 13-0561-DOC (JPRx)(CD Cal).

► ***CVS Cases***:  class action on behalf of CVS pharmacists related to allegations that pharmacists worked more than six consecutive days without overtime.  Settled for $12,750,000. *Connell v. CVS Pharmacy, Inc.*, L.A.S.C. Case No. BC523172; *Paksy v. CVS Pharmacy, Inc.*, L.A.S.C. Case No. BC523491; and *Bystrom v. CVS Pharmacy, Inc.*, L.A.S.C. Case No. BC525991.

► ***Valerie Alberts v Aurora Behavioral Health Care***: certified wage hour class action on behalf of nurses, mental health workers, and psychiatric specialists.  Los Angeles County Superior Court, Case NO. BC419340.

► ***Waters v AT&T Services, Inc.***: Served as lead co-counsel in class action wage and hour case alleging that IT workers were mis-classified.  Case settled for $17,000,000, with class members each receiving an average of approximately $20,000 in proceeds.

## ATTORNEY PROFILES

### MICHAEL D. SEPLOW, PARTNER

Michael Seplow is a founding member of the firm.  Mr. Seplow's main areas of practice are Civil Rights, Police Misconduct, and Class Actions.

Mr. Seplow is licensed to practice law in the state of California, and is admitted to the U.S. District Court Central District of California, U.S. District Court Northern District of California, U.S. District Court Eastern District of California, U.S. District Court Southern District of California and U.S. Court of Appeals 9th Circuit.

Mr. Seplow has been recognized as a "Super Lawyer" for the past 15 years. He was named as a California Lawyer of the Year ("CLAY") award recipient in 2020 for his work on the California Supreme Court case *B.B. v County of Los Angeles*, 10 Cal.5th 1 (2020).

Mr. Seplow is a member of the Los Angeles County Bar Association and the National Police Accountability Project ("NPAP")

**Education:**  A.B., Duke University, magna cum laude, 1985; J.D. University of California at Los Angeles School of Law, 1990.

**Teaching:** Mr. Seplow has taught at UCI School of Law's Appellate Litigation Clinic since 2021 where he supervises law students representing clients in pro bono appeals before the U.S. Court of Appeals for the Ninth Circuit.  He previously taught civil rights clinics at UCI School of Law.

4

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

**Publications:**  *Punishing Pundits: People v. Dyleski and the Gag Order as Prior Restraint in High-Profile Cases* LOYOLA OF LOS ANGELES LAW REVIEW 2007[Vol. 39:1195] (co-authored with Paul Hoffman)

## WILLIAM J. HARRIS, PARTNER

Mr. Harris is a founding member of the firm.  Mr. Harris' practice focuses on the representation of employees in both class action and individual disputes with employers, and individuals in civil rights cases.  In November 1999, Mr. Harris opened the South Pasadena office of the firm where he remains the resident partner.  Prior to joining the firm, Mr. Harris worked as Law Clerk to the Honorable David W. Williams, United States District Court for the Central District of California.  In January 1994, Mr. Harris joined the Law Offices of Johnnie L. Cochran, Jr. where he began representing clients in civil rights cases, including Reginald Denny.

Mr. Harris has been appointed class counsel in several class actions many of which have resulted in very substantial settlements:  *Boyd v. Bank of America*, No. CV13-00561 DOC (JPRx) (C.D. Cal.) ($41.8 million), *Petzold v. Metrocities Mortgage LLC et al*, BC 365594 (Los Angeles Sup. Ct.) ($2.35 million); *Manukyan v. Regis Corporation*, No. CV09-04807 MMM (FFMx) (C.D. Cal.), related to *Bonilla v. Regis Corp.*, 30-2009-00329724 (Orange Cty. Sup. Ct.) ($4.1 million).

In addition to litigating, Mr. Harris is a frequent speaker on employment law at seminars for the Los Angeles County Bar Association ("LACBA"), the State Bar Labor & Employment Section, the American Bar Association, and the California Employment Lawyers Association ("CELA").  In February 2003, Mr. Harris was one of the speakers at the LACBA Nuts and Bolts Seminars

In 2005, Mr. Harris was selected to sit on the California State Bar Labor & Employment Executive Committee. After joining the Labor & Employment Executive Committee, he regularly spoke at their Annual Conferences.  Mr. Harris served as Chair of the California State Bar Labor and Employment Section from 2010 to 2011.  In his capacity as Chair, Mr. Harris co-chaired the Section's inaugural Wage and Hour Conference in August 2011.

Mr. Harris is an active member of various professional organizations, including the California Employment Lawyers Association (CELA).  Mr. Harris served on the Board of Directors of the California Employment Lawyers Association from 2007-2014.  Mr. Harris is also a member of the National Employment Lawyers Association (NELA), the Consumer Attorneys Association of Los Angeles (CAALA), the Los Angeles County Bar Association and its Labor & Employment Section and the John M. Langston Bar Association.  He has been selected as a "Southern California Super Lawyer" by Los Angeles Magazine for several years.

Mr. Harris is licensed to practice law in the state of California.

**Education:**  A.B., Stanford University, 1986; J.D., University of Los Angeles School of Law, 1990.

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

**Honors/Awards/Publications:** "Southern California Super Lawyer", Los Angeles Magazine for Several Years. Mr. Harris was also nominated by the Consumer Attorney Association of Los Angeles as Trial Lawyer of the Year for 2017 as a result.

