**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRIZIA BERG, et al. , individually and on behalf others similarly situated,<br><br>                PLAINTIFFS,<br>v.<br><br>COUNTY OF LOS ANGELES, et al,<br><br>                DEFENDANTS | Case No.: 2:20-CV-07870-DMG-PD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REASONABE ATTORNEYS' FEES** |

## **[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby grants Plaintiffs' Motion for Reasonable Attorneys' fees and hereby orders that Defendant County of Los Angeles pay Plaintiffs' counsel for their work on the Motion to Find Defendant in Contempt for Violating the Preliminary Injunction attorneys' fees in the amount of $_____.

**IT IS SO ORDERED.**

Dated:_____        By:_____
                                                          Honorable Dolly M. Gee
                                                          *United States District Judge*

1