## PAUL L. HOFFMAN, PARTNER

Mr. Hoffman has been a partner at the firm since 1999.  Mr. Hoffman's areas of practice are Civil Rights and Human Rights Litigation, Class Actions, Constitutional, Copyright, Discrimination, First Amendment, General Business Litigation, Privacy Litigation, and Trademark Litigation.

Mr. Hoffman's practice has focused in the areas of constitutional and civil rights litigation, including First Amendment rights, criminal law and procedure, race, sex and disability discrimination, voting rights, police misconduct, freedom of information and privacy cases and general business litigation. Mr. Hoffman also specializes in civil and criminal appeals having argued more times than we can count before the United States Supreme Court, the Ninth Circuit, the California Supreme Court and many other courts of appeal.

In recent years, Mr. Hoffman has been approved as class counsel in several significant First Amendment cases. These include Multi-Ethnic Immigrant Worker Organizing Network ("MIWON") v. City of Los Angeles, 246 F.R.D. 621 (C.D. Cal. 2007)(May Day 2007 incident); Aichele v. City of Los Angeles, 314 F.R.D. 478 (C.D. Cal. 2013) (incident involving Occupy LA protests May 2011); and Chua v. City of Los Angeles, Case No. 2:16-cv-00237-JAK-GJS (C.D. Cal.)(Ferguson protests 2015).

Mr. Hoffman also teaches human rights, civil rights, constitutional law and human rights clinics at UC Irvine, UC Berkeley, Harvard, Oxford University/George Washington School of Law Human Rights School, Stanford Law School, UCLA School of Law, USC Law School Loyola Law School, Southwestern University School of Law, and was a Visiting Fellow and Tutor, Kellogg College, Oxford University.  In all, Mr. Hoffman has taught more than 50 separate courses, including First Amendment, Civil Rights Litigation, Constitutional Law Seminars on Equality and Privacy, International Human Rights, International Criminal Justice, Police Abuse Litigation, Defamation and AIDS and the Law.

Mr. Hoffman is licensed to practice law in the state of California.

**Education:**  B.A., The City College of the City University of New York, 1972; M.S., The London School of Economics and Political Science, 1973, Major: Economics; J.D., New York University School of Law, 1976.

**Selected Publications:**

**Books**

Steinhardt, Hoffman and Camponovo, Human Rights Lawyering: Cases and Materials (West Publishing) (2009)

6

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Stephens, Ratner, Chomsky, Green and Hoffman, International Human Rights Litigation in U.S. Courts (2d ed Martinus Nijhoff 2007).

Coliver, Hoffman, Fitzpatrick & Bowen, (Editors), "Security and Liberty: National Security, Freedom of Expression and Access to Information," (Martinus Nijhoff 1999) ("Secrecy and Liberty")


**Articles**

Qualified Immunity: The Shrinking of Constitutional Rights, Consumer Attorneys of California, Forum p. 26 (March, April 2018)

Kiobel v. Royal Dutch Petroleum Co.: First Impressions, 52 Col. J. Trans. L. 28 (2013)

The Alien Tort Statute: An Introduction for Civil Rights Lawyers, 2 L.A. Pub. Int. L. J. 129 (2010) (with Adrienne Quarry)

Celebrity Prosecutions: Punishing Pundits: *People v Dyleski* and the Gag Order As Prior Restraint in High-Profile Cases, 39 Loy. L.A. L. Rev 1197 (2006) (with Michael Seplow)

Wartime Security and Constitutional Liberty: Justice Jackson, Nuremberg and Human Rights Litigation, 68 Alb. L. Rev. 1145 (2005)

Holding Human Rights Violators Accountable By Using International Law in U.S. Courts: Advocacy Efforts and Complementary Strategies, 19 Emory L. Rev. 169 (2005)(with Sandra Coliver and Jennifer Green)

The Rules of the Road: Federal Common Law and Aiding and Abetting Under the Alien Tort Claims Act, 26 Loy. L.A. Int'l & Comp L. Rev. 47 (2003)(with Daniel Zaheer)

Pursuing Crimes against Humanity in the United States: The Need for a Comprehensive Liability Regime, in Justice for Crimes Against Humanity, Eds M. Lattimer and P. Sands(Hart Publishing 2003)(with William Aceves)

Using Immigration Law to Protect Human Rights: A Critique of Recent Legislative Proposals, 23 Mich. J. Int'l L. 733 (2002)(with William Aceves)

*International Human Rights Law and Police Reform, in Zero Tolerance: Quality of Life and the New Police Brutality in New York City* (NYU Press 2001*)* Eds. A. McArdle and T. Erzen

Using Immigration Law to Protect Human Rights: A Legislative Proposal,20 Mich. J. of Int'l L. 657 (1999)(with William Aceves)

Safeguarding Liberty: National Security, Freedom of Expression and Access to Information: United States of America, (with Kate Martin) in <u>Secrecy and Liberty.</u>

The Gag Order in the O.J. Simpson Civil Action:  Lessons to be Learned?,17 Loyola Ent. L.J. 333 (1997)

7

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

The 'Blank Stare Phenomenon':  Proving Customary International Law in U.S. Courts, 25 Ga. J. Int'l and Comp. Law 181 (1996)

Enforcing International Human Rights Law in the United States, in Human Rights: An Agenda for the Next Century, American Society of International Law (1994) (with Nadine Strossen)

Double Jeopardy Wars: The Case for a Civil Rights 'Exception,' 41 UCLA L. Rev. 649 (1994)

The Feds, Lies and Videotape: The Need for an Effective Federal Role in Controlling Police Abuse in Urban America, 66 So. Cal. L. Rev. 1453 (1993)

The Elimination of Torture:  International and Domestic Developments, 9 International Lawyer 1351 (Fall 1985) (with Linda Brackins)

Public Interest Lawyers:  Three Success Stories, Los Angeles Lawyer (December 1984) (subject of the article)

Book Review, Hannum, "Guide to International Human Rights Practice," and Meron, "Human Rights in International Law:  Legal and Policy Issues," 18 International Lawyer 741 (Summer 1984)

The Police Spying Settlement:  New Safeguards for Political Expression, Los Angeles Lawyer (May 1984) (with Robert Newman)

The Application of International Human Rights Law in State Courts:  A View from California, 18 The International Lawyer 59 (Winter 1984) (Symposium)

*Trade Union Rights Under Article 11 of the European Convention of Human Rights, 5 Comparative Labor Law 149 (1982)*

Assignment to Trial Department; Motions; Procedure in Chambers, in California Civil Procedure During Trial (C.E.B. 1982) (with Dale L. Gronemeier)

Environmental Law/The Clean Air Act Amendments, 1974/75 Annual Survey of American

Law 641

The Right of Self-Determination in Very Small Places, 8 N.Y.U. Journal of International Law and Politics 331 (1976) (with Professor Thomas M. Franck)

Author of dozens of articles for a variety of publications, including the newsletters and magazines of various organizations, on civil liberties, civil rights and international human rights issues. See, e.g., *"The United Nations and the Death Penalty," in The Universal Declaration of Human Rights 1948-1988:  Human Rights, The United Nations and Amnesty International*, at 89-99 (Published by AIUSA in Fall 1988)(with Zazi Pope); "The Use of International Law in ACLU Cases" (paper presented at ACLU Biennial Conference, Madison, Wisconsin, June 1989, updated in 1991 for the ACLU Biennial Conference in Burlington, Vermont).

8

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Numerous op-ed pieces on civil liberties and international human rights topics in the Los Angeles Times, the Daily News, the Los Angeles Daily Journal, Newsday and the Herald Examiner.

Frequent speaker on civil and international human rights issues at dozens of CLE programs, law school talks, symposia, Bar Association meetings, and other public events. *See, e.g.*, XII N.Y.L. Sch. J. Hum.Rts. 599 (1995)(re human rights trials in Ethiopia).

**Honors and Awards**

- Alexander Prize ("for using your legal expertise to help alleviate injustice and inequity"), University of Santa Clara Law School, 2017
- Cox Price Human Rights Award, University of Denver Law School, 2009
- Judith Lee Stronach Human Rights Award, Center for Justice and Accountability, 2007
- Co-Civil Rights Attorney of the Year, California State Bar, 2006
- Selected Super Lawyer from 2004 - 2019
- Selected Super Lawyer from 2004 - 2019
- Firm ranking highest tier nationally for Appellate Practice by U.S. News & Reports, available at https://bit.ly/2v6Nx9B
- Los Angeles Business Journal Top Trial Lawyer, 1999
- 100 Most Influential Lawyers of California, 1998
- Clarence Darrow Award for outstanding First Amendment advocacy for work on the policy spying cases, 1984
- Staff Member, Annual Survey of American Law, 1974 - 1975
- Research Associate, International Law Program, Carnegie Endowment for International Peace, 1975 - 1976
- Law Clerk, Manhattan Legal Services (N.Y.U. Public Interest Clinic), 1974 - 1975
- RFK Fellow, Office of Congressman Jonathan Bingham, Washington, D.C., 1974
- In 1984, Mr. Hoffman received the Clarence Darrow Award for outstanding First Amendment advocacy for my work in the police spying cases.
- In October 1998, Mr. Hoffman was named one of the 100 most influential attorneys in California by the Daily Journal and in February 1999 one of the top trial lawyers in Los Angeles County by the Los Angeles Business Journal.

**Professional Associations and Memberships**

- California Academy of Appellate Lawyers, Member, Elected May 2000
- International Human Rights Committee, ABA Section on International Law and Practice, Co-Chair, 1999-2000
- Los Angeles Copyright Society, Member, 1997 - Present
- Ninth Circuit Judicial Conference, Lawyer Representative, 1989 - 1992
- The State Bar of California, Member, Committee on Private Bar Involvement in Pro Bono Work, 1988 - 1991
- ABA Section on Individual Rights and Responsibilities, Program Coordinator, International Human Rights Committee, 1984 - 1988
- The State Bar of California, Committee on Human Rights, 1983 - 1986

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

- Los Angeles County Bar Association, Individual Rights and Responsibilities Law Section, Executive Committee, 1985 - 1987
- Los Angeles County Bar Association, International Law Section, Executive Committee, 1982 - 1986
- Los Angeles County Bar Association, Arbitrator (Legal Fee Disputes), 1980 - 1983
- American Arbitration Association, Arbitrator, Commercial Panel, 1981 - 1985
- Los Angeles County Bar Association, Vice-Chair, Arbitration Committee, 1982 - 1983
- Los Angeles Municipal Court, Judge Pro Tem, 1983 - 1984
- Amnesty International, Member
- Amnesty International - USA, Chair of the Board
- International League for Human Rights, Member of Board
- Center For Human Rights and Constitutional Law, Member of Board
- International Human Rights Law Group, Member, Domestic Advisory Committee

## HELEN I. ZELDES, PARTNER

Ms. Zeldes' practice focuses on complex class action litigation. Ms. Zeldes has extensive experience litigating consumer class actions with an emphasis on consumer fraud and misrepresentation, privacy, actions brought by policyholders against life, auto and other insurers for deceptive sales practices, mortgage lending and banking fraud, product defect claims, wage/hour violations, discrimination, and human rights, civil rights, and antitrust violations.

Ms. Zeldes currently serves or served as Lead or Co-Lead Counsel in numerous consumer and employment class actions in federal and state courts throughout the state, including but not limited to the following cases: ***Takahashi-Mendoza v. Cooperative Regions of Organic Producer Pools***, Case No. 4:22-cv-05086-JST (N.D. Cal.)(deceptive labeling/humane treatment class action); ***Guzman et al. v. Allan Company, Inc. et al.*** (San Diego Superior) (employment class action)*; **Keich et al. v. US Healthworks et al.**, 37-2017-00015343-CU-OE-CTL (San Diego Superior)(employment class action)(settled); ***Aspeytia et al. v. M.A. Mortenson Company***, 37-2019-00013863-CU-OE-CTL (San Diego Superior) (employment class action)**(settled); *In re Axos Bank Litigation***, 23-cv-2266-RSH-BJC (S.D. Cal.) (false advertising banking class action); ***Blosser v. P.K. Kinder Co., Inc.***, 24-cv-06054-YGR (N.D. Cal.) (false labeling class action); ); ***Walker v. Nestle USA Inc.***, 3:19-cv-723-L-DEB (S.D. Cal.)(false labeling class action); ***Quintero v.*** SANDAG, 37-2019-00017834-CU-NP-CTL (San Diego Superior) (privacy class action)(settled); ***Cohen v. Mylife, Inc.***, 37-2018-00060911-CU-BT-CTL (San Diego Superior) (privacy class action; ***Myers v. Starbucks et al.***, 5:20-cv-00335-JWH-SHK (C.D. Cal.)(false labeling class action)(resolved); ***Hiradate v. Ralphs Grocery Company, et al.***, Case No. 2:22-cv-03593-SSS-PD (C.D. Cal.). (gift card fraud putative class action)(settled); ***Treppa v. American Honda***, RG19039655 (Alameda Superior) (auto defect class action).These are just a sampling of the more recent cases she has played a lead role in.

Ms. Zeldes recently settled **In re Toll Roads Litigation**, representing a certified class of fifteen-million California drivers who brought claims against the Transportation Corridor Agencies, Orange County Transportation Authority and a handful of private defendants who plaintiffs alleged were improperly and unfairly operating the toll roads in Southern California, violating

10

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

their privacy rights and collecting unfair fines and penalties from them. *In re Toll Roads Litigation*, Case No. 8:16-cv-00262-ODW (ADSx) (C.D. Cal)(settled for $217M).

Ms. Zeldes and her firm originated and served as Co-Lead Counsel on behalf of the notable certified class of **Trump University** seminar purchasers against Trump University, LLC and Donald Trump for violations of California, Florida, and New York consumer protection statutes and California and Florida elder abuse claims regarding its real estate investing seminars, which resulted in a $25 million settlement for the plaintiffs. *Makaeff v. Trump University, LLC, et al.*, Case No. 3:10-CV-00940-GPC-WVG (S.D. Cal.), as well as Co-Lead Counsel on behalf of a putative nationwide class of Trump University students alleging violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") by Donald Trump, *Cohen v. Donald J. Trump*, Case No. 3:13-CV-02519-GPC-WVG (S.D. Cal.).

Ms. Zeldes also represented a putative class of consumers in a product defect and consumer class action against **Sony Electronics, Inc.** alleging that fundamental flaws in the design and/or manufacturing process in the VAIO Touchpad Notebooks rendered it almost impossible to use because the touchpad is prone to cause the onscreen cursor to track in reverse, freeze; and/or engage in erratic behavior. *In Re Sony VAIO Computer Notebook Trackpad Litigation*, Case No. 3:09-CV-02109-BAS-MDD (S.D. Cal.). A multi-million dollar settlement was approved.

Ms. Zeldes served as Co-Lead Counsel in a nationwide putative class action against **Apple, Inc.** representing a class of approximately ten million consumers alleging product defect and consumer claims that Apple's power adapter is defectively designed. *In Re Magsafe Apple Power Adapter Litigation*, Case No. 5:09-CV-01911-EJD (N.D. Cal). Ms. Zeldes also litigated a similar nationwide consumer product defect class action against **Apple, Inc**. on behalf of a class of over two million purchasers of a prior version of an alleged defective power adapter. *Gordon v. Apple Computer, Inc.,* Case No. 5:06-CV-05358-JW (N.D. Cal). A multi-million dollar settlement was approved.

Ms. Zeldes worked for many years at the nation's largest plaintiff's class action firm, **Robbins Geller Rudman & Dowd** (formerly "**Lerach Coughlin**" and "**Milberg Weiss**") in its consumer and insurance fraud class action practice group. There, Ms. Zeldes was instrumental in litigating a series of nationwide senior annuities fraud class actions in which her former firm was appointed Co-Lead Counsel.[1] Other nationwide class actions Ms. Zeldes litigated at her former firm include: a wage/hour overtime action against Cintas, one of the nation's largest commercial laundries for violations of the Fair Labor Standards Act for misclassifying truck drivers as

---

[1] *Buhs v. American International Group, et al.*, No. CGC 04-435919 (S.F. Super. Ct. Oct. 24, 2004); *Bacon v. American International Group, et al.*, No. 3:2005-CV-04979 MMC (N.D. Cal. Dec. 2, 2005) (originally filed July 15, 2005 in San Francisco Super. Ct., No. CGC 05-443149); *Kaiser v. Midland National Life Insurance Co.*, No. 3:2005-00972-HLA-TEM (M.D. Fla. Sept. 20, 2005); *Healey v. Allianz Life Insurance Co. of North America*, No. 2:2005-CV-08908 (C.D. Cal. Dec. 22, 2005); *Anagnostis, et al. v. American Equity Investment Life Insurance Co., et al.*, No. 2:006-CV-00388 MMM (C.D. Cal. Jan. 20, 2006); *Edwards v. Amerus Group Co., et al.*, No. 8:2005-CV-01590 (M.D. Fla.); and *Petry, et al. v. National Western Life, et al.*, No. 3:2005-CV-2336 GPC-WVG (S.D. Cal.).

11

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

salesmen to avoid payment of overtime wages; race discrimination underwriting class actions against large insurance companies for their practice of intentionally charging African-Americans and other minorities more for life insurance than similarly situated Caucasians (cases that collectively recovered over $400 million for African-Americans and other minority class members as redress for the civil rights abuses they were subjected to); race discrimination underwriting class actions against insurance companies based upon the improper use of credit scoring or geographical redlining to charge minorities higher premiums against insurance giants like Allstate and State Farm; a statewide consumer class action over the propriety of a private contractor operating "red light camera" systems throughout California, *Red Light Photo Enforcement Cases*, JCCP No. 4305 (San Diego Super. Ct.), a case which Ms. Zeldes co-chaired at trial; a multi-state antitrust action entitled *In re Medical Waste Services Antitrust Litigation*, MDL No. 1546 (D. Utah), in which plaintiffs brought claims for defendants' alleged conspiracy to allocate customers and territories in the market for the collection, transportation and disposal of medical waste, as well as for unlawful monopolization. Ms. Zeldes was also involved in *Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives & Composites, Inc. (Carbon Fiber Antitrust Litigation)*, Case No. CV-99-7796 (C.D. Cal.), in which a class of purchasers alleged that the major producers of carbon fiber fixed the price of carbon fiber from 1993 to 1999. The case ultimately settled for $675 million.

Ms. Zeldes was named a San Diego Super Lawyer in 2017-2020, and 2022-24 and was nominated for the 2016 National Association of Women Business Owners' Woman Business Owner of The Year award and was a 2016 finalist in the San Diego Business Journal's Women Who Mean Business Awards.

Ms. Zeldes is licensed to practice law in the states of California and Hawaii and is admitted to practice before all the federal district courts in both states.

**Education:** B.A., University of California at Davis, 1988; J.D., University of Hawaii, William S. Richardson School of Law, Honolulu, Hawaii, 2000 (*cum laude*).

**Honors/Awards:** University of Hawaii Law Review, Outside Articles Editor, Editorial Board Recipient, Edward H. Nakamura Memorial Public Interest/Service Scholarship; CALI Award for Highest Grade in Domestic Ocean & Coastal Law.

## JOHN C. WASHINGTON, PARTNER

Mr. Washington is a partner at Schonbrun Seplow Harris Hoffman & Zeldes, LLP. Mr. Washington' practice is focused on International Human Rights and Civil Rights, including Class Action suits raising Consumer, Civil Rights and 42 U.S.C. § 1983 Claims. Mr. Washington joined the firm in August 2016.

Mr. Washington has worked on civil rights lawsuits which include those raising claims of unconstitutional conditions of confinement and violations of Title II of the ADA and the Rehabilitation Act, as well as other constitutional violations.

12

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Mr. Washington will co-teach a clinic at the University of California this fall and has co-taught lessons in civil rights litigation clinics there previously. Mr. Washington has provided training to counsel for counties throughout California concerning implementation of Title II of the ADA and Rehabilitation Act as part of the three-person panel.

Mr. Washington received his Juris Doctorate from New York University School of Law in 2016. During law school he interned at the Center for Constitutional Rights, assisting with cases involving international human rights violations and the right to free expression in the United States; with Human Rights Watch developing a preliminary report on the right to Primary School Education in East Africa; with the United Nations High Commissioner for Refugees' Regional West Africa Bureau, assisting countries in the region to develop approaches to migrant flows; and with Professor Philip Alston and the United Nations Commission of Inquiry on the Central African Republic.

Mr. Washington also worked as a research assistant concerning money-lending in India and its application to a U.S. court case involving trafficked laborers, and as an intern with International Rights Advocates on Alien Tort Statute cases involving corporate human rights abuses. Mr. Washington was also a Salzburg Cutler Fellow, for which he wrote a paper on the application of neutrality in the law of war to international refugee law; was a member of N.Y.U.'s team for the Jean-Pictet international law of war moot court competition; and was a Senior Executive Editor of the NYU Journal of International Law and Politics.

Prior to law school, Mr. Washington interned at the ACLU of Southern California; was a Peace Corps volunteer in Mali; and interned with the International Federation for Human Rights in France, assisting human rights defenders facing crackdowns by their governments. Mr. Washington received his B.A. in 2009 from the University of Florida, where he majored in English literature.

Mr. Washington is licensed to practice law in the state of California, and admitted to practice before U.S. Central District of California, the U.S. Southern District of California, and Ninth Circuit Court of Appeals.

**Education:** B.A., *summa cum laude*, University of Florida, Major: English Literature, 2009; J.D., New York University School of Law, 2016.

**Honors/Awards:** New York University School of Law: Salzburg Lloyd N. Cutler International Law Fellow; N.Y.U.'s team for the Jean-Pictet international law of war moot court competition; Law Journal: NYU Journal of International Law and Politics, Executive Editor. University of Florida: Phi Beta Kappa; Florida Academic Scholar, Art History Paper of the Year.

## AMY C. JOHNSGARD, PARTNER

Ms. Johnsgard is a partner at Schonbrun Seplow Harris Hoffman & Zeldes, LLP. Her practice focuses on consumer rights, environmental, employment, and personal injury matters. Over her 13+ year career she has prosecuted litigation to numerous trials. She was one of the team

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

of attorneys who filed the broadly publicized class action against Facebook, Inc. (now Meta) and other defendants for the data scandal arising from Cambridge Analytica's harvesting of users' personal data in 2015 which was used to influence the outcome of the 2016 election. ***In re: Facebook, Inc. Consumer Privacy User Profile Litigation***, Case No. 18-md-02843-VC (N.D. Cal.) She similarly spearheaded litigation against Nestlé USA, Inc. for sustainability misrepresentations on their labels for chocolate which is in fact sourced from child slave labor and which creates environmental devastation in the Ivory Coast. ***Walker v. Nestle USA, Inc.***, Case No. 3:19-cv-723-L-DEB (S.D. Cal.).

Ms. Johnsgard also currently represents putative and certified classes in federal and state courts in matters including ***Guzman et al. v. Allan Company, Inc. et al.*** (San Diego Superior) (employment class action); ***Kohler v. Whaleco, Inc***. (S.D. Cal.) (consumer class action); and ***Yayla v. Refinitiv US, LLC, et al***. (C.D. Cal.) (human rights class action).

Prior to joining Schonbrun Seplow Harris Hoffman & Zeldes, LLP, Ms. Johnsgard was a partner at Coast Law Group, LLP. where she had a diverse litigation practice representing clients in a wide variety of matters from personal injuries, insurance bad faith, employment, environmental, breach of contract, real property, torts such as defamation and harassment, and post-judgment enforcement. Most recently, she was lead trial counsel in a Clean Water Act litigation brought against a fireworks discharger in Alamitos Bay, ***Coastal Environmental Rights Foundation v. Naples Restaurant Group, LLP***, Case No. 2:21-cv-09172 (C.D. Cal.)

**Education:** B.A. in Studio Art, Pomona College, 1999; J.D., University of San Diego School of Law (*Magna Cum Laude*, Order of the Coif, Editor of the Journal of Climate and Energy Law).

**Honors/Awards:** Ms. Johnsgard was the recipient of the State Bar of California's Wiley M. Manuel Award for Pro Bono Legal Services in 2003.

**Publications:** Agents of Change: How Collaboration among Insurers and the Public Sector Can Manage Risk and Foster Climate-Neutral Behavior, *Harvard Law and Policy Review*, Winter 2012.

### ERWIN CHEMERINKSY, ATTORNEY OF COUNSEL

Mr. Chemerinksy serves as an "of counsel" attorney for Schonbrun Seplow Harris Hoffman & Zeldes, LLP.

Mr. Chemerinsky, Dean and Distinguished Professor of Law at the University of California, Berkeley and before that the University of California, Irvine School of Law. Mr. Chemerinsky is one of the nation's top experts in Constitutional Law, Federal Practice, Civil Rights and Civil Liberties, and Appellate Litigation. He is the author of seven books, the latest being The Conservative Assault on the Constitution (Simon & Schuster, 2010). His casebook, Constitutional Law, is one of the most widely read law textbooks in the country. Chemerinsky has also written nearly 200 law review articles in journals such as the Harvard Law Review,

14

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Michigan Law Review, Northwestern Law Review, University of Pennsylvania Law Review, Stanford Law Review and Yale Law Journal. He frequently argues appellate cases, including matters before the U.S. Supreme Court and the U.S. Court of Appeal, and regularly serves as a commentator on legal issues for national and local media.

Mr. Chemerinsky is licensed to practice law in the states of California, Illinois, and District of Columbia.

**Representative Cases**
- *Andrade v. Attorney General* (2001)
- *Brown v. Mayle* (2002)

**Past Employment Positions**
- United States Department of Justice, Trial Attorney
- Dobrovir, Oakes & Gebhardt in Washington, D.C., Attorney
- DePaul College of Law, Law Professor, 1980 - 1983

**Education:** B.S., Northwestern University, 1975 - Honors: With Highest Distinction (Top 1% of Class); J.D., *cum laude,* Harvard Law School, Cambridge Massachusetts, 1978.

**Honors/Awards:**
- One of the 10 Most Influential Lawyers in California
- Community Service Award from the Anti-Defamation League, 2001
- Clarence Darrow Award from the People's College of Law, 2001
- Alumni Achievement Award, Northwestern University, 2000
- Eason Monroe Courageous Advocate Award, American Civil Liberties Union of Southern California, 1999
- Judge John Brown Award for Contributions to Federal Judicial Education, 1998

**Published Work:**
- Interpreting the Constitution, 1987
- Federal Jurisdiction, 3d ed., 1999
- Constitutional Law: Principles and Policies, 2d ed., 2002
- Constitutional Law, 2001

## BENJAMIN SCHONBRUN, ATTORNEY OF COUNSEL

Ben Schonbrun is a founding partner of the firm.  Mr. Schonbrun's primary areas of practice are Sexual Harassment, Race Discrimination, Wrongful Termination and Pregnancy Discrimination

Mr. Schonbrun has represented numerous plaintiffs in sexual harassment, race discrimination, wrongful termination, pregnancy discrimination and disability discrimination which resulted in settlements in the hundreds of thousands and millions of dollars.

15

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Mr. Schonbrun is licensed to practice law in the state of California since 1985, and is admitted to the U.S. District Court Central District of California, U.S. District Court Northern District of California, U.S. District Court Eastern District of California, and U.S. Court of Appeals 9th Circuit.

**Education:** B.A. Brooklyn College, Brooklyn, Major: Political Science, Minor: Secondary Education; J.D., University of West Los Angeles School of Law, 1983.

### CATHERINE SWEETSER, ATTORNEY OF COUNSEL

After being a partner at the firm for many years, Ms. Sweetser recently transitioned to Attorney Of Counsel at the firm when she accepted a position as Director of the International Human Rights Clinic at UCLA.  She practices in the areas of International Human Rights, Civil Rights, and Class Actions. She specializes in Alien Tort Statute litigation and in matters involving Forced Labor and Labor Trafficking, Police Misconduct, Unlawful Detention, and Constitutional Violations. Ms. Sweetser joined the firm in April 2012.

Prior to joining the firm, Ms. Sweetser practiced union and plaintiff-side labor and employment law at Altshuler Berzon LLP in San Francisco. She also clerked for Judge Judith W. Rogers of the U.S. Court of Appeals for the D.C. Circuit in 2009-2010.

Ms. Sweetser received an LL.M. in International Law from NYU in 2010; she wrote a thesis on the integration of legal interpretation by international organizations into judicial decision-making.  Ms. Sweetser received her Juris Doctorate from New York University School of Law in 2008, and her B.A. from Yale University in 2005, where she majored in Political Science and International Studies.  During law school, she interned at the Innocence Project, which handles post-conviction motions and appeals for prisoners claiming to be innocent, and at the Legal Resources Centre in South Africa, assisting with cases concerning detention of undocumented immigrants and sex discrimination.  She also published a Note on accountability for abuse by U.N. peacekeeping personnel.

Ms. Sweetser was one of the attorneys for the class when our firm was appointed class counsel for a class action protest case in *Aichele v. City of Los Angeles*, 314 F.R.D. 478, 497 (C.D. Cal. 2013).  More recently, Mr. Sweetser was one of the counsel representing the class in *Chua v. City of Los Angeles*, Case No. 2:16-cv-00237-JAK-GJS (C.D. Cal. 2017).

Ms. Sweetser also has experience litigating injunctive relief on behalf of vulnerable populations and in litigating policy changes with local governments.  Cases in which I have litigated on behalf of vulnerable populations include *Mitchell v. City of Los Angeles*, No. 16-07350 (C.D. Cal), and *Orange County Catholic Worker v. County of Orange,* No. 8:17-cv-1340 (C.D. Cal). Both resulted in settlements which governed how the local government handled the constitutional rights of homeless populations.

**Education:** B.A., Yale University, 2005; J.D., New York University School of Law, 2008; LLM., New York University School of Law, 2010.  Major: International Law

## AIDAN C. McGLAZE, ATTORNEY OF COUNSEL

Mr. McGlaze is a former partner at Schonbrun Seplow Harris Hoffman & Zeldes, LLP.  His primary practice areas are Employment, Civil Rights Litigation, Class Action Litigation and Appellate Litigation. Mr. McGlaze joined the firm in August 2012. Previously, Mr. McGlaze practiced plaintiff-side business litigation at Quinn Emanuel Urquhart & Sullivan, LLP, and clerked for Judge Kim McLane Wardlaw on the U.S. Court of Appeals for the Ninth Circuit.

Mr. McGlaze received his Juris Doctorate from Stanford Law School in 2007 (with honors), and his bachelor's degree from Yale University in 2002 (*cum laude*).  At Stanford, Mr. McGlaze was Co-Editor-in-Chief of the Stanford Environmental Law Journal and a lead teacher for the Fresh Lifelines for Youth (FLY) program, which provides legal education, leadership training, and one-on-one mentoring to teenagers.  Mr. McGlaze also spent time in India, with the South Asia Human Rights Documentation Centre, and Ghana, with the Centre for Public Interest Law, working on international human rights campaigns.

Mr. McGlaze left the firm in 2023 to work as a Research Attorney for Justice Gail Ruderman Feuer in California's Second Appellate District, Division Seven.  Thereafter, in 2024, he returned to private practice with another firm where he continued to litigate individual employment matters, complex class cases, and legal malpractice claims for plaintiffs.  He rejoined SSHHZ in his current, Of-Counsel capacity, in 2025.

Before law school, Mr. McGlaze worked as an editorial assistant at the Papers of Benjamin Franklin and taught test-preparatory classes at the Princeton Review.

Mr. McGlaze is licensed to practice law in the states of California and New York, and is a longstanding member of the California Employment Lawyers Association.  He has been recognized by Super Lawyers as both a rising star and a super lawyer in various years over the past decade.

Mr. McGlaze has been appointed class counsel in several class actions many of which have resulted in very substantial settlements, including *Boyd v. Bank of America*, No. CV13-00561 DOC (JPRx) (C.D. Cal.) ($41.8 million). Other cases in which Mr. McGlaze was appointed class counsel and/or substantially contributed to the advancement of the litigation include: *Lopez, et al. v. Liberty Mutual Insurance Co.,* U.S.D.C. Case No. 2:14-cv-05576 AB(JCx); *Alberts, et al. v. Aurora Behavioral Health Care, et al.,* L.A.S.C. Case No. BC4193640; *Charlebois v. Angeles Baseball* LP, U.S.D.C C.D. Cal. Case No. CV10-853-DOC(ANx), *Whitbread v. Ticketmaster Entertainment LLC, et al.*, Case No. BC 489093 (L.A. Superior Court); *Meneses-Barnett v CVS, et al.*, LASC Case No. BC489739; *Uppal v. CVS Pharmacy, Inc., et al.,* United States District Court (N.D. Cal.), Case No. 3:14-cv-02629-VC; *Angil Sharobiem v. CVS Pharmacy, Inc., et al.*, United States District Court (C.D. Cal.) Case No. 2:13-cv-09426-GHK (FFM); *Bystrom v. CVS Pharmacy, Inc.*, LASC No. BC525991; *Paksy v. CVS Pharmacy, Inc.*, LASC No. BC523491; and *Connell v. CVS Pharmacy, Inc.*, LASC No. BC523172. : *Ian H. Stark v. CVS Pharmacy, Inc., et al.*, LASC Case No. BC476431; *Walid Ibrahim v. CVS Pharmacy, Inc., et al.*, LASC Case No. BC489738; *Hashem Heiati and Anthony Carballo v. CVS Pharmacy, Inc., et al.*, LASC

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Case No. BC501118; *Sandra Schwartz v. CVS Pharmacy, Inc., et al.*, LASC Case No. BC502723; and *Elizabeth Woods and Arash Akmal v. CVS Pharmacy, Inc., et al*., LASC Case No. BC526977.

**Education:** B.A., (cum laude) in English Language and Literature Yale University, 2002; J.D., (with distinction) Stanford Law School, 2007.

**Honors/Awards:** Stanford Law School, Law Review: Stanford Law Review, Development Editor, Law Review: Stanford Law Review, Development Editor; Yale University, Recipient of Lloyd Mifflin Prize for Outstanding Senior Essay in English Major.

*   *   *   *   *   *

# EXHIBIT 3

*Berg v. County of Los Angeles*

**Michael D. Seplow's Time Entries Related to Fee Motion**

| Date | Description | Time |
|---|---|---|
| 11/2/2025 | Team zoom re fee mtn | 0.2 |
| 11/14/2025 | m&c w RS | 0.2 |
| | draft memo and ems re fee mnt | 0.5 |
| | ems re fee mnt | 0.2 |
| 11/17/2025 | draft dec re atty fee mtn | 0.2 |
| | ems re fee mtn | 0.1 |
| 11/18/2025 | ems re fee mtn | 0.2 |
| 11/19/2025 | ems w cc re fee mnt | 0.2 |
| | tc w AM re fee mnt | 0.2 |
| | rev draft fee mnt | 0.3 |
| | rev Sobel dec iso fee mtn and ems re same | 0.4 |
| | draft dec iso fee mnt | 1.8 |
| 11/20/2025 | tcs w  AM re fee mnt | 0.3 |
| | ems w AM  re fee mnt and supporting docs | 0.3 |
| | draft and edit fee mtn and supporting decl and ems w cc re same | 6.6 |
| 11/21/2025 | Revise, edit and finalize fee mnt and related docs | 2.4 |

| Total Hours | 14.1 |
|---|---|

**Aidan McGlaze  Time Records re Fees  Motion**

| Date | Time | Narrative |
|---|---|---|
| 11/12/25 | 0.2 | team meeting re fee motion |
| 11/13/25 | 0.1 | ems re fee motion, hourly rates |
| 11/14/25 | 0.3 | ems re fee motion strategy, multiplier, calculating lodestar |
| 11/14/25 | 0.7 | Research & draft fee motion |
| 11/17/25 | 1.4 | Research & draft fee motion; ems re same (.3) |
| 11/18/25 | 2.6 | Research & draft fee motion |
| 11/19/25 | 3.2 | Research & draft fee motion |
| 11/19/25 | 0.2 | t/c MS re fee motion status, strategy, logistics, revision |
| 11/19/25 | 1.8 | Research re multiplier case law, fee awards |
| 11/19/25 | 1.6 | Review & revise fee motion. |
| 11/20/25 | 2.3 | R&R fee motion; t/c MS re same (.2) |
| 11/20/25 | 1.7 | Finalize supporting documents; t/c MS re same (.2) |
| 11/21/25 | 2.7 | Review, finalize, & coordinate filing fee mtn. |

**Total Time:    18.8**

*Berg v. County of Los Angeles*

**Carlos Gallegos's Time Entries Related to Fee Motion**

| Date | Description | Time |  |  |
|---|---|---|---|---|
| 11/20/2025 | rev and edit related docs ISO Fee Motion; ems with MDS and AM re same;  txts and tcs with MDS re same | 2.5 | **Total Hours** | 7.5 |
| 11/21/2025 | Rev, edit, finalize and file fee mnt and related docs; ems, txts and tcs with MDS re same; ems with AM re same. | 5 |  |  |